UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 21-01751 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Defendants, by and through the undersigned counsel, respectfully move for an extension of time to respond to Count I of Plaintiff's complaint, ECF No. 1, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.  Per 5 U.S.C. § 552(a)(4)(C) and Rule 12(a)(2), Defendants' response to the Count I was due on August 18, 2021.  Defendants respectfully ask the Court to extend the deadline to respond by thirty days, up to, and including September 17, 2021.

In support of this motion, Defendants state the following:

1.　Plaintiff brings claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (Count I), Title VII of the Civil Rights Act of 1965, 42 U.S.C. § 2000e-16 and the Age Discrimination in Employment Act, 29 U.S.C. § 701 (Count II), and the Whistleblower Protection Act, 5 U.S.C. § 2302(b) (Count III). Compl. ¶¶ 91–112.  Plaintiff served the U.S. Attorney on July 19, 2021.  Thus, Defendants' response to Plaintiff's FOIA claim was due on July 18, 2021, and

Defendants' response to the non-FOIA claims is due on September 17, 2021. *See* 5 U.S.C. § 552(a)(4)(C); Fed. R. Civ. P. 12(a).[1]

2. This is Defendants' first request for an extension of the deadline to file a response to Count I of Plaintiff's Complaint.

3. Plaintiff will not be prejudiced by the extension. The alignment of the response dates will allow for a more efficient handling of Plaintiff's complaint.

4. Counsel for Defendants was unable to ascertain Plaintiff's position on this motion. On August 20, 2021, the undersigned counsel contact Plaintiff via telephone and left a message but has not received a return call.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this motion nunc pro tunc.

Dated: August 20, 2021

Respectfully Submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendants*

---

[1] The docket reflects a response date of September 12, 2021 to the Complaint, which is based on of the incorrect service date of July 14, 2021. Plaintiff served the Complaint via mail on July 14, 2021, but the U.S. Attorney did not receive the Complaint until July 19, 2021.

## **CERTIFICATE OF SERVICE**

I certify that on August 23, 2021, I served the foregoing upon Plaintiff by sending a copy of the document to the following address via U.S. mail:

Quynh Vu Bain
213 Third St. S.E.
Washington, DC 20003

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney

*Counsel for Defendants*