UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-01751 (RDM) |
| ) | |
| OFFICE OF THE ATTORNEY GENERAL, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS, IN PART

Defendants U.S. Department of Justice Office of the Attorney General, Office of the Deputy Attorney General, Office of Professional Responsibility, Executive Office for Immigration Review, and Office of Information Policy, by and through the undersigned counsel, respectfully move to dismiss, in part, Plaintiff's complaint for lack of jurisdiction and for failure to state a claim. *See* Fed. R. Civ. P. 12(b)(1), (6).

This motion is based on the attached memorandum of points and authorities in support of this motion, the records in this case, and upon such arguments as this Court may allow at a hearing.

Dated: September 17, 2021					Respectfully submitted,

								CHANNING D. PHILLIPS
								D.C. Bar No. 415793
								Acting United States Attorney

								BRIAN P. HUDAK
								Acting Chief, Civil Division

								/s/ Joseph F. Carilli, Jr.
								JOSEPH F. CARILLI, JR.
								N.H. Bar No. 15311
								Assistant United States Attorney
								Civil Division
								U.S. Attorney's Office
								 for the District of Columbia
								555 4th St. N.W.
								Washington, D.C. 20530
								Telephone: (202) 252-2561
								E-mail: joseph.carilli@usdoj.gov

								*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2021, I served the foregoing upon Plaintiff by sending a copy of the document to the following address via U.S. mail:

Quynh Vu Bain
213 Third St. S.E.
Washington, DC 20003

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney

*Counsel for Defendants*