# Exhibit B

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part



U.S. Department of Justice

**Executive Office for Immigration Review**

**Office of the Director**

*Equal Employment Opportunity Program*

---

*5107 Leesburg Pike, Suite 1905*
*Falls Church, VA 22041*

July 11, 2014

<u>SENT VIA ELECTRONIC MAIL AND CERTIFIED MAIL</u>

Quynh V. Bain.
213 3rd Street, SE
Washington, DC 20003

RE: **NOTICE OF ACCEPTANCE OF COMPLAINT OF DISCRIMINATION**
**DOCKET NUMBER: EOI-2014-00421**

Dear Ms. Bain:

This notice acknowledges the Department of Justice's acceptance of your formal complaint of discrimination against the United States Department of Justice, Executive Office for Immigration Review (EOIR or the Agency), which you filed on May 14, 2014. The investigation will consist of the following claim(s):

Whether management discriminated against you based on your race (Asian), national origin (Vietnamese), and sex (female), when, on March 11, 2014, management denied your transfer request, and

Whether management retaliated against you for engaging in prior EEO activity and discriminated against you based on your race, national origin, and sex, when, on or about March 24, 2014 and March 26, 2014, management denied you access to various emails and work-related databases.

If you do not agree with the EEO Office's determination, you must submit a statement to the EEO Office by certified mail within five (5) business days of receipt of this letter.

The Agency will complete its investigation within one hundred eighty (180) calendar days of the filing date, unless the parties agree in writing to extend the investigation. Upon completing the investigation, the Agency will provide you with a copy of the Report of

Investigation (ROI). If you believe the claim(s) was not adequately investigated, you will have an opportunity to respond in writing, within 15 calendar days of the receipt of the ROI.

The EEO investigator will contact you to set a date for the initial interview and investigation. You must cooperate with the EEO investigator. Failure to do so may result in the dismissal of your complaint for failure to proceed. You are responsible for providing the EEO investigator with a list of witnesses, if any, and with additional documentation, if any, to substantiate your complaint.

EEOC regulations also require that you notify this office of any prolonged absence from your current address and any change of address or telephone number. If you have any questions regarding the processing of your complaint, please contact EEO Manager Andrew Press at (703) 605-1285.

Sincerely,

for Andrew A. Press

JuanCarlos M. Hunt
EEO Director

2