# Exhibit C

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part



**U.S. Department of Justice**

**Executive Office for Immigration Review**

**Office of the Director**

*Equal Employment Opportunity Program*

*5107 Leesburg Pike, Suite 1905*
*Falls Church, VA 22041*

August 19, 2014

SENT VIA ELECTRONIC MAIL

Quynh V. Bain
213 3rd Street, SE
Washington, DC 20003

    RE:    NOTICE OF WITHDRAW OF EEO COMPLAINT
             DOCKET NUMBER: EOI-2014-00421

Dear Ms. Bain:

    On August 18, 2014, I received your letter notifying the EEO office that you would like to withdraw your formal complaint of discrimination. Pursuant to your request, the EEO office has closed your EEO complaint.

                                                Sincerely,

                                                JuanCarlos M. Hunt
                                                EEO Director

cc:    Michael J. Crocenzi
        Goldberg Katzmann
        Attorneys at Law

        Christopher A. Santoro
        Assistant Chief Immigration Judge
        Office of the Chief Immigration Judge