# Exhibit E

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part



## The Federal Practice Group
WORLDWIDE SERVICE

Heather G. White
Lic: DC, NY
hwhite@fedpractice.com

August 17, 2016

**BY FACSIMILE**
Washington Field Office
U.S. EEOC
181 M Street, NE
Suite 4NWO2F
Washington, DC 20507
Fax: 202-419-0739

Re: HEARING REQUEST in *Bain v DOJ*, Agency No. EOI-2016-00137

Dear Sir or Madam:

On behalf of Complainant Quynh V. Bain, I am hereby requesting a hearing before an administrative judge in the above-referenced EEO complaint. Complainant filed her formal complaint on December 10, 2015, but to date we have not yet received the Report of Investigation.

I hereby certify that a copy of this hearing request has been served on the following agency officials, by the means specified on this 17th day of August 2016:

Andrew H. Press                    **BY CERTIFIED MAIL**
EEO and Diversity Program Director
U.S. Department of Justice
Executive Office for Immigration Review
Office of the Director
Equal Employment Opportunity and Diversity Program
5107 Leesburg Pike, Suite 1905
Falls Church, VA 22041

Thanks for your attention to this matter. Please let me know if you have any questions of if further information is needed.

Very truly yours,
/s/ *Heather G. White*
Partner

---

1750 K Street NW, Suite 900 | Washington, DC 20006
Office: 202-862-4360 | Fax: 888-899-6053 | www.FedPractice.com

**Practice in DC limited to matters and proceedings before Special Courts - Federal Courts – Agencies**