# Exhibit M

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the Chief Immigration Judge*

---

*5107 Leesburg Pike, Suite 2500*
*Falls Church, Virginia 20530*

June 25, 2015

**BY ELECTRONIC MAIL**

Immigration Judge Quynh V. Bain
Headquarters Immigration Court
1901 South Bell Street, Suite 200
Arlington, VA  22202

      Re:    Letter of Counseling

Dear Judge Bain,

      It has come to my attention that you traveled from the Headquarters Immigration Court to the York Immigration Court during the weeks of June 9, 2015 and June 15, 2015, without approval.  I learned of your June 15 trip by e-mail from you sent June 15, 2015 at 5:09pm, which stated:

> I know you're in the middle of new IJ training but wanted to let you know that I have requested authorization to travel to York this week.  I am leaving later today for York.  I have reset Berks cases on Friday that I would like to hear in York, to avoid VTC problems.

You did not seek or obtain my permission, or the permission of any other supervisory judge, before you decided to travel.  Additionally, you did not coordinate your trip to York either with the acting court administrator for your assigned court or with the York, Pennsylvania court administrator, who was completely unaware that you would be traveling to York.

      When I asked you for information about why you traveled to York and with whom you coordinated the trip, you told me that you had, in fact, taken two trips (June 9 and June 15) to York without my approval and when you knew I was on leave or conducting training for new immigration judges.  Your stated justification for both trips was "VTC equipment malfunction in Arlington in Berks cases."  You did not seek advance supervisory approval for either trip.

      You told me that you found the electronic travel approval process confusing because you did not know who had the final authority to approve your travel.  With respect to the June 9, 2015 trip, you said that the York court administrator approved your travel.  You stated that you