UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>      Defendants. | Civil Action No. 21-01751 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for to Dismiss, In Part, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is this ____ day of _____, 2021, ORDERED that Defendants' Motion to Dismiss, In Part is, GRANTED. It is further ORDERED that all but Plaintiff's discrete acts, the November 2015 non-selection for the Board of Immigration Appeals and the September 2020 removal, of her disparate treatment discrimination and retaliation claims and her hostile work environment claim are DISMISSED.

Dated: _____          _____
                                                                             District Court Judge