UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUYNH BAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-01751 (RDM) |
| | ) | |
| OFFICE OF THE ATTORNEY GENERAL, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff Quynh Vu Bain and Defendants, by and through the undersigned counsel, file this joint status report pursuant to the Court's September 27, 2021 Minute Order.  On September 27, 2021, the Court granted Plaintiff's motion to file certain supporting exhibits under seal, ECF No. 11, and ordered the parties to meet and confer by October 8, 2021, regarding what portions of the sealed material are not privileged or covered by an existing confidentiality agreement or protective order, and file redacted documents to the public docket.

On October 7, 2021, the parties met and conferred to discuss the exhibits subject to the Court's minute order, exhibit numbers 1, 12 through 16, 18 through 20, 25, and 30.[1]  Defendants require additional time to determine what portions of the sealed material are not privileged or not covered by an existing confidentiality agreement or protective order.  Accordingly, Defendants respectfully request that the Court permit Defendants to file another status report on or before

---

[1] The Court's minute order indicated that exhibit numbers 2 through 5 are filed under seal. Although these exhibit numbers do not correspond with the exhibit numbers Plaintiff sought to file under seal in her motion, the parties have considered all the exhibits Plaintiff sought to file under seal to have been deemed to be under seal because the Court granted the motion in full.  *See* Minute Order (Sept. 27, 2021); Am. Compl., ECF No. 16, List of Exs.

November 22, 2021.  On or before that date, the parties will endeavor to reach agreement on what portions of the sealed material are not privileged or covered by an existing confidentiality agreement or protective order.  Any portions of the sealed exhibits that the parties agree to file with appropriate redactions will be filed with the court on the public docket by that date.

In addition, Plaintiff filed exhibit number 14 under seal because the document is subject to a protective order issued in Equal Employment Opportunity Commission case number 570-2016-01466X, exhibit number 25 because the Board of Immigration Appeals decisions are protected under 8 C.F.R. § 1208.6, and exhibit number 30 because it is subject to an Office of Professional Responsibility confidentiality agreement.  Plaintiff is not opposed to unsealing those three exhibits (number 14, 25, and 30) if they are redacted in accordance with Fed. R. Civ. P. 5.2

Plaintiff is opposed to unsealing exhibits number 1, 12, 13, 15, 16, 18, 19, and 20, because they contain personnel records that are privacy-protected.  Since Plaintiff does not seek their disclosure under the FOIA but rather their modification, correction, or rescission under the Privacy Act, Plaintiff requests that the Court maintain those eight exhibits under seal until such time as there is a final disposition of Plaintiff's Privacy Act claim.

Plaintiff will separately file with the court a request for remote access to the non-public docket via Pacer.gov, since she is unable to access the courthouse docket at this time, due to covid-19 restrictions that require closure of the Clerk's Office to the general public.

Dated: October 8, 2021

Respectfully submitted,

*/s/ Quynh Vu Bain*
QUYNH VU BAIN
213 Third St. S.E.
Washington, DC 20003

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

*Pro Se Plaintiff*

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistance United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 8, 2021, I served the foregoing upon Plaintiff by sending a copy

of the foregoing to the following address via U.S. mail:

Quynh Vu Bain
213 Third St. S.E.
Washington, DC 20003

<u>/s/ Joseph F. Carilli, Jr.</u>
JOSEPH F. CARILLI, JR.
Assistant United States Attorney

*Counsel for Defendants*