UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN, </br></br>Plaintiff, </br></br>v. </br></br>OFFICE OF THE ATTORNEY GENERAL, *et al.*, </br></br>Defendants. | Civil Action No. 21-01751 (RDM) |

## DEFENDANTS' MOTION TO DISMISS, IN PART

Defendants U.S. Department of Justice Office of the Attorney General, Office of the Deputy Attorney General, Office of Professional Responsibility, Executive Office for Immigration Review, and Office of Information Policy, by and through the undersigned counsel, respectfully move to dismiss, in part, Plaintiff's amended complaint for lack of jurisdiction and for failure to state a claim. *See* Fed. R. Civ. P. 12(b)(1), (6).

This motion is based on the attached memorandum of points and authorities in support of this motion, the records in this case, and upon such arguments as this Court may allow at a hearing.

Dated: October 12, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
 for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2021, I served the foregoing upon Plaintiff by sending a copy of the document to the following address via U.S. mail:

Quynh Vu Bain
213 Third St. S.E.
Washington, DC 20003

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney

*Counsel for Defendants*