Exhibit D

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part

| | |
|---|---|
| From: | Quynh Vu |
| To: | Press, Andrew (EOIR) |
| Subject: | RE: EEO Documents |
| Date: | Thursday, April 30, 2015 8:26:35 PM |

Dear Mr. Press, thank you for all your help. I appreciate it.

Regards,

Quynh Bain

> From: Andrew.Press@usdoj.gov
> To: Quynh.Bain2@usdoj.gov; Andrew.Press@usdoj.gov
> CC: SLeary@GGilbertlaw.com; quynhvu3            EMoran@GGilbertlaw.com; Gary@GGilbertlaw.com
> Subject: Re: EEO Documents
> Date: Thu, 30 Apr 2015 16:32:02 +0000
>
> Good Afternoon IJ Bain,
>
> Received. Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> EEO and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> (703) 605-1285
> (703) 605-0367 fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
> On Apr 30, 2015, at 12:17 PM, Bain, Quynh (EOIR) <Quynh.Bain@EOIR.USDOJ.GOV<mailto:Quynh.Bain@EOIR.USDOJ.GOV>> wrote:
>
> Dear Mr. Press:
>
> I am not pursuing an informal EEO or a grievance. Please deem the informal EEO withdrawn.
>

> Thank you.
>
> Quynh Bain
> Immigration Judge
> Arlington, Virginia
>
> From: Press, Andrew (EOIR)
> Sent: Thursday, April 30, 2015 8:55 AM
> To: Shannon Leary; Quynh Vu; Bain, Quynh (EOIR); Press, Andrew (EOIR)
> Cc: Elizabeth Moran; Gary Gilbert
> Subject: RE: EEO Documents
>
> Good Morning Ms. Leary,
>
> Thank you for update.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]
> Sent: Thursday, April 30, 2015 8:54 AM
> To: Press, Andrew (EOIR); Quynh Vu; Bain, Quynh (EOIR)
> Cc: Elizabeth Moran; Gary Gilbert
> Subject: RE: EEO Documents
>
> Mr. Press,
>
> It appears that Judge Bain forgot to take us off the email chain. Please be advised that we no

longer represent Judge Bain, and as such, all communications should be directed only to her.
>
> Regards,
>
> Shannon C. Leary, Esq.
> Associate Attorney
> Law Offices of Gary M. Gilbert & Associates, P.C.
> 1100 Wayne Avenue
> Suite 900
> Silver Spring, Maryland 20910
> Tel: 301.608.0880; Fax: 301.608.0881
> Mobile: 301-332-7286
> www.GGilbertLaw.com<http://www.ggilbertlaw.com/>
>
> From: Press, Andrew (EOIR) [mailto:Andrew.Press@usdoj.gov]
> Sent: Thursday, April 30, 2015 8:32 AM
> To: Quynh Vu; Bain, Quynh (EOIR); Shannon Leary; Press, Andrew (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Good Morning IJ Bain,
>
> I cannot hold your EEO informal complaint. As we discussed, you need to choose between the EEO complaint procedure or the grievance procedure. Please let me know which one you are going to pursue. If you choose the EEO complaint procedure, you mentioned in your voice mail that you were considering adding hostile work environment to your EEO informal complaint. Please let me know if you are going to continue with your EEO complaint or the grievance procedure. Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax

> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Quynh Vu [mailto:quynhvu3
> Sent: Wednesday, April 29, 2015 7:21 PM
> To: Press, Andrew (EOIR); Bain, Quynh (EOIR); sleary@ggilbertlaw.com<mailto:sleary@ggilbertlaw.com>
> Cc: emoran@ggilbertlaw.com<mailto:emoran@ggilbertlaw.com>
> Subject: RE: EEO Documents
>
> Dear Mr. Press:
>
> I would like to hold the EEO informal complaint in abeyance while I am on FMLA leave, and while the union VP works with me to address FMLA and ADA issues. I hope to resolve this matter informally. However, if you feel that you need to move forward with ADR, then please schedule the mediation.
>
> Thank you.
>
> Quynh
> _____
> From: Andrew.Press@usdoj.gov<mailto:Andrew.Press@usdoj.gov>
> To: Quynh.Bain2@usdoj.gov<mailto:Quynh.Bain2@usdoj.gov>; SLeary@GGilbertlaw.com<mailto:SLeary@GGilbertlaw.com>; quynhvu3             <mailto:quynhvu3
Andrew.Press@usdoj.gov<mailto:Andrew.Press@usdoj.gov>
> CC: EMoran@GGilbertlaw.com<mailto:EMoran@GGilbertlaw.com>
> Subject: RE: EEO Documents
> Date: Tue, 28 Apr 2015 13:39:34 +0000
> Good Morning IJ Bain,
>
> Please let me know ASAP if you are going to continue with the EEO informal complaint process or file your grievance. If you continue with the EEO informal complaint, you mentioned in your voice mail that you were not sure if you wanted to include hostile work environment. Please let me know how you are coming to proceed. Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director

> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Bain, Quynh (EOIR)
> Sent: Tuesday, April 21, 2015 7:37 PM
> To: Press, Andrew (EOIR); Shannon Leary
> Cc: Elizabeth Moran; Bain, Quynh (EOIR)
> Subject: RE: EEO Documents
>
> Mr. Press:
>
> I came into work to check my emails and saw that the union has obtained an extension for filing a grievance concerning the reprimand letter; this was done while I was out. Would you please hold off on sending me the ADR letter until I've had a chance to speak with my lawyers?
>
> Please call me at 202-569-0942 if you have any questions. I probably will be back in the office on Friday.
>
> Thank you.
>
> Quynh Bain
> Immigration Judge
> Arlington, Virginia
>
> From: Press, Andrew (EOIR)
> Sent: Tuesday, April 21, 2015 7:36 AM
> To: Bain, Quynh (EOIR); Shannon Leary; Press, Andrew (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Good Morning IJ Bain,

>
> Can you please provide me with your home email address. Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Bain, Quynh (EOIR)
> Sent: Monday, April 20, 2015 9:12 PM
> To: Shannon Leary; Press, Andrew (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Please send all email to my personal email address, because I am on leave until June 1 and am not at work.
>
> Thank you.
>
> Quynh Bain
> Immigration Judge
> Arlington, Virginia
>
> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]
> Sent: Monday, April 20, 2015 4:29 PM
> To: Press, Andrew (EOIR); Bain, Quynh (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Mr. Press,

>
> I emailed it to you at 10:50 this morning. If you did not receive it, please let me know.
>
> Shannon
>
> From: Press, Andrew (EOIR) [mailto:Andrew.Press@usdoj.gov]
> Sent: Monday, April 20, 2015 4:22 PM
> To: Shannon Leary; Bain, Quynh (EOIR); Press, Andrew (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Good Afternoon Ms. Leary,
>
> I received IJ Bain response to her reprimand but I still need a copy of the reprimand. Can you please send me a copy. Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]
> Sent: Monday, April 20, 2015 2:56 PM
> To: Press, Andrew (EOIR)
> Cc: Bain, Quynh (EOIR); Elizabeth Moran
> Subject: RE: EEO Documents
>
> Ms. Press,
>
> Yes, she is alleging hostile work environment.

\>

\> Regards,

\>

\> Shannon

\>

\> From: Press, Andrew (EOIR) [mailto:Andrew.Press@usdoj.gov]

\> Sent: Monday, April 20, 2015 10:52 AM

\> To: Shannon Leary; Press, Andrew (EOIR)

\> Cc: Bain, Quynh (EOIR); Elizabeth Moran

\> Subject: RE: EEO Documents

\>

\> Good Morning Ms. Leary,

\>

\> Thank you for sending this to me. I wanted to clarify is IJ Bain also alleging hostile work environment?

