# Exhibit G

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part



# U.S. Equal Employment Opportunity Commission
## Office of Federal Operations

Feb 27, 2020

Quynh Bain
213 Third St., SE
WASHINGTON,DC,20003
USA

### Acknowledgment of Appeal Request through the EEOC Public Portal

Dear Quynh Bain:

Thank you for filing an appeal with the EEOC Office of Federal Operations (OFO) through the EEOC Public Portal. We have received your 02/27/2020 appeal against the Department of Justice. The number associated with your appeal is: 2020002554. Please reference this number whenever you submit documents or correspond with OFO in the future.

Once OFO has ensured that your appeal is properly before us, OFO will email the respondent agency (and you) an acknowledgment notice very similar to this one. With the exception noted below about challenging a decision by the U.S. Merit Systems Protection Board, the time frame for you to submit an optional statement in support of your appeal starts running on the date you filed this appeal: 02/27/2020

### Next Steps

1. You may submit a statement in support of your appeal, if you have not already done so (this step is optional).

   Generally, you may submit a supporting statement by 03/28/2020. But there is an exception: if you asked us to review a decision by the U.S. Merit Systems Protection Board (MSPB), you needed to submit your supporting statement at the same time you requested us to review the MSPB's decision.

   The most popular ways to send a statement in support of an appeal (except a petition to review a MSPB decision) are:

   - EEOC Public Portal. You can log in to the EEOC Public Portal, select the appeal with the appropriate routing number, and electronically submit your statement. The EEOC Public Portal will then automatically serve your supporting statement to the agency.

   - Mail. You can mail your statement to: Equal Employment Opportunity Commission, Office of Federal Operations, P.O. Box 77960, Washington, D.C. 20013. We will use the postmarked date as the filing date for your statement. If you mail us your supporting statement, you must also mail and serve the Agency with a copy of your statement.

   If you need more time to send us your statement, you can ask for more time by logging in to the EEOC Public Portal and electronically submit a request for an extension. Your extension request must be electronically submitted before 03/28/2020. In your request, you should describe why you need more time. You can also ask for more time by emailing ofo.extensions@eeoc.gov. Again, your email request must be sent before 03/28/2020.

RE: EEOC Appeal No. 2020002554

2. The Agency may submit a statement in opposition to your appeal (this step is optional).

    The Agency has the option of submitting a statement in opposition to your appeal. If the Agency decides to send a statement, it must do so within 30 days from the day the Agency received your statement in support of your appeal. Using your EEOC Public Portal account, you will be able to log in and see the Agency's statement in opposition to your appeal.

3. The Agency will upload the Report of Investigation, case file, and hearing record (if a hearing was held) to OFO.  This documentation will also be available for you to see using your EEOC Public Portal account.

4. Your appeal will be assigned to an OFO attorney to review and draft a decision.

5. The EEOC Office of Federal Operations will send you a decision on your appeal.

    OFO will send you the appellate decision by first class mail. After mailing the decision, OFO will upload a copy of that decision to the EEOC Public Portal for you to view. To preserve your anonymity, our decision will have a random pseudonym (fictitious name) listed in the caption under your real name. The published decision will only use the pseudonym – not your real name. But if you prefer that OFO publish the decision under your real name, you may notify OFO via the EEOC Public Portal.

**Things to do while you wait for a decision**

1. Please update OFO on changes to your contact information.

    If you change your contact information, such as your name or mailing address, please log in to the EEOC Public Portal to update OFO on your changes, so we can ensure that you will receive our appellate decision.

2. Please let OFO know if you choose to opt out of the administrative appellate process by filing a civil action.

    Generally, for most types of pending appeals, you can opt out of the administrative appellate process and file a lawsuit in court, if OFO does not issue an appellate decision within 180 days from the day you filed your appeal. Because filing a civil action terminates EEOC processing of your appeal, please let us know when you do file a civil action so we can administratively close your appeal. You can let us know by logging in to the EEOC Public Portal and uploading a document, saying that you have filed a lawsuit in court and wish to opt out of the federal sector administrative process. You will then receive a confirmation letter that your administrative appeal is closed.

RE: EEOC Appeal No. 2020002554

**Helpful Resources**

- EEOC Management Directive 110, Chapters 9 and 10: https://www.eeoc.gov/federal/directives/md110.cfm.

- The Commission's appellate regulations are found in Title 29 of the Code of Federal Regulations at Part 1614, or on the web at https://www.gpo.gov/fdsys/pkg/CFR-2014-title29-vol4/xml/CFR-2014-title29-vol4-part1614.xml. We urge you to review these regulations.

If you have questions about the processing of your appeal, please call the EEOC Call Center at 1-800-669-4000, or write OFO's Officer of the Day at ofo.eeoc@eeoc.gov.

    Sincerely,

    Compliance and Control Division
    Office of Federal Operations