Exhibit L

*Bain v. Office of the Attorney General*, Civ. A. No. 21-01751 (RDM)
Defendants' Motion to Dismiss, In Part

| | |
|---|---|
| **From:** | Bain, Quynh (EOIR) |
| **To:** | Keller, Mary Beth (EOIR) |
| **Cc:** | Santoro, Christopher A (EOIR) |
| **Subject:** | RE: email exchange |
| **Date:** | Tuesday, January 06, 2015 9:35:21 AM |

Judge Keller:

I am sorry you found my comments "rude."

The audio problem in courtroom 7 has been fixed. If you'd like to know what went wrong for the past two months, you should ask Tina Barrow. She will fill you in.

All the bond memos have been written. They should help the lawsuits.

Almost all the York detained decisions have been written. They should help the case completion goals.

The justice Americorps training went really well! It should help EOIR get more IJ's.

The hearings are progressing on schedule, with no unnecessary delays that would cause OCIJ, and in particular you, to have to field complaints.

All the concerns that really matter have been addressed.

Happy New Year! Have a good day. I hope your commute this morning was not too bad.

Quynh Bain
Immigration Judge
Arlington, Virginia

---

**From:** Keller, Mary Beth (EOIR)
**Sent:** Monday, January 05, 2015 5:31 PM
**To:** Bain, Quynh (EOIR)
**Cc:** Santoro, Christopher A (EOIR)
**Subject:** email exchange

Judge Bain,

Thank you for issuing these bond decisions.

However, I do want to address your responses below to me. I understand that email can be an imprecise vehicle for communication. Nevertheless, I found your directives rude ("Let's be clear. I did as Joe asked," and "...so let's focus on what can be done to address the ongoing equipment failure in courtroom 7"). My question to you about why you were not able to use the courtroom (3) which you yourself had previously indicated you would use for the rest of the week to avoid cancelling a detained-hearing was natural. You also did not show me the courtesy of responding to my question regarding whether you had drafts on the

bond decisions from the JLC, instead merely cc'ing me on an email to the court administrator. Finally, the tone in your questions about prioritization of work and in your statements directly below also could be interpreted as disrespectful.

I caution you to consider the language you use in the future when responding to anyone, and in particular when responding to a supervisor's inquiries regarding your work in the court.

*MaryBeth Keller*
*Assistant Chief Immigration Judge*

---

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 1:07 PM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am not sure what "appropriate due course" is, but this will have to wait until next week. I have to focus on detained cases this week and next.

Quynh Bain
Immigration Judge
Arlington, Virginia

---

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 12:29 PM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

There is no need to have another judge review your bond memos – please handle them yourself in appropriate due course.

Thanks.
Mtk

*MaryBeth Keller*

---

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 12:24 PM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe, the draft bond memos were placed on my desk this morning. I have not had a chance to review them, because I am working on this afternoon's detained York case as well as a detained York decision that is due this week. The afternoon respondent, like many others, has been in custody well past the 60-day case completion deadline, so I'd like to finish this afternoon's hearing in one sitting. Tomorrow, I am working at home (on my CWS day) on preparing for Friday's Americorps training. Would you mind asking one of the other judges here to review the two bond memos? I don't mind if they sign the bond memos for me, because I suspect the Board will eventually dismiss the DHS appeals as moot, or if/when DHS withdraws its appeals, which it has done in other cases.

Thank you, Joe, for all the work you have done to try to correct the problem in courtroom 7. I will be using courtroom 3 this afternoon, as you requested.

Quynh Bain
Immigration Judge
Arlington, Virginia

---

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 11:42 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

The problems with courtroom 7 are being worked on. If you experience further difficulty with 7, please use courtroom 3 this afternoon.

All I am looking for is a status update on the two remaining Artesia bond memoranda. Do you currently have drafts from the JLC?

Thanks.

Mtk

*MaryBeth Keller*

---

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 11:33 AM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Let's be clear. I did as Joe asked. I used courtroom 7 today, on the assumption that the repairs were successful as he represented in his email. The problem was not remedied, so let's focus on what can be done to address the ongoing equipment failure in courtroom 7.

