# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **OFFICE OF THE ATTORNEY GENERAL** U.S. Department of Justice, | ) |
| **OFFICE OF THE DEPUTY ATTORNEY GENERAL** U.S. Department of Justice, | ) |
| **OFFICE OF PROFESSIONAL RESPONSIBILITY** U.S. Department of Justice, | ) **No. 21-Civ-1751 (RDM)** |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, U.S. Department of Justice, | ) |
| **OFFICE OF INFORMATION POLICY** U.S. Department of Justice, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

On October 12, 2021, Defendants filed a Motion to Dismiss for lack of jurisdiction and failure to state a claim under Fed. R. Civ. P. 12(b)(1) & (6). By Order dated October 18, 2021, the Court directed that Plaintiff respond to the Motion to Dismiss by November 12, 2021.

A four-day extension would bring the due date to November 16, 2021. This request for a brief extension of time is based on good cause and is not for the purpose of delay. Plaintiff has been diligently working on her response but is unable to complete it by the stated due date. Defendants will not be prejudiced by a four-day extension of time. On November 12, 2021,

**RECEIVED**

NOV 1 2 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff contacted Assistant United States Attorney Joseph Carilli by telephone at 9:42 a.m. and left a voice mail message regarding this Motion.  As of the filing of this Motion approximately two hours later, Mr. Carilli had not responded.

Accordingly, Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file her response to the Defendants' Motion to Dismiss on November 16, 2021.

Date:   November 12, 2021                    Respectfully submitted,

Quynh Vu Bain
Pro Se Plaintiff
213 Third Street, SE
Washington, DC  20003
(202) 569-0942
quynhbain75@outlook.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **OFFICE OF THE ATTORNEY GENERAL** U.S. Department of Justice, | ) |
| **OFFICE OF THE DEPUTY ATTORNEY GENERAL** U.S. Department of Justice, | ) |
| **OFFICE OF PROFESSIONAL RESPONSIBILITY** U.S. Department of Justice, | ) **Case No. 21-Civ-1751(RDM)** |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, U.S. Department of Justice, | ) |
| **OFFICE OF INFORMATION POLICY** U.S. Department of Justice, | ) |
| Defendants. | ) |

### [Proposed] ORDER

Plaintiff Quynh Vu Bain, proceeding *pro se*, respectfully requests a brief extension of time in which to file her response to Defendants' Motion to Dismiss.  The requested extension of four days is granted.  Plaintiff shall file her response on or before November 16, 2021.

So Ordered.

Date:  November __, 2021

_____
Randolph D. Moss
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on November 12, 2021, I served the foregoing Motion for Extension of Time by first-class mail, addressed to the following:

> Joseph F. Carilli, Esquire
> Assistant United States Attorney
> Civil Division
> Office of the United States Attorney
>  for the District of Columbia
> 555 Fourth Street, NW
> Washington, DC   20530

In addition, a courtesy copy of the Motion was served by electronic mail to the following email address:

> Joseph.carilli@usdoj.gov

Dated: November 12, 2021

Quynh Vu Bain,
*Pro Se* Plaintiff
213 Third Street, SE
Washington, DC   20003
quynhbain75@outlook.com
(202) 569-0942