**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

QUYNH BAIN,

     *Plaintiff,*

     v.

OFFICE OF THE ATTORNEY GENERAL,
*et al.,*

     *Defendants.*

Civil Action No. 21-01751 (RDM)

---

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Blake Weiner as counsel of record for the Defendant in the above-captioned case

and remove Assistant United States Attorney Joseph Carilli as counsel for Defendant.

Date:   November 16, 2021
       Washington, DC

              Respectfully submitted,

                /s/ *Blake Weiner*
              Blake Weiner
              VA Bar # 94087
              Assistant United States Attorney
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              Phone: (202) 803-1604
              Fax: (202) 252-2599
              Blake.Weiner@usdoj.gov

              *Attorney for the United States of America*