UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN,<br><br>      Plaintiff,<br><br>      v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>      Defendants. | Civil Action No. 21-01751 (RDM) |

**JOINT STATUS REPORT**

1. Plaintiff Quynh Vu Bain and Defendants, by and through the undersigned counsel, file this joint status report pursuant to the Court's October 11, 2021 Minute Order.

2. On September 27, 2021, the Court granted Plaintiff's motion to file certain supporting exhibits under seal, ECF No. 11, and ordered the parties to meet and confer by October 8, 2021, regarding what portions of the sealed material are not privileged or covered by an existing confidentiality agreement or protective order, and file redacted documents to the public docket.

3. On October 7, 2021, the parties met and conferred to discuss the exhibits subject to the Court's minute order, exhibit numbers 1, 12 through 16, 18 through 20, 25, and 30.

4. The parties proposed in its October 8, 2021, JSR to file another status report on or before November 22, 2021.

5. Undersigned was assigned to this case on November 16, 2021.

6. The parties propose to continue to confer regarding the exhibits, and update the Court in a JSR filed on or before January 21, 2022.

7.  Any portions of the sealed exhibits that the parties agree to file with appropriate redactions will be filed with the court on the public docket by that date.

<table>
<tr><td>

Dated: November 22, 2021

*/s/ Quynh Vu Bain*
QUYNH VU BAIN
213 Third St. S.E.
Washington, DC 20003

*Pro Se Plaintiff*

</td><td>

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Blake A. Weiner*
Blake A. Weiner
VA Bar No. 94087
Assistance United States Attorney
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 803-1604
E-mail: blake.weiner@usdoj.gov

*Counsel for Defendants*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I certify that on November 22, 2021, I served the foregoing upon Plaintiff by sending a copy of the foregoing to the following address via U.S. mail:

Quynh Vu Bain
213 Third St. S.E.
Washington, DC 20003
quynhbain75@outlook.com

*/s/ Blake A. Weiner*
Blake A. Weiner
Assistant United States Attorney

*Counsel for Defendants*
