

U.S. POSTAGE >> PITNEY BOWES

ZIP 20001
02.1W
0001399957 OCT 18 2021

$ 000.53°

CAPITAL DISTRICT 908

19 OCT 2021 PM 1

**UNITED STATES DISTRICT AND
BANKRUPTCY COURT**
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mail Room
NOV 23 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

QUYNH BAIN
213 Third Street, SE
Washington, DC 20003

56998>9999

20003-150413

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999951

RETURN TO SENDER