IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE ATTORNEY GENERAL <br> U.S. Department of Justice, <br><br> OFFICE OF THE DEPUTY ATTORNEY GENERAL <br> U.S. Department of Justice, <br><br> OFFICE OF PROFESSIONAL RESPONSIBILITY <br> U.S. Department of Justice, <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. Department of Justice, <br><br> OFFICE OF INFORMATION POLICY <br> U.S. Department of Justice, <br><br> Defendants. | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S MOTION TO FILE STATEMENT OF SUPPLEMENTAL AUTHORITIES AND ARGUMENTS AND EXHIBIT 32, AND REQUEST FOR A HEARING ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to LCvR 7(b), Plaintiff respectfully requests that this honorable Court permit the filing of the enclosed Statement of Supplemental Authorities and Arguments in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. Plaintiff's Memorandum in Opposition to the Motion to Dismiss was filed on November 17, 2021. *See* Docket Entry No. 26. Enclosed is a copy of that memorandum, which the Statement seeks to augment. Also enclosed is Plaintiff's Exhibit 32, which is a December 14, 2021 Order of the Merit Systems Protection Board (MSPB)

that automatically reinstated Plaintiff's appeal but advised that the appeal will have to be dismissed again for lack of jurisdiction, unless both parties were to consent to the MSPB's exercise of jurisdiction over Plaintiff's whistleblower retaliation claim. The Statement of Supplemental Authorities and Arguments relies on Exhibit 32 to argue that the Court should assume jurisdiction over the whistleblower cause of action, which was timely and properly asserted in Plaintiff's September 23, 2017 Amended Complaint. *See* Docket Entry No. __, at p. 9.

Permitting Plaintiff to supplement her November 17, 2021 Memorandum in Opposition to Defendants' Motion to Dismiss would not prejudice Defendants, since their Reply to Plaintiff's Opposition is not due until January 17, 2022.

Finally, Plaintiff respectfully requests a hearing on Defendants' Motion to Dismiss, as she believes that a hearing will likely assist the Court in resolving the disputed legal and factual issues. *See* LCvR 7(f).

Dated:  December 17, 2021

Respectfully submitted,

QUYNH VU BAIN
PRO SE PLAINTIFF
213 3RD ST SE
WASHINGTON DC  20003-1904

## CERTIFICATE OF SERVICE

I certify that on December 17, 2021, I served a copy of the foregoing Motion, Statement of Supplemental Authorities and Arguments, Plaintiff's Exhibit 32, and Request for Hearing by first-class mail, and by electronic mail, addressed to the following individual:

Blake Weiner, Esquire
Assistant United States Attorney
Counsel for Defendants

Office of the United States Attorney
 for the District of Columbia
Civil Division
555 Fourth Street, NW
Washington, DC   20530
Blake.Weiner@usdoj.gov

Dated: December 17, 2021

_____
QUYNH VU BAIN
PRO SE PLAINTIFF
213 3RD ST SE
WASHINGTON DC   20003-1904
quynhbain75@outlook.com
(202) 910-8553