UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN,<br><br>      Plaintiff,<br><br>      v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 21-01751 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

1. Plaintiff Quynh Vu Bain and Defendants, by and through the undersigned counsel, file this joint status report pursuant to the Court's November 24, 2021 Minute Order.

2. On September 27, 2021, the Court granted Plaintiff's motion to file certain supporting exhibits under seal, ECF No. 11, and ordered the parties to meet and confer by October 8, 2021, regarding what portions of the sealed material are not privileged or covered by an existing confidentiality agreement or protective order, and file redacted documents to the public docket.

3. On October 7, 2021, the parties met and conferred to discuss the exhibits subject to the Court's minute order, exhibit numbers 1, 12 through 16, 18 through 20, 25, and 30.

4. The parties proposed in its October 8, 2021, JSR to file another status report on or before November 22, 2021.

5. Undersigned was assigned to this case on November 16, 2021.

6. In their November 22, 2021 status report, the parties proposed to continue to confer regarding the exhibits, and update the Court in a JSR filed on or before January 21, 2022.

7. At present, the parties do not have an agreement regarding what portions of the sealed material are not privileged or covered by an existing confidentiality agreement or protective order. The parties request more time to confer regarding the exhibits, and to update the Court in a JSR filed on or before March 21, 2022.

7. Any portions of the sealed exhibits that the parties agree to file with appropriate redactions will be filed with the court on the public docket by that date.

| | |
|---|---|
| Dated: January 18, 2021 | Respectfully submitted, |
| */s/ Quynh Vu Bain* <br> QUYNH VU BAIN <br> 213 Third St. S.E. <br> Washington, DC 20003 <br><br> *Pro Se Plaintiff* | MATTHEW M. GRAVES <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Blake A. Weiner* <br> Blake A. Weiner <br> VA Bar No. 94087 <br> Assistance United States Attorney <br> 555 4th St. N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 803-1604 <br> E-mail: blake.weiner@usdoj.gov <br><br> *Counsel for Defendants* |