# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **OFFICE OF THE ATTORNEY GENERAL** U.S. Department of Justice, | ) |
| **OFFICE OF THE DEPUTY ATTORNEY GENERAL** U.S. Department of Justice, | ) No. 21-Civ-1751 (RDM) |
| **OFFICE OF PROFESSIONAL RESPONSIBILITY** U.S. Department of Justice, | ) |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, U.S. Department of Justice, | ) |
| **OFFICE OF INFORMATION POLICY** U.S. Department of Justice, | ) |
| Defendants. | ) |

## PLAINTIFF'S EXHIBIT 35

**(Email Communication with former Assistant Chief Immigration Judge, dated October 27, 2017)**

**Bain, Quynh (EOIR)**

From: Nadkarni, Deepali (EOIR)
Sent: Friday, October 27, 2017 2:33 PM
To: Bain, Quynh (EOIR)
Subject: RE: 2015-2017 Performance Appraisal

Good afternoon, Judge Bain. The evaluation speaks for itself, and I will not be responding to your requests. If you have not already done so, please sign and give the PWP to CA Deborah Castro for return to me. Thank you.

Dee Nadkarni
Assistant Chief Immigration Judge
703.305.1247

From: Bain, Quynh (EOIR)
Sent: Thursday, October 26, 2017 12:17 PM
To: Nadkarni, Deepali (EOIR) <Deepali.Nadkarni@EOIR.USDOJ.GOV>
Cc: Bain, Quynh (EOIR) <Quynh.Bain@EOIR.USDOJ.GOV>
Subject: RE: 2015-2017 Performance Appraisal
Importance: High

Judge Nadkarni:

Last month, I sent you an email asking why the PWP for the rating period 2015-2017 was delivered to me so late that it was not possible to file an appeal from the unfavorable PWP before I had to go on detail to Louisiana for two weeks. I have not received a response from you.

To follow up on this matter, I request your substantive input regarding the PWP itself. Would you please provide a written response by October 31, 2017?

1. Please explain why you did not respond to my request to amend the interim PWP/Progress Review that you issued in October 2016. My request was premised on an explanation that your Progress Review was based on a counseling letter that you issued on July 28, 2016, that contained numerous factual inaccuracies and erroneous assumptions. Please also explain why, after considering the request to amend, you did not amend the Progress Review.

2. With regard to the "Progress Review" that is found in Part F, please state with specificity the "important deficiencies requiring correction" that you noted in the October 2016 interim PWP that, in your opinion, existed at that time.

3. With regard to item 2, please identify the names of each person you consulted, when you consulted that person, how you consulted that person, what topics were discussed, and what information you obtained in the course of the discussion (whether in person, by telephone, or email) from the person that led you to the conclusion that there were "important deficiencies requiring correction" as of the issuance of the interim PWP/Progress Review in October 2016.

4. With regard to item 2, please attach in pdf format any and all documents concerning the Progress Review.

5. With regard to the "Final Evaluation" that is found in Part F, please identify the information on which you based your conclusion, as of August 2017, that "Judge Bain was advised of concern with the manner in which she

1

expressed frustration with the staff and her docket." Specifically, please identify the name of each person you consulted, when you consulted that person, how you consulted that person, what topics were discussed, and what information you obtained in the course of the discussion (whether in person, by telephone, or email) from the person that led you to the conclusion that "Judge Bain was advised of concern with the manner in which she expressed frustration with the staff and her docket."

6. With regard to the "Final Evaluation" that is found in Part F, please identify the information on which you based your conclusion, as of August 2017, that "Judge Bain continued to express frustration and engage in unprofessional exchanges with her colleagues and court staff, as well as in court proceedings." Specifically, please identify the name of each person you consulted, when you consulted that person, how you consulted that person, what topics were discussed, and what information you obtained in the course of the discussion (whether in person, by telephone, or email) from the person that led you to the conclusion that "Judge Bain continued to express frustration and engage in unprofessional exchanges with her colleagues and court staff, as well as in court proceedings."

7. With regard to items 5 and 6, please attach in pdf format any and all documents concerning the Final Evaluation.

Please provide the above-requested information by Tuesday, October 31, 2017.

Thank you very much.

Quynh Vu Bain
Immigration Judge
Arlington, Virginia


**From:** Bain, Quynh (EOIR)
**Sent:** Friday, September 15, 2017 9:25 AM
**To:** Castro, Deborah (EOIR) <Deborah.Castro@EOIR.USDOJ.GOV>; Nadkarni, Deepali (EOIR) <Deepali.Nadkarni@EOIR.USDOJ.GOV>
**Cc:** Bain, Quynh (EOIR) <Quynh.Bain@EOIR.USDOJ.GOV>
**Subject:** RE: 2015-2017 Performance Appraisal

ACIJ Nadkarni and Ms. Castro:

Today is September 15, 2017. I received the final PWP for the rating period 2015-2017 when I came into work this morning. ACIJ Nadkarni signed the PWP on August 1, 2017, and DCIJ Print Maggard signed it on August 22, 2017. Is there a reason the PWP was not given to me until today, September 15, 2017? The late delivery of the PWP diminished my time for an appeal as I only had 30 days to challenge it.

Thank you.

QVB

**From:** Castro, Deborah (EOIR)
**Sent:** Thursday, September 14, 2017 5:57 PM
**To:** Bain, Quynh (EOIR) <Quynh.Bain@EOIR.USDOJ.GOV>; Bryant, John M. (EOIR) <John.Bryant@EOIR.USDOJ.GOV>; Burman, Lawrence O. (EQIR) <Lawrence.Burman@EOIR.USDOJ.GOV>; Donoso Stevens, Karen (EOIR) <Karen.DonosoStevens@EOIR.USDOJ.GOV>; Hladylowycz, Roxanne (EOIR) <Roxanne.Hladylowycz@EOIR.USDOJ.GOV>; Hong, J. Traci (EOIR) <J.Traci.Hong@EOIR.USDOJ.GOV>; Owens, Robert (EOIR) <Robert.Owens@EOIR.USDOJ.GOV>;

Perlman, Helaine (EOIR) <Helaine.Perlman@EOIR.USDOJ.GOV>; Snow, Thomas (EOIR) <Thomas.Snow@EOIR.USDOJ.GOV>; Soper, Emmett (EOIR) <Emmett.Soper@EOIR.USDOJ.GOV>
**Cc:** Castro, Deborah (EOIR) <Deborah.Castro@EOIR.USDOJ.GOV>
**Subject:** FW: 2015-2017 Performance Appraisal

Judges,

I will be sending back to Judge Nadkarni all ORIGINALS of the PWPs. Please retain a copy for your records.

*Deborah A. Castro*
Court Administrator
Arlington Immigration Court
1901 South Bell Street, Suite 200
Arlington, VA 22202
(703) 603-1363

