## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**OFFICE OF THE ATTORNEY GENERAL** )<br>U.S. Department of Justice, )<br><br>**OFFICE OF THE DEPUTY ATTORNEY GENERAL** )<br>U.S. Department of Justice, )<br><br>**OFFICE OF PROFESSIONAL RESPONSIBILITY** )<br>U.S. Department of Justice, )<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION**<br>**REVIEW**, U.S. Department of Justice, )<br><br>**OFFICE OF INFORMATION POLICY** )<br>U.S. Department of Justice, )<br><br>Defendants. ) | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S EXHIBIT 37**

**(Letter from Office of Information Policy, dated September 13, 2021)**



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Quynh Bain, Esq.
213 Third Street, SE
Washington, DC  20003
quynhbain75@outlook.com

September 13, 2021
Re:   Appeal No. A-2020-01205
       Request No. F19-00105
       CDT:JNW

**VIA: Email**

Dear Quynh Bain:

　　You appealed from the action of the Office of Professional Responsibility (OPR) on your Freedom of Information Act request for access to records received, gathered, or compiled in the course of conducting the OPR inquiry and investigation, and in preparing the July 22, 2019 report of investigation. I note that your appeal concerns the withholdings made by OPR.

　　I have been informed that you filed a lawsuit concerning OPR's action in the United States District Court for the District of Columbia.  As indicated in the Department of Justice's regulations located at 28 C.F.R. § 16.8(b)(2) (2020), an appeal ordinarily will not be acted upon by this Office if the FOIA request becomes the subject of litigation.  For this reason, I am closing your appeal file in this Office.

　　If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

　　　　　　　　　　　　Sincerely,

X_____
Matthew Hurd,
Chief, Administrative Appeals Staff