IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, <br><br> Plaintiff, <br><br> v. <br><br> **OFFICE OF THE ATTORNEY GENERAL** <br> U.S. Department of Justice, <br><br> **OFFICE OF THE DEPUTY ATTORNEY GENERAL** <br> U.S. Department of Justice, <br><br> **OFFICE OF PROFESSIONAL RESPONSIBILITY** <br> U.S. Department of Justice, <br><br> **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, U.S. Department of Justice, <br><br> **OFFICE OF INFORMATION POLICY** <br> U.S. Department of Justice, <br><br> Defendants. | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S EXHIBIT 38**

**(Correspondence with former AUSA Blake Weiner, dated November 18, 2021)**

From: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Wed, Nov 17, 2021, 1:54 PM

Bain MTE Reply.pdf 155 KB

Please see attached for what was just filed.

Best,
Blake

---

From: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Wed, Nov 17, 2021, 2:39 PM

Apologies, but I want to confirm that you consent to service to this email address.

Best,
Blake

---

From: Quynh Bain quynhbain75@outlook.com
To: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
Date: Wed, Nov 17, 2021, 4:40 PM

Mr. Weiner:

Yes, that's fine to send to my (this) email address. Thank you for confirming.

I just dropped off the filing that I made at the courthouse this afternoon, at your office at 501 on the fourth floor. I also will mail you a copy of yesterday's brief.

Thank you.

Quynh Vu Bain

Get Outlook for iOS

---

From: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov

4 / 10

To: Quynh Bain quynhbain75@outlook.com
Date: Wed, Nov 17, 2021, 4:41 PM

Thank you. No need to mail me a copy. Thanks.

Best,
Blake

---

From: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Nov 18, 2021, 2:47 PM

Good afternoon Ms. Bain,

We have a JSR due to the Court next Monday.

Do you have the proposed redactions to send me that you and the previous AUSA discussed?

Best,
Blake

---

From: Quynh Bain quynhbain75@outlook.com
To: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
Cc: Quynh Bain quynhbain75@outlook.com
Date: Fri, Nov 19, 2021, 10:12 AM

PDFPrint Immigration Judge Lawsuit Raises Disturbing Case Management and FOIA Issues at EOIR.pdf 945 KB
BAIN v. OFFICE OF THE ATTORNEY GENERAL, 1:21-cv-01751 – CourtListener.com.pdf 46 KB
2019_02_11_second-motion-to-reconsider-redacted.pdf 10.5 MB

Good morning, Mr. Weiner:

I recently found an article about this lawsuit through doing a Google search.  It refers to and attaches by hyperlink the Amended Complaint and a heavily redacted copy of my February 5, 2018 Motion to Reconsider the BIA's January 2, 20218 decision that, on appeal, vacated my decision and remanded the matter to another judge for a de novo hearing.  All of those documents are part of the evidentiary record in this lawsuit.

DOJ apparently redacted my February 5, 2018 Motion to Reconsider the BIA's decision before it released the decision to the third-party FOIA requestor, who is an immigration bar attorney and

member of AILA. I never received a copy of the heavily redacted Motion to Reconsider that I filed, and so I assume that the redaction was recently made in response to the third-party FOIA request. Please see the attached news article by attorney Matthew Hoppock/third-party FOIA requestor and the heavily redacted Motion to Reconsider.

The BIA had returned that Motion to Reconsider to me in February 2018, upon concluding that I did not have standing to bring it. But to the extent the BIA still has the motion and considers it an official record, I am concerned that providing my own redactions of the record documents in this lawsuit would conflict with DOJ's exemption/privilege reviews of any documents that it has released, or will release, to third-party requestors and the general public. For that reason, I will defer to DOJ's review and redactions, for the limited purpose of satisfying the District Judge's order that the parties jointly consider making public those documents that ought to be made publicly available, without limiting my ability to use sealed documents to prosecute this action. Stated another way, my determination of what is segregable is not at issue, and I do not wish to make it an issue. So long as the documents that I file under seal are considered along with DOJ's redactions of the same documents which are released to the public, we would be in compliance with the District Judge's Hubbard order. This approach also would be consistent with my position that DOJ must release as soon as possible all responsive documents to my three FOIA requests after making redactions that are appropriate to first-party FOIA/PA requests.

