IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE ATTORNEY GENERAL**<br>U.S. Department of Justice,<br><br>**OFFICE OF THE DEPUTY ATTORNEY GENERAL**<br>U.S. Department of Justice,<br><br>**OFFICE OF PROFESSIONAL RESPONSIBILITY**<br>U.S. Department of Justice,<br><br>**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**, U.S. Department of Justice,<br><br>**OFFICE OF INFORMATION POLICY**,<br>U.S. Department of Justice | No. 21-Civ-1751 (RDM) |

**[PROPOSED] ORDER**

On May 20, 2022, Plaintiff filed a Motion for a Pre-Trial Conference under Fed. R. Civ. P. 16(a). Plaintiff also requested to be relieved of the requirement to meet and confer with Defendants' counsel concerning Exhibits 1 to 30 which she filed under seal, with the Court's permission. Plaintiff further requests that the Court schedule a Rule 16(a) conference, at the earliest convenience, to discuss the status of this case.

Upon consideration of the motion, the Court hereby orders that the motion be GRANTED. A pre-trial status conference is scheduled for ___, 2022.

Dated: May __, 2022

_____
United States District Judge