IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, ET AL. | No. 21-Civ-1751 (RDM) |

## PLAINTIFF'S MOTION TO LATE FILE PLEADING

Pursuant to LCvR 7(m), Plaintiff respectfully requests leave of Court to file the accompanying pleading one business day out of time. Despite Plaintiff's best efforts, she was not able to complete the pleading in sufficient time for filing on the due date, July 15, 2022. On Saturday, July 16, 2022, Plaintiff sent Assistant United States Attorney Thomas Duffey an email inquiring about his position regarding this extension request. As of 9:15 a.m. on Monday, July 18, 2022, Mr. Duffey had not responded to Plaintiff's emailed inquiry.

Plaintiff affirms that this request for a one-day extension of time is not made for the purpose of delay. Accordingly, Plaintiff respectfully requests that the Court permit the filing of Plaintiff's Statement of Position Regarding the Necessity of Sealing Plaintiff's Exhibits 1 to 30.

Date: July 18, 2022

Respectfully submitted,

*/s/ Quynh Vu Bain*

Quynh Vu Bain
Pro Se Plaintiff
213 3rd Street, SE
Washington, DC  20003
quynhbain75@outlook.com
(202) 910-8553

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUYNH VU BAIN,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.

No. 21-Civ-1751 (RDM)

[PROPOSED] ORDER

On July 18, 2022, Plaintiff filed a Motion to Late File her Statement Regarding the Necessity of Sealing Plaintiff's Exhibits 1 to 30.

Upon consideration of the motion, the Court hereby orders that the motion be GRANTED.

Dated: July __, 2022

_____
United States District Judge