UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF THE ATTORNEY GENERAL, et al.,<br><br>   Defendants. | Civil Action No. 21-1751 (RDM) |

### **DEFENDANT'S STATUS REPORT REGARDING FOIA**

By and through its undersigned counsel, Defendants (the "Agencies") respectfully submit this status regarding FOIA production pursuant to this Court's Minute Order dated June 29, 2022. To update the court on the progress in processing Plaintiff's FOIA request, Defendants provide the following update:

On July 22, 2022, OPR plans to send its third interim response to Plaintiff, in which 163 pages will be released in full or part. In addition, OPR will send 100 pages to the Executive Office for Immigration Review for consultation, and withhold in full 204 pages pursuant to FOIA exemptions 5, 6, and 7(C). OPR has approximately 14,500 pages yet to process.[1] The large number of pages of responsive material is a result of Plaintiff's broad FOIA request, which sought OPR's entire investigative file, and the fact that OPR has not yet identified and removed any duplicate pages from the potentially responsive material. Moreover, OPR's ability to process such

---

[1] The initial estimate was 6,000 documents, but after a more thorough analysis of the universe of potentially responsive documents due to Plaintiff's extremely broad request, and a cache of emails with attachments, the number has significantly increased. The documents still must undergo de-duplication, which will potentially reduce the number of responsive documents.

a large number of pages is constrained by its small FOIA processing staff, which consists of one Government Information Specialist, one FOIA/Privacy Act attorney, and one supervisory attorney.  In light of these factors, OPR proposes to process 500 pages a month in response to Plaintiff's request, beginning in September 2022.  At that rate, it will be more than two years before OPR completes its processing of Plaintiff's request.   Plaintiff may wish to consider narrowing her request in a way that would decrease the amount of potentially responsive pages and expedite OPR's processing of her request.

EOIR has completed its response to Plaintiff's two FOIA requests.  EOIR sent responsive documents to Plaintiff's request No. 2016-917 in four responses on March 7, 2016, May 2, 2017, July 10, 2017, and August 8, 2017 via computer discs.  With regard to Plaintiff's request No. 2018-10636, EOIR responded on April 27, 2018.

Dated:  July 22, 2022
           Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____/s/ *Thomas W. Duffey*_____
      THOMAS W. DUFFEY
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2510
      Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*