UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICE OF THE ATTORNEY GENERAL,<br>et al.,<br><br>        Defendants. | Civil Action No. 21-1751 (RDM) |

## SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST TO SEAL/UNSEAL DOCUMENTS

By and through its undersigned counsel, Defendants (the "Agencies") respectfully submit this supplemental response to the Plaintiff's request that documents remain sealed and that others be unsealed (ECF No. 47-1). This Supplemental response deals exclusively with Exhibit 17.

The original response from Defendants (ECF No. 50) with regard to Exhibit 17 stated as follows:

> Exhibit 17: Defendants object to the sealing of this exhibit. By Plaintiff's own admission, the material in this exhibit, OPR's Report of Investigation, is in the public domain. As this information is in the public domain, there is no reason for it and related exhibits to remain sealed.

Defendants wish to supplement and correct their response to this exhibit. According to Plaintiff's description of Exhibit 17 contained in her submission (ECF No. 47-1), the exhibit consists of three documents, one of which is OPR's investigative summary of the complaint of judicial misconduct with respect to Plaintiff. This investigative summary has been posted on OPR's website and is in the public domain. Thus, Defendants object to this document remaining sealed.

However, OPR's full Report of Investigation ("ROI") has not been made public and is not in the public domain. Plaintiff has included the full ROI as part of her submission in Exhibit Nos. 1 and 30, and has asked that those exhibits remain under seal. OPR is in concurrence with Plaintiff that the full ROI should remain sealed at this time.

Therefore, Defendants respectfully request that the investigative summary be unsealed but that the full ROI remain sealed.

Dated: July 27, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Thomas W. Duffey*
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510
     Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*