IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, ) | |
| ) | |
| Plaintiff, ) | No. 21-Civ-1751 (RDM) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ET AL. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO REFILE THE FIRST 30 PLAINTIFF'S EXHIBITS UNDER SEAL**

By Minute Order dated August 5, 2022, this Honorable Court directed that Plaintiff refile all 30 of the currently sealed Plaintiff's exhibits described in the parties' filings at Docket Entries 47, 50, 51, and 52, as a single docket entry, and that each exhibit be filed as a separate document within the single docket entry. The Court's Minute Order further provided, as follows:

> [I]t is hereby ORDERED that on or before August 19, 2022, Plaintiff shall refile each of these exhibits in the following format: (1) each exhibit shall be attached as its own single file, containing all of the relevant documents – for example, Exhibit 1 shall be a single file, containing all of the documents Plaintiff lists as being contained in Exhibit 1 in Plaintiff's statement regarding the necessity of sealing Plaintiff's exhibits 1 to 30, [47]; (2) all exhibits – *i.e.*, all 30 separate files – shall be filed through a single docket entry, with each exhibit separately attached to that single docket entry; (3) the first page of each exhibit shall be a cover page clearly stating the exhibit number; (4) each exhibit shall be attached in order (*i.e.*, Exhibit 1 shall be the first attachment, Exhibit 2 shall be the second attachment, and so forth)….

In the absence of a court order providing for unsealing of the 30 sealed exhibits, Plaintiff presumes that the Court would like all 30 sealed exhibits to be refiled as sealed exhibits in this "partially sealed case." Plaintiff, therefore, respectfully requests that the Court permit the refiling

of the 30 sealed exhibits under seal, until such time as the Court determines that the documents should no longer remain sealed or should be redacted.

On August 9, 2022, at approximately 8:45 a.m., Plaintiff telephoned the United States Attorneys Office and left a voice mail message for Assistant United States Attorney Thomas Duffey inquiring about the United States' position regarding this non-dispositive motion. As of 5:00 p.m. on August 19, 2022, Plaintiff had not received a response from Mr. Duffey.

On August 19, 2022, Plaintiff attempted to electronically refile the sealed 30 exhibits on the Court's non-public docket. After she uploaded all 30 exhibits and a motion to file under seal, she learned that she did not have permission to electronically file documents on the non-public docket. As it was too late in the day to arrange for hand delivery, Plaintiff respectfully seeks the Court's permission to file a paper copy of each of the 30 exhibits with the Office of the Clerk, along with an electronic copy in a format deemed by the Clerk's Office to be compatible with CM/ECF filing, on the next business day or August 22, 2022. Pursuant to LCvR 5.1(h), Plaintiff On August 19, 2022, Plaintiff attempted to refile the sealed 30 exhibits on the court's non-public docket. After she uploaded all 30 exhibits along with a motion to file under seal, she realized that she did not have permission to electronically file documents under seal. As it was too late in the day to arrange for hand delivery, Plaintiff respectfully seeks the Court's permission to deliver a paper copy of each of the 30 exhibits to the Office of the Clerk, along with an electronic copy in a format deemed by the Clerk's Office to be compatible with CM/ECF filing, in accordance with LCvR 5.1(h). Delivery of the 30 sealed exhibits will be effected by FedEx, marked for next business day delivery (or Monday, August 22, 2022).

Wherefore, pursuant to LCvR 5.1 & 5.4, Plaintiff respectfully requests that the Court permit her to refile the 30 sealed exhibits on the non-public docket, as proposed above.

Date:  August 19, 2022

Respectfully submitted,

Quynh Vu Bain
*Pro Se* Plaintiff
213 3rd Street, SE
Washington, DC  20003
Quynhbain75@outlook.com
(202) 910-8553