IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **QUYNH VU BAIN,** <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE, ET AL.** <br><br> Defendants. | No. 21-Civ-1751 (RDM) |

**[PROPOSED] ORDER CONCERNING THE REFILING OF
30 SEALED PLAINTIFF'S EXHIBITS**

Upon consideration of Plaintiff's Motion to Refile the 30 Sealed Plaintiff's Exhibits, the Court modifies its August 5, 2022 Minute Order, as follows:

Upon consideration of the parties' filings regarding sealed exhibits 1-30, [47], [50], [52], it is hereby ORDERED that on or before August 19, 2022, Plaintiff shall refile each of these exhibits in the following format: (1) each exhibit shall be attached as its own single file, containing all of the relevant documents – for example, Exhibit 1 shall be a single file, containing all of the documents Plaintiff lists as being contained in Exhibit 1 in Plaintiff's statement regarding the necessity of sealing Plaintiff's exhibits 1 to 30, [47]; (2) all exhibits – *i.e.*, all 30 separate files – shall be filed through a single docket entry, with each exhibit separately attached to that single docket entry; (3) the first page of each exhibit shall be a cover page clearly stating the exhibit number; (4) each exhibit shall be attached in order (*i.e.*, Exhibit 1 shall be the first attachment, Exhibit 2 shall be the second attachment, and so forth). If, for any reason, all of the documents in a single exhibit cannot be provided in a single file, each file containing documents from a given exhibit shall have its own cover page indicating to which exhibit the documents it contains correspond.

Plaintiff shall refile the 30 sealed exhibits under seal on the non-public docket, in accordance with the requirements of LCvR 5.1(h), on or before August 22, 2022.

Dated: August __, 2022

_____
Honorable Randolph D. Moss
United States District Judge