IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** ) | |
| ) | |
| Plaintiff, ) | No. 21-Civ-1751 (RDM) |
| ) | |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE, ET AL.** ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER CONCERNING PLAINTIFF'S REQUEST TO AMEND HER COMPLAINT TO LODGE A FOURTH CAUSE OF ACTION**

Upon consideration of Plaintiff's Motion, the following ORDER is entered:

(1) Plaintiff is permitted to amend her Complaint to lodge an additional cause of action.

(2) An unredacted version of the fourth cause of action will be filed on the non-public docket and an unredacted version on the public docket.

(3) Plaintiff is permitted to conduct limited discovery on the fourth cause of action. The discovery will be limited to 3 depositions, 15 interrogatories, and 3 requests for production of documents. Discovery shall be completed by the following date: May 31, 2023.

(4) Within 30 days after the close of discovery, Plaintiff will file an unredacted version of the Motion for Partial Summary Judgment on the non-public docket and a redacted version on the public docket.

Dated: August __, 2022            _____
                                  Honorable Randolph D. Moss
                                  United States District Judge