UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>   *Plaintiff*,<br><br> v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>   *Defendants*. | Civil Action No. 21-1751 (RDM) |

## ORDER

It is hereby **ORDERED** that Plaintiff's motion for leave to file under seal, Dkt. 53, is **GRANTED** in part and **DENIED** in part, consistent with the guidance provided in the table below.

Plaintiff is **ORDERED** to file all documents as to which the motion for leave to file under seal has been denied outright on the public docket on or before January 12, 2023. Plaintiff is further **ORDERED** to make appropriate redactions as required by the table below. In making these redactions, especially any redactions to Plaintiff's Exhibit 4, Plaintiff is advised that the Court will deny leave to file any document or material under seal unless Plaintiff identifies each sentence that requires redaction with an explanation why that particular redaction is appropriate under *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir 1980). In addition, each document Plaintiff wishes to redact must be filed as a separate docket entry, and Plaintiff must provide the Court with her proposed, redacted version and the original, unredacted version.

With respect to those documents as to which the motion is denied without prejudice to a motion for leave to file under seal from Defendants, Plaintiff shall await further order from the

Court, and Defendants may file their own motion for leave to file under seal on or before January 12, 2023.  Any such motion must offer specific reasons for why any documents it addresses should be filed under seal and an analysis of why sealing is appropriate under *Hubbard*.  To date, Defendants have not moved for leave to file any documents under seal.  And, in their response to Plaintiff's submissions, Defendants have not provided any justification for keeping certain documents under seal, beyond generalized attempts to shift the burden to Plaintiff to show why various documents should be unsealed.  Any further sealing of documents that Plaintiff believes should be unsealed will require a specific explanation from Defendants.  Similarly, if Defendants wish to suggest their own redactions to documents that the Court has asked Plaintiff to redact, Defendants must adhere to the redaction requirements set forth above.

      All documents as to which the motion is granted shall remain under seal.

      **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  December 28, 2022

**TABLE OF EXHIBITS**

| Exhibit # | Sub-document | Motion for Leave to File Under Seal |
|---|---|---|
| **1.** **Dkt. 53-2** | 06/08/2017 recusal order | GRANTED |
| | Plaintiff's response to draft OPR Report of Investigation | GRANTED |
| | Final OPR Report of Investigation | GRANTED |
| | Notice of proposed removal | GRANTED |
| | Plaintiff's response to notice of proposed removal | GRANTED |
| | Plaintiff's supplemental response to notice of proposed removal | GRANTED |
| | Final removal decision | GRANTED |
| | Article 22 of Collective Bargaining Agreement | DENIED |
| | 01/06/2015 counseling email | GRANTED |
| | 03/16/2015 reprimand letter | GRANTED |
| | Plaintiff's response to 03/16/2015 reprimand letter | GRANTED |
| | 06/25/2015 counseling letter | GRANTED |
| | Plaintiff's response to 06/25/2015 counseling letter | GRANTED |
| | ACIJ Santoro's response to Plaintiff's response to 06/25/2015 counseling letter | GRANTED |
| | 08/11/2014 interim performance rating | GRANTED |
| | 08/31/2014 final performance rating | GRANTED |
| | Plaintiff's response to 08/31/2014 final performance rating | GRANTED |

| | | |
|---|---|---|
| | ACIJ Santoro's response to Plaintiff's response to 08/31/2014 final performance rating | GRANTED |
| | 07/28/2016 counseling letter | GRANTED |
| | Plaintiff's response to 07/28/2016 counseling letter | GRANTED |
| | 08/22/2017 final performance rating and 10/2016 interim performance rating | GRANTED |
| | Plaintiff's response to 08/22/2017 and 10/2016 performance ratings | GRANTED |
| **2.**<br>**Dkt. 53-3** | 2015 FOIA / Privacy Act request | DENIED |
| | 2018 FOIA / Privacy Act request | DENIED |
| | 2019 FOIA / Privacy Act request | DENIED |
| | EEOC Protective Order | DENIED |
| **3.**<br>**Dkt. 53-4** | 12/10/2015 formal EEOC complaint | DENIED |
| | 08/25/2016 Plaintiff's first motion to amend EEOC complaint | DENIED |
| | 05/07/2018 Plaintiff's second motion to amend EEOC complaint | DENIED |
| | EEOC order granting in part and denying in part Plaintiff's second motion to amend | DENIED |
| **4.**<br>**Dkt. 53-5** | 08/25/2016 Plaintiff's first motion to amend EEOC complaint | DENIED |
| | Attachment A to first motion to amend: 05/13/2014 EEOC complaint | GRANTED |
| | Attachment B to first motion to amend: 12/10/2015 EEOC complaint and EEOC notice of acceptance | DENIED |
| | Attachment C to first motion to amend: 07/28/2016 counseling letter | GRANTED |
| | 05/07/2018 Plaintiff's second motion to amend EEOC complaint | DENIED subject to redactions for medical or |