\>

\> Sincerely,

\>

\> Andrew H. Press

\> Acting EEO and Diversity Program Director

\> U.S. Department of Justice

\> Executive Office for Immigration Review

\> Office of the Director

\> Equal Employment Opportunity and Diversity Program

\> 5107 Leesburg Pike, Suite 1905

\> Falls Church, VA 20530

\> (703) 605-1285

\> (703) 605-0367 Fax

\> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>

\>

\>

\>

\> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]

\> Sent: Monday, April 20, 2015 10:50 AM

\> To: Press, Andrew (EOIR)

\> Cc: Bain, Quynh (EOIR); Elizabeth Moran

\> Subject: RE: EEO Documents

\>

\> Mr. Press,

\>

\> Attached please find the Letter of Reprimand.

\>

\> Shannon

\>

\> From: Press, Andrew (EOIR) [mailto:Andrew.Press@usdoj.gov]

\> Sent: Monday, April 20, 2015 7:52 AM

\> To: Shannon Leary; Press, Andrew (EOIR)

\> Cc: Bain, Quynh (EOIR); Elizabeth Moran

\> Subject: RE: EEO Documents

\>

\> Good Morning Ms. Leary,

\>

\> Thank you very much.

\>

\> Sincerely,

\>

\> Andrew H. Press

\> Acting EEO and Diversity Program Director

\> U.S. Department of Justice

\> Executive Office for Immigration Review

\> Office of the Director

\> Equal Employment Opportunity and Diversity Program

\> 5107 Leesburg Pike, Suite 1905

\> Falls Church, VA 20530

\> (703) 605-1285

\> (703) 605-0367 Fax

\> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>

\>

\>

\>

\> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]

\> Sent: Monday, April 20, 2015 7:45 AM

\> To: Press, Andrew (EOIR)

\> Cc: Bain, Quynh (EOIR); Elizabeth Moran

\> Subject: Re: EEO Documents

\>

\> Mr. Press, our office can send you a copy today.

\>

\> Regards,

\>

\> Shannon Leary

\>

> Sent from my iPhone
>
> On Apr 20, 2015, at 7:39 AM, Press, Andrew (EOIR) <Andrew.Press@usdoj.gov<mailto:Andrew.Press@usdoj.gov>> wrote:
> Good Morning IJ Bain,
>
> Can you please send me a copy of the reprimand letter that you received.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Press, Andrew (EOIR)
> Sent: Friday, April 17, 2015 3:33 PM
> To: Shannon Leary; Bain, Quynh (EOIR); Press, Andrew (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Good Afternoon Ms. Leary,
>
> Thank you for the clarification. I will continue to move forward with her EEO informal complaint. IJ Bain elected to participate in the Alternative Dispute Resolution Program.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review

> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Shannon Leary [mailto:SLeary@GGilbertlaw.com]
> Sent: Friday, April 17, 2015 3:00 PM
> To: Press, Andrew (EOIR); Bain, Quynh (EOIR)
> Cc: Elizabeth Moran
> Subject: RE: EEO Documents
>
> Mr. Press,
>
> I believe it is Ms. Bain's intention to pursue the informal complaint process and, aside from some confusion regarding the process, that has been her intent since March 20th, when she first made contact. I hope this clarifies the issue. Let me know if you would like to discuss it with me at all.
>
> Regards,
>
> Shannon C. Leary, Esq.
> Associate Attorney
> Law Offices of Gary M. Gilbert & Associates, P.C.
> 1100 Wayne Avenue
> Suite 900
> Silver Spring, Maryland 20910
> Tel: 301.608.0880; Fax: 301.608.0881
> Mobile: 301-332-7286
> www.GGilbertLaw.com<http://www.ggilbertlaw.com/>
>
> From: Press, Andrew (EOIR) [mailto:Andrew.Press@usdoj.gov]
> Sent: Friday, April 17, 2015 12:12 PM
> To: Bain, Quynh (EOIR); Press, Andrew (EOIR)
> Cc: Shannon Leary; Elizabeth Moran
> Subject: RE: EEO Documents
>