Is this email about prioritizing my work? How would you like to prioritize it? I've got an hour left today before the next hearing begins at 1:00 p.m.

Please let me know.

Quynh Bain
Immigration Judge
Arlington, Virginia

---

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 11:18 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Unless I am missing other communications, Joe's email simply asks that you return to courtroom 7 "to confirm the repairs were successful." If a courtroom is not being used, regardless to whom it is assigned, we should use it if technologically and staffing-wise it is possible.

Regarding the Artesia cases, I am advised as of Friday that drafts had been submitted to you. Please let me know if that is not accurate.

Thank you.

Mtk
*MaryBeth Keller*
*Assistant Chief Immigration Judge*

---

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 9:33 AM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); Santoro, Christopher A (EOIR); Barrow, Tina (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe's directive was that I use courtroom 7. I understood his email from yesterday afternoon that he did not want me to use courtroom 3, since that is Judge Burman's assigned courtroom.

As for the bond memos, I asked an attorney advisor to draft them, and I will be doing the review once the memos are drafted. As the Artesia cases are now non-detained cases – the aliens have been voluntarily released by DHS, and DHS has moved to change venue to another location, I believe the DHS appeals are moot. Even if they are not moot, the cases cannot take precedence over detained decisions out of York that I need to get out asap. The York detainees have been in custody for over six

months so the urgency in York is greater than in Artesia. I also have to prepare for a three-hour training exercise involving the Justice Americorps attorneys this Friday morning. I was assigned this task last week, and will need to spend today and tomorrow (my CWS day) to prepare for the mock hearing as well as to put on a 1.5-hour presentation on master calendar hearings and hearings concerning juveniles.

If you'd like to discuss this further, I can be reached at (703) 603-1360.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 9:25 AM
**To:** Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Could you have used courtroom 3 again per your email below?

I also have one other question for you: I understand that you have two bond memoranda that are needed to be issued? Could I get a status on those as those are the last two remaining from Artesia. Hopefully if this morning's hearings have fallen out, you will have some time to get those concluded if they aren't already.

Thanks —

Mtk

*MaryBeth Keller*

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 8:53 AM
**To:** Egozcue, Joe (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Santoro, Christopher A (EOIR); Keller, Mary Beth (EOIR); Moutinho, Ray (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I just adjourned the 8:30 a.m. hearing because the problem in courtroom 7 has not been remedied. Ms. Barrow said my speech is still fading in and out. The lawyer drove from Fairfax, VA to York, PA for the hearing this morning, and she was, of course, disappointed because the hearing could not go forward.

Could we have the problem remedied by 1:00 p.m. today, when the next York case is supposed to go forward?

Thank you.

QVB

---

**From:** Egozcue, Joe (EOIR)
**Sent:** Tuesday, December 09, 2014 3:44 PM
**To:** Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Santoro, Christopher A (EOIR); Keller, Mary Beth (EOIR); Moutinho, Ray (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Mauricio believes he has corrected the audio issues in courtroom seven, and all of his test results were positive.

Will you be kind enough to return to courtroom seven on Wednesday, 10 Dec, to confirm the repairs were successful. Thank you.

---

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 12:33 PM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Bain, Quynh (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Courtroom 3 is working well, and the people in York could hear me.

I don't think that I can return to courtroom 10, which was my old courtroom. I ask that VTC service fix the problem in courtroom 7.

There is no air circulation in courtroom 10, and the audio is not distributed throughout the courtroom, so that all the incoming audio is blasted at the judge through the small speaker box that sits on top of the bench.

After two years of hearing cases almost every day in courtroom 10, I got sick – headaches, dizziness, and the occasional nausea. There was no fresh air, and the audio was too loud. I am just starting to feel better now that I am no longer using courtroom 10.

I ask that you fix whatever is the problem in courtroom 7 so that I can continue handling hearings by VTC and not get sick.

For the rest of this week, I will continue using Judge Burman's courtroom – courtroom 3 – while he is away.