If you'd like to discuss this matter, I can be reached at (202) 569-0942.

Thank you very much.

Sincerely,

Quynh Vu Bain
(202) 569-0942
quynhbain75@outlook.com

Get Outlook for iOS

---

From: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Fri, Nov 19, 2021, 10:37 AM

I'm sorry Ms. Bain, but you have confused me.

I simply asked if you have any proposed redactions to send, which you and the previous AUSA had agreed you

would send.

I take it that based on this email your answer is that you do not have any proposed redactions to send, despite telling the previous AUSA that you would send proposed redactions. Please let me know if my understanding is incorrect and that you do intend to send proposed redactions.

Best,
Blake

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov, Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Nov 19, 2021, 10:56 AM

Mr. Weiner:

I previously indicated that I would send proposed redactions but, in the interim, I saw the Hoppock news article and realized that DOJ is already doing its own redactions in response to third-party FOIA requests. To avoid duplication of efforts, and also to avoid raising unnecessary conflict regarding what information must be redacted under the Privacy Act before it can be released to the general public, I will defer to DOJ's assessment of what can be released to the public without foregoing my right to receive and use the same documents in unredacted form or in minimally redacted form as a first-party FOIA/PA requestor. In other words, DOJ has to make the first cut as though it is responding to third-party requests, and it also has to make the first cut in responding to my first-party request for the same materials. I am sorry that you are confused, having stepped into this case so late, but the various DOJ components have been sitting on my first-party requests since 2015, 2018, and 2019, forcing me to file this lawsuit. I can't be expected to do the work of segregating information for you.

I hope this clears up the matter.

Best regards,

Quynh Vu Bain

Get Outlook for iOS

---

**From:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Nov 19, 2021, 11:00 AM

Thank you Ms. Bain

But, just so we are clear: your last sentence is: "I can't be expected to do the work of segregating information for you." However, this is in fact what you previously agreed to do, correct?

Best,
Blake

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov, Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Nov 19, 2021, 11:18 AM

Mr. Weiner:

Again, the burden is on DOJ to make the first cut on segregable material and to declare what it considers exempt or privileged. The District Judge's Hubbard order goes to information that can be released to the public. It gave you more time to consider what you think is segregable. I cannot make that first cut for you.

Quynh Bain


Get Outlook for iOS

---

**From:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Nov 19, 2021, 3:09 PM
   November JSR.docx  25 KB

Ms. Bain,

Please see attached for a proposed JSR to file with the Court on 11/22.

Best,
Blake

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**Date:** Fri, Nov 19, 2021, 3:56 PM

Dear Mr. Weiner:

Thank you for drafting the JSR. I agree with the statements in the report and that it may be filed this Monday.

Best regards,
Quynh Vu Bain


Get Outlook for iOS

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**Date:** Sat, Nov 20, 2021, 10:00 AM

Dear Mr. Weiner:

Reading this JSR again, I realize paragraph 6 is inaccurate. I ask that you delete it.

Thank you.

Quynh Vu Bain

Get Outlook for iOS

---

**From:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Mon, Nov 22, 2021, 8:45 AM

I don't agree that it is inaccurate—we had a conversation last week regarding the redactions/protections, so it would be accurate to state that the parties have conferred regarding redactions. However, in the interest of time and efficiency I will remove.

Best,
Blake

---

**From:** Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
**To:** Quynh Bain quynhbain75@outlook.com

Date: Mon, Nov 22, 2021, 9:25 AM

☐ November JSR.pdf 141 KB

Please see attached for what was just filed.

Best,
Blake

---

From: Quynh Bain quynhbain75@outlook.com
To: Weiner, Blake (USADC) Blake.Weiner@usdoj.gov
Date: Mon, Nov 22, 2021, 9:49 AM

Thank you.

Quynh Vu Bain

Get [Outlook for iOS](#)

---

22 Emails