| | |
|---|---|
| | sensitive disciplinary information. |
| Agency's opposition to second motion to amend | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Order to file reply to opposition to second motion to amend | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Reply to opposition to second motion to amend | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Order granting in part and denying in part second motion to amend | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Opposition to Agency's motion for dismissal as sanction | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Order denying Agency's motion for sanctions and discovery order | DENIED subject to redactions for medical or sensitive disciplinary information. |
| Opposition to Agency motion for protective order | DENIED subject to redactions for medical or |

| | | |
|---|---|---|
| | | sensitive disciplinary information. |
| | Order denying Agency's motion for protective order | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Order and Decision granting Agency's motion for summary judgment | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Opposition to Agency's motion for summary judgment | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Protective Order | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Plaintiff's statement of position filed with DOJ complaint adjudication office | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Plaintiff's EEOC administrative appeal | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | Agency's opposition to Plaintiff's administrative appeal | DENIED subject to redactions for medical or |

| | | | |
|---|---|---|---|
| | | Agency's motion for summary judgment and supporting evidence | sensitive disciplinary information. |
| | | | DENIED subject to redactions for medical or sensitive disciplinary information. |
| | | Agency's reply in support of summary judgment | DENIED subject to redactions for medical or sensitive disciplinary information. |
| 5. Dkt. 53-6 | | Notice of appeal filed with MSPB | DENIED |
| 6. Dkt. 53-7 | | Plaintiff's motion for reconsideration filed with EEOC | DENIED |
| | | EEOC Order and decision denying the motion for reconsideration | DENIED |
| 7. Dkt. 53-8 | | Notice of MSPB mixed case appeal to EOIR | DENIED |
| | | Communication with EOIR OGC Attorney | DENIED |
| 8. Dkt. 53-9 | | MSPB Order dismissing Mixed Case Appeal for lack of jurisdiction | DENIED |
| | | Agency motion to dismiss MSPB appeal | DENIED |
| | | Opposition to motion to dismiss MSPB appeal | DENIED |
| 9. Dkt. 53-10 | | MSPB notice of dismissal of appeal for lack of jurisdiction | DENIED |
| 10. | | MSPB Order dismissing appeal for lack of jurisdiction | DENIED |

| | | |
|---|---|---|
| **Dkt. 53-11** | | |
| **11.** **Dkt. 53-12** | Email from DOJ closing Bain's FOIA administrative appeal | DENIED |
| **12.** **Dkt. 53-13** | Plaintiff's answers to interrogatories regarding her discrimination complaint | GRANTED |
| | Various medical records | GRANTED |
| **13.** **Dkt. 53-14** | 2014 email from ACIJ Santoro to Plaintiff regarding mid-term evaluation | DENIED |
| | Email communications from December 2014 regarding Plaintiff's participation in a pro bono training program | DENIED |
| | Email communications from 2014 regarding technical difficulties experienced in conducting tele-videoconference hearings in York immigration court | DENIED |
| | Email communications in December 2014 regarding work assignments | DENIED |
| | 01/06/2015 email communications between Plaintiff and ACIJ Keller | DENIED |
| | Email communications between Plaintiff and ACIJ Santoro regarding York immigration detail and work assignments | DENIED |
| | 03/16/2015 letter of reprimand | GRANTED |
| | Plaintiff's response to letter of reprimand | GRANTED |
| | On-line travel journal of retired Immigration Judge Walt Durling | GRANTED |
| | Law360 article concerning one of Judge Durling's cases | DENIED |
| **14.** **Dkt. 53-15** | Approximately 200 pages of assorted documents from the "BAIN FOIA 2015" folder and obtained through Bain's FOIA request | DENIED without prejudice to Defendants' motion for leave to file under seal. |