> Good Afternoon IJ Bain,
>
> Prior to you signing the EEO documents nothing has been done with your EEO informal complaint. Today, you mentioned you are not going to pursue the EEO informal complaint. Please confirm? Thank you.
>
> Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Bain, Quynh (EOIR)
> Sent: Friday, April 17, 2015 11:48 AM
> To: Press, Andrew (EOIR)
> Cc: sleary@ggilbertlaw.com<mailto:sleary@ggilbertlaw.com>; emoran@ggilbertlaw.com<mailto:emoran@ggilbertlaw.com>
> Subject: RE: EEO Documents
>
> My understanding from our conversation is that we are putting the EEO informal on hold because you told me yesterday that nothing was happening anyway.
>
> Thank you.
>
> Quynh Bain
> Immigration Judge
> Arlington, Virginia
>
> From: Press, Andrew (EOIR)
> Sent: Friday, April 17, 2015 11:15 AM
> To: Bain, Quynh (EOIR); Press, Andrew (EOIR)

> Cc: sleary@ggilbertlaw.com<mailto:sleary@ggilbertlaw.com>; emoran@ggilbertlaw.com<mailto:emoran@ggilbertlaw.com>
> Subject: RE: EEO Documents
>
> Good Morning IJ Bain,
>
> Per our telephone conversation today, you mentioned you are not going to pursue an EEO informal complaint at this time. Please confirm this in writing by sending me a response to this email. Also, if you feel that you are still being discriminated you may contact the EEO office to pursue an EEO informal complaint in the future. Thank you.
>
> ;Sincerely,
>
> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
>
>
> From: Bain, Quynh (EOIR)
> Sent: Friday, April 17, 2015 10:36 AM
> To: Press, Andrew (EOIR)
> Cc: sleary@ggilbertlaw.com<mailto:sleary@ggilbertlaw.com>; emoran@ggilbertlaw.com<mailto:emoran@ggilbertlaw.com>; Bain, Quynh (EOIR)
> Subject: RE: EEO Documents
>
> Dear Mr. Press, Ms. Moran, and Ms. Leary:
>
> Thank you for helping me on Tuesday and Wednesday of this week.
>
> I am sorry I am so indecisive right now. I woke up this morning and decided to send ACIJ Santoro by facsimile my response to his reprimand letter, without requesting to go through the union grievance process since I have missed the response and grievance filing deadline

due to my being on FMLA leave. The letter will not be sent to you as a courtesy matter. I am hoping to work this out directly with him.
>
> If it cannot be worked out, may I contact you regarding the filing of an EEO or a union grievance? Shannon and Elizabeth, I will need your help either way. I apologize for any inconvenience that this change in plans has caused you. I appreciate your confirming that March 20, 2015 is the first contact with the EEO counselor.
>
> Thank you again.
>
> Please have a good weekend.
>
> Quynh Bain
> Immigration Judge
> Arlington, Virginia
>
> From: Press, Andrew (EOIR)
> Sent: Monday, April 13, 2015 10:53 AM
> To: Bain, Quynh (EOIR); Press, Andrew (EOIR)
> Subject: EEO Documents
>
> Good Morning IJ Bain,
>
> I am not sure what happened but your phone dropped during our conversation. I called you back but got your voice mail. Attached are the forms that need to be filled out and sent back to the EEO office to begin the EEO informal complaint process. Let me know when you like to discuss these forms.
>
>
> 1. Notice of Employees Rights and Responsibilities in the EEO Complaint Process.
>
>
> 1. Alternative Dispute Resolution Form
>
>
> 1. Representative/Anonymity Form
>
> Also, I have attached the EEO Complaint Process.
>
> Sincerely,
>

> Andrew H. Press
> Acting EEO and Diversity Program Director
> U.S. Department of Justice
> Executive Office for Immigration Review
> Office of the Director
> Equal Employment Opportunity and Diversity Program
> 5107 Leesburg Pike, Suite 1905
> Falls Church, VA 20530
> (703) 605-1285
> (703) 605-0367 Fax
> andrew.press@usdoj.gov<mailto:andrew.press@usdoj.gov>
>
> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you
> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you
> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you
> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or

use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you

> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you

> CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you