Looking ahead to next week, I will use Judge Schmidt's courtroom for the Baltimore cases while he is away.

Thank you for your attention to this matter.

Quynh Bain
Immigration Judge
Arlington, Virginia

---

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:32 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe is asking that we relocate to courtroom 3. He cannot find the remote for the Tandberg unit in courtroom 7.

Thank you.

QVB

---

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:25 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

What do I do about the hearing while we are waiting for Mr. Zavala to arrive? We were in the middle of the hearing, and DHS counsel still has to do cross-examination. I can hear the people in York but I cannot see them. The Tanberg unit in courtroom is turned on, but it is not working.

Would you like me to return to courtroom 7, which, in my view, is the better of the two courtrooms?

Courtroom 8 had a lot of problems this past summer, when Judge Hladylowycz used it for Artesia hearings.

I think the problem is with the air blowing through the vents, and the way the microphones are positioned.

In courtroom 7, the warm air coming from the furnace is blowing out toward the microphones in the ceiling, but it is not blowing as hard as in courtroom 8. I can hear the noise much more in courtroom 8 than in courtroom 7. The air movement may be what is blocking transmission of the IJ's speech and may it seem like it is fading in and out.

In addition, the microphones in the ceiling help to distribute the sound more evenly throughout the

courtroom, so that it is not concentrated in the speaker box that sits on top of the bench, and so the sound is not blasted at the judge. However, because air from the ceiling vents is blowing directly into the ceiling microphones, I think we need to find a way to turn off the ceiling microphones, so as to force all the audio to come out of the speaker box that sits on the judge's bench.

Just my two cents.

Thank you.

QVB

---

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 10:16 AM
**To:** Egozcue, Joe (EOIR); Taj, Yasir (EOIR); Bain, Quynh (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe,

I will head your way around 11am.

Thanks,
Mauricio

---

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:11 AM
**To:** Egozcue, Joe (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 8, waiting to establish connections with York. The unit is turned on.

The issues in courtroom 7 have not been resolved -- I can hear and see the people in York, but they cannot hear me very well.

---

**From:** Egozcue, Joe (EOIR)
**Sent:** Tuesday, December 09, 2014 9:13 AM
**To:** Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

Ladies and Gentlemen,

Because of the VTC issues, I suggested that IJ Bain relocate to courtroom 8. IJ Bain believes the current courtroom seven issue(s) has been resolved, but will most likely relocate to courtroom eight

for the p.m. hearing, or earlier if the issues return.

Accordingly, courtroom seven will be available for Mauricio and others. Let me know if there is a time that works best for you.

---

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 8:55 AM
**To:** Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 7, and we just lost video and audio connection with York. I am about to call York to try to re-establish connections. The audio has been an ongoing problem for about one month.

Thank you.

Quynh Bain

---

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 8:45 AM
**To:** Taj, Yasir (EOIR)
**Cc:** Bain, Quynh (EOIR); Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Hello Yasir,

Per our conversation this morning please let me know as soon as courtroom 7 becomes available today. I would like to address the audio issues experienced during VTC calls.

Thanks,
Mauricio Zavala

---

**From:** Barrow, Tina (EOIR)
**Sent:** Monday, December 08, 2014 2:13 PM
**To:** Zavala, Mauricio (EOIR); VTC Service (EOIR); DAR_Support
**Cc:** Barrow, Tina (EOIR); Bain, Quynh (EOIR); Egozcue, Joe (EOIR)
**Subject:** **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

Hi Mauricio, I need to know the status of the existing problem in the York courtroom 3 & courtroom 7 in Arlington. I just had to stop a hearing (PRIORITY CASE). We could not hear Judge. I am starting to think the problem is with our VTC and/or Crtrm 7 in Arlington.


I CAN'T AFFORD TO CANCEL CASES. PLEASE GIVE ME A CALL TODAY AND GIVE ME THE STATUS ON

WHAT IS GOING TO TAKE PLACE TO CORRECT THE PROBLEM.

THANKS,
TINA