| | | | |
|---|---|---|---|
| **15.**<br>**Dkt. 53-16** | 06/25/2015 counseling letter | GRANTED |
| | Plaintiff's response to counseling letter | GRANTED |
| | Immigration judge complaint database entry | DENIED |
| | ACIJ Santoro's response to Plaintiff's response to counseling letter | GRANTED |
| | Email communications regarding tele-conference equipment failure | DENIED |
| **16.**<br>**Dkt. 53-17** | Letters of recommendation for Plaintiff from co-workers and friends | GRANTED |
| | 1996-2013 performance ratings | GRANTED |
| **17.**<br>**Dkt. 53-18** | Communications regarding the March 1, 2017 complaint of misconduct filed against Plaintiff<br><br>Note: The contents of this exhibit do not match the descriptions in the parties' filings. | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| **18.**<br>**Dkt. 53-19** | Article 22 of the collective bargaining agreement | DENIED |
| | Plaintiff's final performance ratings for 2013-2015 | GRANTED |
| | Performance appraisal for adjudicator positions in EOIR | DENIED |
| **19.**<br>**Dkt. 53-20** | Communications between Plaintiff and ACIJ Nadkarni | DENIED |
| | 07/28/2016 counseling letter issued to Plaintiff | GRANTED |
| | 07/28/2016 counseling letter issued to a different Immigration Judge | GRANTED |
| **20.**<br>**Dkt. 53-21** | Communications between Plaintiff and ACIJ Nadkarni | DENIED |
| | Plaintiff's 2016 counseling letter | GRANTED |
| | Plaintiff's 2017 final performance rating | GRANTED |
| **21.** | Communications between Plaintiff and ACIJ Nadkarni | DENIED |

| | | |
|---|---|---|
| **Dkt. 53-22** | Note: The contents of this exhibit do not match the descriptions in the parties' filings. | |
| | 07/28/2016 counseling letter issued to Plaintiff<br><br>Note: The contents of this exhibit do not match the descriptions in the parties' filings. | GRANTED |
| | 07/28/2016 counseling letter issued to a different Immigration Judge<br><br>Note: The contents of this exhibit do not match the descriptions in the parties' filings. | GRANTED |
| **22.**<br><br>**Dkt. 53-23** | Public source information regarding EOIR's Immigration Judge complaint resolution program. | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| **23.**<br><br>**Dkt. 53-24** | Public source information concerning attorneys Eileen Blessinger, Carmen Boykin, and Paul Knight | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| **24.**<br><br>**Dkt. 53-25** | Information concerning EOIR's use of privacy-protected information from Plaintiff's personnel file in January 2017 | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| **25.**<br><br>**Dkt. 53-26** | Seven BIA orders affirming Plaintiff's decisions and orders denying recusal motions | DENIED subject to appropriate redactions, per Plaintiff's suggestion in Dkt. 47-1 and Defendants' submission in Dkt. 50. |
| **26.**<br><br>**Dkt. 53-27** | Communications with OPR investigative council | DENIED |
| | Law360 article entitled "Judge's Hostile and Bullying Acts Prompt New Hearing" | DENIED |
| | Plaintiff's motion to reconsider BIA decision | DENIED subject to redaction of any identifying information of the parties to the proceeding at issue. |

| | | |
|---|---|---|
| **27.**<br>**Dkt. 53-28** | Plaintiff's communication with OPR | DENIED |
| | Ethics and professionalism guide for immigration judges | DENIED |
| | Plaintiff's response to OPR letter of inquiry | DENIED |
| | OPR supplemental letter of inquiry | DENIED |
| | Plaintiff's response to OPR supplemental letter of inquiry | DENIED |
| **28.**<br>**Dkt. 53-29** | Plaintiff's response to EOIR's notice of proposed removal | GRANTED |
| | Plaintiff's supplemental response to EOIR's notice of proposed removal | GRANTED |
| | Transcript of pre-termination hearing | GRANTED |
| | Removal decision | GRANTED |
| | Various New York State Attorney Rules of Professional Responsibility | DENIED |
| **29.**<br>**Dkt. 53-30** | Law360 article entitled "Immigration Judges Sued for Not Conducting Bond Hearings" | DENIED |
| | Article 10 of collective bargaining agreement | DENIED |
| | Article 13 of collective bargaining agreement | DENIED |
| | Article 16 of collective bargaining agreement | DENIED |
| | Arlington, Virginia immigration court profile as of September 2018 | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| | EOIR profiles of various former EOIR officials | DENIED without prejudice to Defendants' motion for leave to file under seal. |

| | | |
|---|---|---|
| | Arlington, Virginia immigration court profile as of May 2020 | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| | Excerpt of congressional directory showing personnel composition of OPR as of 2016 | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| | Immigration judge grant and denial rates as of May 2020 | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| | DOJ OIG summary of report finding misconduct by an official in EOIR for engaging in a prohibited personnel practice | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| | DOJ OIG report excerpt concerning "Audit of the Executive Office for Immigration Review's 2019 Fiscal Management Practices" | DENIED without prejudice to Defendants' motion for leave to file under seal. |
| **30.** **Dkt. 53-31** | EOIR's records of removal – 1,105 pages of various unlabeled documents | GRANTED |