## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **OFFICE OF THE ATTORNEY GENERAL**<br>U.S. Department of Justice, | ) |
| **OFFICE OF THE DEPUTY ATTORNEY GENERAL**<br>U.S. Department of Justice, | ) |
| **OFFICE OF PROFESSIONAL RESPONSIBILITY**<br>U.S. Department of Justice, | ) |
| **EXECUTIVE OFFICE FOR IMMIGRATION<br>REVIEW,** U.S. Department of Justice, | ) |
| **OFFICE OF INFORMATION POLICY**<br>U.S. Department of Justice, | ) |
| Defendants. | ) |

RECEIVED

AUG 2 2 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**No. 21-Civ-1751 (RDM)**

# PLAINTIFF'S EXHIBIT 13

Filed Under Seal August 22, 2022

## INDEX – PLAINTIFF'S EXHIBIT 13
## <u>Bain v. USDOJ</u>, No. 21-cv-1751 (RDM)

Email from ACIJ Santoro to Plaintiff regarding the mid-term evaluation, dated August 11, 2014. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 1

Email communications in December 2014 regarding Plaintiff's participation in a training program for 200 pro bono attorneys. . . . . . . . . . . . . . . . . . . . . . . . . . . .  Pages 2 to 6

Email communications in December 2014 regarding technical difficulties experienced in conducting tele videoconference court hearings out of the York Immigration Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 7 to 16

Email communications in December 2014 regarding work assignments of Headquarters Immigration Court judges, including Plaintiff. . . . . . . . . . . . . . . . . .Pages 17 to 18

Email communication between Plaintiff and ACIJ Mary Beth Keller, dated January 6, 2015. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 19 to 27

Email communication between Plaintiff and ACIJ Santoro regarding the indefinite detail to the York Immigration Court and the assignment of more than 100 aged detained York cases to Plaintiff. . . . . . . . . . . . . . . . . . . . . . .  Pages 28 to 33

Letter of Reprimand, dated March 16, 2015. . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 34 to 66

Response to Letter of Reprimand, dated April 17, 2015. . . . . . . . . . . . . . . . . . . . . . Pages 67 to 78

On-line travel journal of Immigration Judge Walt Durling (ret.). . . . . . . . . . . . . . .  Pages 81 to 85

Law360 Article entitled "3rd Cir. Says 3-Year Detention Violated Immigrants' Rights," dated May 12, 2015 concerning one of Judge Durling's cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pages 86 to 87

**Bain, Quynh (EOIR)**

| | |
|---|---|
| **From:** | Santoro. Christopher A (EOIR) |
| **Sent:** | Monday, August 11, 2014 9:20 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | Mid-cycle performance review |

Judge Bain,

We have just passed the mid-point of the 2013-2015 immigration judge performance review period and are due for a progress review. As you know, the three rating elements for an immigration judge are: (1) legal ability, (2) professionalism, and (3) accountability for organizational results. The rating options for each are: satisfactory, improvement needed, and unsatisfactory. At this point in the cycle, it appears to me that you are performing at least satisfactorily in each of the three rating elements.

If you would like to discuss your performance – or anything else – either in person or telephonically (as appropriate), I would be happy to do so; please just let me know. Otherwise, I will sign and have sent to you for your signature the mid-year progress review section of your performance appraisal record. Thank you,


**Christopher A. Santoro**
Assistant Chief Immigration Judge

1

Bain, Quynh(EOIR)

| | |
|---|---|
| **From:** | Santoro, Christopher A (EOIR) |
| **Sent:** | Tuesday, December 02, 2014 7:34 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | RE: Re: Model Hearings at the justice AmeriCorps training |

Great, thank you. Please plan to cover it. I'll let you know who the second IJ will be later this morning

Christopher A. Santoro
Assistant Chief Immigration Judge

**From:** Bain, Quynh (EOIR)
**Sent:** Monday, December 01, 2014 5:25 PM
**To:** Santoro, Christopher A (EOIR)
**Subject:** RE: Re: Model Hearings at the justice AmeriCorps training

Judge Santoro:

I can do this.

I will talk with Judges Bryant, Owens, and Dornell and get their advice and suggestions.

Thank you.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Santoro, Christopher A (EOIR)
**Sent:** Monday, December 01, 2014 5:02 PM
**To:** Bain, Quynh (EOIR)
**Subject:** FW: Re: Model Hearings at the justice AmeriCorps training

Quynh,

Info re: the other e-mails I sent you. Thanks,

Chris

Christopher A. Santoro
Assistant Chief Immigration Judge

**From:** Brazill, Caitlin (EOIR)
**Sent:** Thursday, November 20, 2014 1:14 PM
**To:** Santoro, Christopher A (EOIR)
**Cc:** Lang, Steven (EOIR); Leen, Barbara (EOIR)
**Subject:** Re: Model Hearings at the justice AmeriCorps training

PLAINTIFF'S EXHIBIT 13    0002

Good afternoon Judge Santoro,

I hope this message finds you well. OLAP is helping to coordinate a training for the justice AmeriCorps program that will place new attorneys in 17 cities across the country to represent unaccompanied minors. As part of the training, we are planning to put on a Model Hearing Program so the new attorneys can learn practical information about representing children in asylum proceedings. I am writing to ask about the possibility of inviting two local judges in the DC area to join us on Friday, December 12th to participate in the model hearings. The training will be held at the Hyatt Regency Hotel on Capitol Hill. The model hearing session is scheduled to start at approximately 9:15am (after a mock asylum interview) and last until noon. We will make sure to provide materials for the case ahead of time.

Thank you very much and please let me know if you have any questions.

Regards,
Caitlin

Caitlin A. Brazill
Legal Analyst (Labat)
Office of Legal Access Programs
Office of the Director
Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 20530

2

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Santoro, Christopher A (EOIR) |
| **Sent:** | Tuesday, December 02, 2014 9:35 AM |
| **To:** | Bain, Quynh (EOIR); Morley, Steven A. (EOIR) |
| **Cc:** | Keller, Mary Beth (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | FW: Re: Model Hearings at the justice AmeriCorps training |

Judges Bain and Morley,

Thank you both for your assistance with the Model Hearing Program scheduled for next Friday, December 12. To assist you prepare, please see the information below about the location and time, and please see the Model Hearing Program Manual at: http://www.justice.gov/eoir/probono/Model_Hearing_Program_Manual.pdf. If you have any questions about this while I'm on leave, please contact Judge Keller. Thank you,

Christopher A. Santoro
Assistant Chief Immigration Judge

**From:** Brazill, Caitlin (EOIR)
**Sent:** Thursday, November 20, 2014 1:14 PM
**To:** Santoro, Christopher A (EOIR)
**Cc:** Lang, Steven (EOIR); Leen, Barbara (EOIR)
**Subject:** Re: Model Hearings at the justice AmeriCorps training

Good afternoon Judge Santoro,

I hope this message finds you well. OLAP is helping to coordinate a training for the justice AmeriCorps program that will place new attorneys in 17 cities across the country to represent unaccompanied minors. As part of the training, we are planning to put on a Model Hearing Program so the new attorneys can learn practical information about representing children in asylum proceedings. I am writing to ask about the possibility of inviting two local judges in the DC area to join us on Friday, December 12th to participate in the model hearings. The training will be held at the Hyatt Regency Hotel on Capitol Hill. The model hearing session is scheduled to start at approximately 9:15am (after a mock asylum interview) and last until noon. We will make sure to provide materials for the case ahead of time.

Thank you very much and please let me know if you have any questions.

Regards,
Caitlin

Caitlin A. Brazill
Legal Analyst (Labat)
Office of Legal Access Programs
Office of the Director
Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 20530

PLAINTIFF'S EXHIBIT 13   0004

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Brazill, Caitlin (EOIR) |
| **Sent:** | Monday, December 15, 2014 11:30 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Cc:** | Lang, Steven (EOIR); Santoro, Christopher A (EOIR); icook@cns.gov |
| **Subject:** | Re: Thank you! |

Dear Judge Bain,

I wanted to take a moment to thank you so much for participating in the Model Hearing Program at the justice AmeriCorps training last week. We received overwhelmingly positive feedback from the participants about your session, including one person who told us that appearing before you was the best part of the entire week-long event. The model hearing was an incredible opportunity for the new jAC attorneys to learn courtroom skills they can take back to their home cities around the country, and we are so grateful to you for giving of your time and talent to make that happen.

I look forward to working with you again in the future, and please do not hesitate to reach out to us at OLAP if there is anything we can do for you.

Best regards,
Caitlin


Caitlin A. Brazill
Legal Analyst (Labat)
Office of Legal Access Programs
Office of the Director
Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 20530

1

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Santoro, Christopher A (EOIR) |
| **Sent:** | Monday, December 15, 2014 2:01 PM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | FW: Re: Thank you! |

Quynh,

Thank you again for your assistance with this.  It sounds like things went very well.  Best wishes for the holidays!

Chris

Christopher A. Santoro
Assistant Chief Immigration Judge

**From:** Brazill, Caitlin (EOIR)
**Sent:** Monday, December 15, 2014 11:30 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Lang, Steven (EOIR); Santoro, Christopher A (EOIR); lcook@cns.gov
**Subject:** Re: Thank you!

Dear Judge Bain,

I wanted to take a moment to thank you so much for participating in the Model Hearing Program at the justice AmeriCorps training last week. We received overwhelmingly positive feedback from the participants about your session, including one person who told us that appearing before you was the best part of the entire week-long event. The model hearing was an incredible opportunity for the new jAC attorneys to learn courtroom skills they can take back to their home cities around the country, and we are so grateful to you for giving of your time and talent to make that happen.

I look forward to working with you again in the future, and please do not hesitate to reach out to us at OLAP if there is anything we can do for you.

Best regards,
Caitlin

Caitlin A. Brazill
Legal Analyst (Labat)
Office of Legal Access Programs
Office of the Director
Executive Office for Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 2053(

1

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Tuesday, December 02, 2014 11:16 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Cc:** | Johnson, Ashley (EOIR); Barrow, Tina (EOIR); Jones, Leslie L. (EOIR) |
| **Subject:** | VTC/DAR ISSUE |

Hi Judge Bain, it appears we are experiencing the same problem we had last month. The tech tweak settings last month and it was fine when we conducted a test. However, we are unable to hear the first few seconds when you begin to speak. I spoke with Andrew Leftwich and he will be checking into the problem.

Thanks,
Tina

PLAINTIFF'S EXHIBIT 13     0007

**Bain, Quynh (EOIR)**

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Tuesday, December 02, 2014 1:36 PM |
| **To:** | Bain, Quynh (EOIR); Egozcue, Joe (EOIR) |
| **Cc:** | Johnson, Ashley (EOIR); Jones, Leslie L. (EOIR) |
| **Subject:** | RE: VTC/DAR ISSUE |

Last month IRM tweaked settings in your courtroom and it seemed to fix the problem. However, the same problem is back. I will keep you posted.

Joe, Do you have another available Courtroom that Judge Bain can use until her courtroom is fixed? IF not, that's ok – I will make sure IRM/Dar Support corrects the problem.
Tina

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 02, 2014 1:06 PM
**To:** Barrow, Tina (EOIR)
**Cc:** Johnson, Ashley (EOIR); Jones, Leslie L. (EOIR)
**Subject:** RE: VTC/DAR ISSUE

Thank you for looking into this. I appreciate it. (I can hear the people on the York side of the courtroom just fine, but they tell me that the audio coming from Arlington is cutting in and out, so I wonder if the microphones on my desk are the problem).

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Barrow, Tina (EOIR)
**Sent:** Tuesday, December 02, 2014 11:16 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Johnson, Ashley (EOIR); Barrow, Tina (EOIR); Jones, Leslie L. (EOIR)
**Subject:** VTC/DAR ISSUE

Hi Judge Bain, it appears we are experiencing the same problem we had last month. The tech tweak settings last month and it was fine when we conducted a test. However, we are unable to hear the first few seconds when you begin to speak. I spoke with Andrew Leftwich and he will be checking into the problem.

Thanks,
Tina

PLAINTIFF'S EXHIBIT 13   0008

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Friday, December 05, 2014 8:29 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Cc:** | Johnson, Ashley (EOIR); Jones, Leslie L. (EOIR) |
| **Subject:** | RE: A████ 143, A████ 554, and A████ 545 (York detained) |

Judge Bain, there is still an issue with the audio. Sometimes your voice starts out low to normal and then the audio gets very loud. I called Andrew Leftwich 3 days ago. I left a message for him yesterday to check the status and he didn't get back to me. I will reach out to him again and I have several other folks I can contact to get this corrected.

I will keep you posted!

**From:** Bain, Quynh (EOIR)
**Sent:** Thursday, December 04, 2014 5:52 PM
**To:** Jones, Leslie L. (EOIR)
**Cc:** Johnson, Ashley (EOIR); Barrow, Tina (EOIR)
**Subject:** A████ 143, A████ 554, and A████ 545 (York detained)

Leslie:

I have faxed the decisions for the three cases to York. Please let me know if they have not arrived. Ashley has the three ROP's for return to York.

Thank you and Ashley for all your help.

P.S. I don't think the audio was a problem today, but please let me know if the problem persists.

Quynh Bain
Immigration Judge
Arlington, Virginia

1

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Monday, December 08, 2014 1:24 PM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | RE: microphone on York side of courtroom is turned off |

Thank you – I was talking with someone from IRM last Friday and he was to go to your court and resolve the issue.  I see that it wasn't done.

Thanks,
Tina

**From:** Bain, Quynh (EOIR)
**Sent:** Monday, December 08, 2014 1:22 PM
**To:** Barrow, Tina (EOIR)
**Subject:** RE: microphone on York side of courtroom is turned off

Hello Ms. Barrow:

The microphone is working now, and it was on during the entire a.m. hearing.  The lawyers tell me that they still miss the first few words I am speaking, so I have decided to wait a few seconds before I speak so that they could hear everything.  I will let you know later if this approach works.

Thank you.

QVB

**From:** Barrow, Tina (EOIR)
**Sent:** Monday, December 08, 2014 8:42 AM
**To:** Bain, Quynh (EOIR)
**Subject:** RE: microphone on York side of courtroom is turned off

Are you in courtroom 7 – we are connected

**From:** Bain, Quynh (EOIR)
**Sent:** Monday, December 08, 2014 8:40 AM
**To:** Quichua, Dwight V. (EOIR); Shupe, Bonita (EOIR)
**Cc:** Barrow, Tina (EOIR); Johnson, Ashley (EOIR)
**Subject:** microphone on York side of courtroom is turned off

And the officer does not know to turn it on.

Everyone is in the courtroom waiting to go.

Thanks.

QVB

1

PLAINTIFF'S EXHIBIT 13    0010

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Tuesday, December 09, 2014 8:57 AM |
| **To:** | Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR) |
| **Cc:** | Egozcue, Joe (EOIR); DAR_Support; VTC Service (EOIR) |
| **Subject:** | RE: **** URGENT ****  EXISTING VTC/DAR ISSUE IN COURTROOM 3   ***** REPEATED REQUEST - PROBLEM NOT SOLVED |

**Importance:**          High

I am working on it right now – IRM disconnected and will reconnect.

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 8:55 AM
**To:** Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 7, and we just lost video and audio connection with York. I am about to call York to try to re-establish connections. The audio has been an ongoing problem for about one month.

Thank you.

Quynh Bain

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 8:45 AM
**To:** Taj, Yasir (EOIR)
**Cc:** Bain, Quynh (EOIR); Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Hello Yasir,

Per our conversation this morning please let me know as soon as courtroom 7 becomes available today. I would like to address the audio issues experienced during VTC calls.

Thanks,
Mauricio Zavala

**From:** Barrow, Tina (EOIR)
**Sent:** Monday, December 08, 2014 2:13 PM
**To:** Zavala, Mauricio (EOIR); VTC Service (EOIR); DAR_Support
**Cc:** Barrow, Tina (EOIR); Bain, Quynh (EOIR); Egozcue, Joe (EOIR)
**Subject:** **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

1

PLAINTIFF'S EXHIBIT 13    0011

Hi Mauricio, I need to know the status of the **existing problem** in the York courtroom 3 & courtroom 7 in Arlington.  I just had to stop a hearing (PRIORITY CASE).  We could not hear Judge.  I am starting to think the problem is with our VTC and/or Crtrm 7 in Arlington.

✓   I CAN'T AFFORD TO CANCEL CASES.  PLEASE GIVE ME A CALL TODAY AND GIVE ME THE STATUS ON WHAT IS GOING TO TAKE PLACE TO CORRECT THE PROBLEM.

THANKS,
TINA

PLAINTIFF'S EXHIBIT 13     0012

**Bain, Quynh (EOIR)**

| | |
|---|---|
| **From:** | Barrow, Tina (EOIR) |
| **Sent:** | Tuesday, December 09, 2014 12:38 PM |
| **To:** | Bain. Quynh (EOIR) |
| **Cc:** | Barrow, Tina (EOIR) |
| **Subject:** | RE: **** URGENT ****   EXISTING VTC/DAR ISSUE IN COURTROOM 3   ***** REPEATED REQUEST - PROBLEM NOT SOLVED |

Judge Bain, thank you so much for the email below. I was so frustrated yesterday and this morning. I was emailing and calling IRM and never received a response. This morning I called the EOIR VTC/DAR emergency line and that is when I was able to voice my frustration and expressed the problem needed addressed immediately. I didn't know that Maurcio contacted Yasir this morning. I told them to keep me in the loop because of the emails and phone calls I was making in attempt to correct this problem. I started making the calls and emails early last week.

I apologize for all the issues.

Thanks,

Tina

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 12:33 PM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Bain, Quynh (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Courtroom 3 is working well, and the people in York could hear me.

I don't think that I can return to courtroom 10, which was my old courtroom. I ask that VTC service fix the problem in courtroom 7.

There is no air circulation in courtroom 10, and the audio is not distributed throughout the courtroom, so that all the incoming audio is blasted at the judge through the small speaker box that sits on top of the bench.

After two years of hearing cases almost every day in courtroom 10, I got sick — headaches, dizziness, and the occasional nausea. There was no fresh air, and the audio was too loud. I am just starting to feel better now that I am no longer using courtroom 10.

I ask that you fix whatever is the problem in courtroom 7 so that I can continue handling hearings by VTC and not get sick.

For the rest of this week, I will continue using Judge Burman's courtroom — courtroom 3 — while he is away.

Looking ahead to next week, I will use Judge Schmidt's courtroom for the Baltimore cases while he is away.

Thank you for your attention to this matter.

Quynh Bain

PLAINTIFF'S EXHIBIT 13    0013

Immigration Judge
Arlington, Virginia

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:32 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe is asking that we relocate to courtroom 3. He cannot find the remote for the Tandberg unit in courtroom 7.

Thank you.

QVB

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:25 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

What do I do about the hearing while we are waiting for Mr. Zavala to arrive? We were in the middle of the hearing, and DHS counsel still has to do cross-examination. I can hear the people in York but I cannot see them. The Tanberg unit in courtroom is turned on, but it is not working.

Would you like me to return to courtroom 7, which, in my view, is the better of the two courtrooms?

Courtroom 8 had a lot of problems this past summer, when Judge Hladylowycz used it for Artesia hearings.

I think the problem is with the air blowing through the vents, and the way the microphones are positioned.

In courtroom 7, the warm air coming from the furnace is blowing out toward the microphones in the ceiling, but it is not blowing as hard as in courtroom 8. I can hear the noise much more in courtroom 8 than in courtroom 7. The air movement may be what is blocking transmission of the IJ's speech and may it seem like it is fading in and out.

In addition, the microphones in the ceiling help to distribute the sound more evenly throughout the courtroom, so that it is not concentrated in the speaker box that sits on top of the bench, and so the sound is not blasted at the judge. However, because air from the ceiling vents is blowing directly into the ceiling microphones, I think we need to find a way to turn off the ceiling microphones, so as to force all the audio to come out of the speaker box that sits on the judge's bench.

Just my two cents.

Thank you.

QVB

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 10:16 AM
**To:** Egozcue, Joe (EOIR); Taj, Yasir (EOIR); Bain, Quynh (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)

2

PLAINTIFF'S EXHIBIT 13   0014

**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe,

I will head your way around 11am.

Thanks,
Mauricio

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:11 AM
**To:** Egozcue, Joe (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 8, waiting to establish connections with York. The unit is turned on.

The issues in courtroom 7 have not been resolved -- I can hear and see the people in York, but they cannot hear me very well.

**From:** Egozcue, Joe (EOIR)
**Sent:** Tuesday, December 09, 2014 9:13 AM
**To:** Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

Ladies and Gentlemen,

Because of the VTC issues, I suggested that IJ Bain relocate to courtroom 8. IJ Bain believes the current courtroom seven issue(s) has been resolved, but will most likely relocate to courtroom eight for the p.m. hearing, or earlier if the issues return.

Accordingly, courtroom seven will be available for Mauricio and others. Let me know if there is a time that works best for you.

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 8:55 AM
**To:** Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 7, and we just lost video and audio connection with York. I am about to call York to try to re-establish connections. The audio has been an ongoing problem for about one month.

Thank you.

Quynh Bain

3

PLAINTIFF'S EXHIBIT 13    0015

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 8:45 AM
**To:** Taj, Yasir (EOIR)
**Cc:** Bain, Quynh (EOIR); Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Hello Yasir,

Per our conversation this morning please let me know as soon as courtroom 7 becomes available today. I would like to address the audio issues experienced during VTC calls.

Thanks,
Mauricio Zavala

**From:** Barrow, Tina (EOIR)
**Sent:** Monday, December 08, 2014 2:13 PM
**To:** Zavala, Mauricio (EOIR); VTC Service (EOIR); DAR_Support
**Cc:** Barrow, Tina (EOIR); Bain, Quynh (EOIR); Egozcue, Joe (EOIR)
**Subject:** **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

Hi Mauricio, I need to know the status of the **existing problem** in the York courtroom 3 & courtroom 7 in Arlington.  I just had to stop a hearing (PRIORITY CASE).  We could not hear Judge.  I am starting to think the problem is with our VTC and/or Crtrm 7 in Arlington.

I CAN'T AFFORD TO CANCEL CASES.  PLEASE GIVE ME A CALL TODAY AND GIVE ME THE STATUS ON WHAT IS GOING TO TAKE PLACE TO CORRECT THE PROBLEM.

THANKS,
TINA

4

PLAINTIFF'S EXHIBIT 13     0016

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Santoro, Christopher A (EOIR) |
| **Sent:** | Thursday, December 18, 2014 3:48 PM |
| **To:** | Owens, Robert (EOIR); Hladylowycz, Roxanne (EOIR); Bain, Quynh (EOIR) |
| **Cc:** | Barrow, Tina (EOIR); Egozcue, Joe (EOIR); Mobley, Lynda  (EOIR); Cook, Brenda L. (EOIR) |
| **Subject:** | RE: Dockets in 2015 |

Tina, Joe, and Lynda,

Go ahead and put the plan below into effect. I've spoken with Judges Bain and Hladylowycz. Judge Owens is on use/lose leave and won't see this message until he returns in January, but we can figure out then whether he wants to do any of YOR in person or all by VTC. That shouldn't dramatically impact the scheduling of the cases. I'm also cc'ing Brenda for her awareness re: Judge Bain's potential availability for BAL UC dockets.

Christopher A. Santoro
Assistant Chief Immigration Judge

**From:** Santoro, Christopher A (EOIR)
**Sent:** Wednesday, December 17, 2014 2:41 PM
**To:** Owens, Robert (EOIR); Hladylowycz, Roxanne (EOIR); Bain, Quynh (EOIR)
**Cc:** Barrow, Tina (EOIR); Egozcue, Joe (EOIR); Mobley, Lynda (EOIR)
**Subject:** Dockets in 2015

Judges Owens, Hladylowycz, and Bain,

I had a conference call this morning with the CAs for York, Arlington/HQIC, and New Orleans regarding docket coverage in 2015. I have several competing interests I'm trying to balance, but the key issues are:

1. York has a caseload that needs 2.5-2.75 judges but as of 1/1/2015, York will have only 1 IJ
2. Arlington has too many priority UC cases for one judge, but not enough for two
3. New Orleans has a docket that needs careful review/organization for the newly-assigned and soon-to-be-assigned judges

In looking at the resources I have available to me and in consultation with the CAs, here is how I am leaning toward fulfilling those objectives.

RPO

Jan:           YOR (detained), except Jan 5, 6, and 20, which will be WAS (UC)
Feb-indef:     YOR
*Notes*: YOR coverage can be by VTC and/or in-person.  If you want to travel to York, please identify weeks that work for you and let's discuss

RCH:

Jan:           TBD (possibly NOL, let's discuss)
Feb-May:       NOL 2 weeks/month,
               remainder of time will either be NOL (VTC) or other priority case support, as needed

1

PLAINTIFF'S EXHIBIT 13     0017

beyond May:    TBD once I get a better sense of the start date of NOL IJ #2

*Notes*: NOL 2 weeks/month can be by VTC or in-person, but I would prefer you did it in person if you are able/willing to travel

QVB:

|  |  |
|---|---|
| Jan: | YOR |
| Feb-indef | WAS UC overflow (as needed, likely to be .25 or less), |
|  | YOR (as needed, likely to be .50-.75), |
|  | BAL UC overflow (if any time remains after WAS and YOR) |

*Notes*: YOR coverage can be by VTC and/or in-person. If you want to travel to York, please identify weeks that work for you and let's discuss

I know some of this proposal is inconsistent with discussions I've had with some of you over the last several weeks, but this seems to me to make the most sense. If you have any input/comment/etc., please let me know ASAP. The staff will need to fill/assign these dockets as soon as I give them the green light. Thanks,

**Christopher A. Santoro**
Assistant Chief Immigration Judge

2

PLAINTIFF'S EXHIBIT 13     0018

**Bain, Quynh (EOIR)**

| | |
|---|---|
| **From:** | Bain, Quynh (EOIR) |
| **Sent:** | Tuesday, January 06, 2015 9:35 AM |
| **To:** | Keller, Mary Beth (EOIR) |
| **Cc:** | Santoro, Christopher A (EOIR) |
| **Subject:** | RE: email exchange |

Judge Keller:

I am sorry you found my comments "rude."

The audio problem in courtroom 7 has been fixed. If you'd like to know what went wrong for the past two months, you should ask Tina Barrow. She will fill you in.

All the bond memos have been written. They should help the lawsuits.

Almost all the York detained decisions have been written. They should help the case completion goals.

The justice Americorps training went really well! It should help EOIR get more IJ's.

The hearings are progressing on schedule, with no unnecessary delays that would cause OCIJ, and in particular you, to have to field complaints.

All the concerns that really matter have been addressed.

Happy New Year! Have a good day. I hope your commute this morning was not too bad.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Keller, Mary Beth (EOIR)
**Sent:** Monday, January 05, 2015 5:31 PM
**To:** Bain, Quynh (EOIR)
**Cc:** Santoro, Christopher A (EOIR)
**Subject:** email exchange

Judge Bain,

Thank you for issuing these bond decisions.

However, I do want to address your responses below to me. I understand that email can be an imprecise vehicle for communication. Nevertheless, I found your directives rude ("Let's be clear. I did as Joe asked," and "...so let's focus on what can be done to address the ongoing equipment failure in courtroom 7"). My question to you about why you were not able to use the courtroom [3] which you yourself had previously indicated you would use for the rest of the week to avoid cancelling a detained-hearing was natural. You also did not show me the courtesy of responding to my question regarding whether you had drafts on the bond decisions from the JLC, instead merely

       PLAINTIFF'S EXHIBIT 13   0019

cc'ing me on an email to the court administrator. Finally, the tone in your questions about prioritization of work and in your statements directly below also could be interpreted as disrespectful.

I caution you to consider the language you use in the future when responding to anyone, and in particular when responding to a supervisor's inquiries regarding your work in the court.

*MaryBeth Keller*
*Assistant Chief Immigration Judge*

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 1:07 PM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am not sure what "appropriate due course" is, but this will have to wait until next week. I have to focus on detained cases this week and next.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 12:29 PM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

There is no need to have another judge review your bond memos – please handle them yourself in appropriate due course.

Thanks.
Mtk

*MaryBeth Keller*

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 12:24 PM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe, the draft bond memos were placed on my desk this morning. I have not had a chance to review them, because I am working on this afternoon's detained York case as well as a detained York decision that is due this week. The afternoon respondent, like many others, has been in custody well

PLAINTIFF'S EXHIBIT 13     0020

past the 60-day case completion deadline, so I'd like to finish this afternoon's hearing in one sitting. Tomorrow, I am working at home (on my CWS day) on preparing for Friday's Americorps training. Would you mind asking one of the other judges here to review the two bond memos? I don't mind if they sign the bond memos for me, because I suspect the Board will eventually dismiss the DHS appeals as moot, or if/when DHS withdraws its appeals, which it has done in other cases.

Thank you, Joe, for all the work you have done to try to correct the problem in courtroom 7. I will be using courtroom 3 this afternoon, as you requested.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 11:42 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

The problems with courtroom 7 are being worked on. If you experience further difficulty with 7, please use courtroom 3 this afternoon.

All I am looking for is a status update on the two remaining Artesia bond memoranda. Do you currently have drafts from the JLC?

Thanks.

Mtk

MaryBeth Keller

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 11:33 AM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Let's be clear. I did as Joe asked. I used courtroom 7 today, on the assumption that the repairs were successful as he represented in his email. The problem was not remedied, so let's focus on what can be done to address the ongoing equipment failure in courtroom 7.

Is this email about prioritizing my work? How would you like to prioritize it? I've got an hour left today before the next hearing begins at 1:00 p.m.

Please let me know.

Quynh Bain
Immigration Judge
Arlington, Virginia

     PLAINTIFF'S EXHIBIT 13    0021

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 11:18 AM
**To:** Bain, Quynh (EOIR)
**Cc:** Egozcue, Joe (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Unless I am missing other communications, Joe's email simply asks that you return to courtroom 7 "to confirm the repairs were successful." If a courtroom is not being used, regardless to whom it is assigned, we should use it if technologically and staffing-wise it is possible.

Regarding the Artesia cases, I am advised as of Friday that drafts had been submitted to you.   Please let me know if that is not accurate.

Thank you.

Mtk
*MaryBeth Keller*
*Assistant Chief Immigration Judge*

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 9:33 AM
**To:** Keller, Mary Beth (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); Santoro, Christopher A (EOIR); Barrow, Tina (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe's directive was that I use courtroom 7. I understood his email from yesterday afternoon that he did not want me to use courtroom 3, since that is Judge Burman's assigned courtroom.

As for the bond memos, I asked an attorney advisor to draft them, and I will be doing the review once the memos are drafted. As the Artesia cases are now non-detained cases -- the aliens have been voluntarily released by DHS, and DHS has moved to change venue to another location, I believe the DHS appeals are moot. Even if they are not moot, the cases cannot take precedence over detained decisions out of York that I need to get out asap. The York detainees have been in custody for over six months so the urgency in York is greater than in Artesia. I also have to prepare for a three-hour training exercise involving the Justice Americorps attorneys this Friday morning. I was assigned this task last week, and will need to spend today and tomorrow (my CWS day) to prepare for the mock hearing as well as to put on a 1.5-hour presentation on master calendar hearings and hearings concerning juveniles.

If you'd like to discuss this further, I can be reached at (703) ▓▓▓▓▓▓▓

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Keller, Mary Beth (EOIR)
**Sent:** Wednesday, December 10, 2014 9:25 AM
**To:** Bain, Quynh (EOIR)

4          PLAINTIFF'S EXHIBIT 13    0022

**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Could you have used courtroom 3 again per your email below?

I also have one other question for you:  I understand that you have two bond memoranda that are needed to be issued?  Could I get a status on those as those are the last two remaining from Artesia. Hopefully if this morning's hearings have fallen out, you will have some time to get those concluded if they aren't already.

Thanks –

Mtk

*MaryBeth Keller*

**From:** Bain, Quynh (EOIR)
**Sent:** Wednesday, December 10, 2014 8:53 AM
**To:** Egozcue, Joe (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Santoro, Christopher A (EOIR); Keller, Mary-Beth (EOIR); Moutinho, Ray (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I just adjourned the 8:30 a.m. hearing because the problem in courtroom 7 has not been remedied.  Ms. Barrow said my speech is still fading in and out.  The lawyer drove from Fairfax, VA to York, PA for the hearing this morning, and she was, of course, disappointed because the hearing could not go forward.

Could we have the problem remedied by 1:00 p.m. today, when the next York case is supposed to go forward?

Thank you.

QVB

**From:** Egozcue, Joe (EOIR)
**Sent:** Tuesday, December 09, 2014 3:44 PM
**To:** Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Santoro, Christopher A (EOIR); Keller, Mary Beth (EOIR); Moutinho, Ray (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Judge Bain,

Mauricio believes he has corrected the audio issues in courtroom seven, and all of his test results were positive.

Will you be kind enough to return to courtroom seven on Wednesday, 10 Dec, to confirm the repairs were successful. Thank you.

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 12:33 PM

     PLAINTIFF'S EXHIBIT 13   0023

**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR); Bain, Quynh (EOIR); Santoro, Christopher A (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Courtroom 3 is working well, and the people in York could hear me.

I don't think that I can return to courtroom 10, which was my old courtroom. I ask that VTC service fix the problem in courtroom 7.

There is no air circulation in courtroom 10, and the audio is not distributed throughout the courtroom, so that all the incoming audio is blasted at the judge through the small speaker box that sits on top of the bench.

After two years of hearing cases almost every day in courtroom 10, I got sick — headaches, dizziness, and the occasional nausea. There was no fresh air, and the audio was too loud. I am just starting to feel better now that I am no longer using courtroom 10.

I ask that you fix whatever is the problem in courtroom 7 so that I can continue handling hearings by VTC and not get sick.

For the rest of this week, I will continue using Judge Burman's courtroom — courtroom 3 — while he is away.

Looking ahead to next week, I will use Judge Schmidt's courtroom for the Baltimore cases while he is away.

Thank you for your attention to this matter.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:32 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe is asking that we relocate to courtroom 3. He cannot find the remote for the Tandberg unit in courtroom 7.

Thank you.

QVB

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:25 AM
**To:** Zavala, Mauricio (EOIR); Egozcue, Joe (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

   PLAINTIFF'S EXHIBIT 13   0024

What do I do about the hearing while we are waiting for Mr. Zavala to arrive? We were in the middle of the hearing, and DHS counsel still has to do cross-examination. I can hear the people in York but I cannot see them. The Tanberg unit in courtroom is turned on, but it is not working.

Would you like me to return to courtroom 7, which, in my view, is the better of the two courtrooms?

Courtroom 8 had a lot of problems this past summer, when Judge Hladylowycz used it for Artesia hearings.

I think the problem is with the air blowing through the vents, and the way the microphones are positioned.

In courtroom 7, the warm air coming from the furnace is blowing out toward the microphones in the ceiling, but it is not blowing as hard as in courtroom 8. I can hear the noise much more in courtroom 8 than in courtroom 7. The air movement may be what is blocking transmission of the IJ's speech and may it seem like it is fading in and out.

In addition, the microphones in the ceiling help to distribute the sound more evenly throughout the courtroom, so that it is not concentrated in the speaker box that sits on top of the bench, and so the sound is not blasted at the judge. However, because air from the ceiling vents is blowing directly into the ceiling microphones, I think we need to find a way to turn off the ceiling microphones, so as to force all the audio to come out of the speaker box that sits on the judge's bench.

Just my two cents.

Thank you.

QVB

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 10:16 AM
**To:** Egozcue, Joe (EOIR); Taj, Yasir (EOIR); Bain, Quynh (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Joe,

I will head your way around 11am.

Thanks,
Mauricio

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 10:11 AM
**To:** Egozcue, Joe (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 8, waiting to establish connections with York. The unit is turned on.

The issues in courtroom 7 have not been resolved -- I can hear and see the people in York, but they cannot hear me very well.

     PLAINTIFF'S EXHIBIT 13     0025

**From:** Egozcue, Joe (EOIR)
**Sent:** Tuesday, December 09, 2014 9:13 AM
**To:** Bain, Quynh (EOIR); Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

Ladies and Gentlemen,

Because of the VTC issues, I suggested that IJ Bain relocate to courtroom 8. IJ Bain believes the current courtroom seven issue(s) has been resolved, but will most likely relocate to courtroom eight for the p.m. hearing, or earlier if the issues return.

Accordingly, courtroom seven will be available for Mauricio and others. Let me know if there is a time that works best for you.

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, December 09, 2014 8:55 AM
**To:** Zavala, Mauricio (EOIR); Taj, Yasir (EOIR)
**Cc:** Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

I am in courtroom 7, and we just lost video and audio connection with York. I am about to call York to try to re-establish connections. The audio has been an ongoing problem for about one month.

Thank you.

Quynh Bain

**From:** Zavala, Mauricio (EOIR)
**Sent:** Tuesday, December 09, 2014 8:45 AM
**To:** Taj, Yasir (EOIR)
**Cc:** Bain, Quynh (EOIR); Egozcue, Joe (EOIR); Barrow, Tina (EOIR); DAR_Support; VTC Service (EOIR)
**Subject:** RE: **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED

Hello Yasir,

Per our conversation this morning please let me know as soon as courtroom 7 becomes available today. I would like to address the audio issues experienced during VTC calls.

Thanks,
Mauricio Zavala

**From:** Barrow, Tina (EOIR)
**Sent:** Monday, December 08, 2014 2:13 PM
**To:** Zavala, Mauricio (EOIR); VTC Service (EOIR); DAR_Support
**Cc:** Barrow, Tina (EOIR); Bain, Quynh (EOIR); Egozcue, Joe (EOIR)
**Subject:** **** URGENT **** EXISTING VTC/DAR ISSUE IN COURTROOM 3 ***** REPEATED REQUEST - PROBLEM NOT SOLVED
**Importance:** High

 PLAINTIFF'S EXHIBIT 13    0026

Hi Mauricio, I need to know the status of the **existing problem** in the York courtroom 3 & courtroom 7 in Arlington.  I just had to stop a hearing (PRIORITY CASE).  We could not hear Judge.  I am starting to think the problem is with our VTC and/or Crtrm 7 in Arlington.

I CAN'T AFFORD TO CANCEL CASES.  PLEASE GIVE ME A CALL TODAY AND GIVE ME THE STATUS ON WHAT IS GOING TO TAKE PLACE TO CORRECT THE PROBLEM.

THANKS,
TINA

   PLAINTIFF'S EXHIBIT 13    0027

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Bain, Quynh (EOIR) |
| **Sent:** | Thursday, January 29, 2015 4:56 PM |
| **To:** | Santoro, Christopher A (EOIR) |
| **Subject:** | RE: YOR detained pending more than 60 days |

I hear you.  You're preaching to the choir.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Santoro, Christopher A (EOIR)
**Sent:** Thursday, January 29, 2015 4:27 PM
**To:** Bain, Quynh (EOIR)
**Subject:** RE: YOR detained pending more than 60 days

Thanks for reviewing. All of the cases on the list have already missed the case completion goal date, but each still costs the government money for detention and the respondents in lost liberty, so even though they're all "misses," the more of these we can conclude, the better.

**Christopher A. Santoro**
Assistant Chief Immigration Judge

**From:** Bain, Quynh (EOIR)
**Sent:** Thursday, January 29, 2015 4:25 PM
**To:** Santoro, Christopher A (EOIR)
**Cc:** Bain, Quynh (EOIR)
**Subject:** RE: YOR detained pending more than 60 days

I have not begun to hear most of these cases on the list, so it's doubtful we will attain the 85% cc goal for this batch.

The good news is that all of the cases I heard this week were commenced in October or November 2014, so we are catching up.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Santoro, Christopher A (EOIR)
**Sent:** Thursday, January 29, 2015 2:53 PM
**To:** Durling, Walter (EOIR); Bain, Quynh (EOIR); Owens, Robert (EOIR); Barrow, Tina (EOIR)
**Subject:** YOR detained pending more than 60 days

Judge Durling, York detail judges, and Tina,

PLAINTIFF'S EXHIBIT 13     0028

I have begun receiving a new monthly report that lists detained cases pending more than 60 days (the case completion goal). I have attached the York list to the end of this e-mail. I am sending you this not as a push that you complete cases unreasonably quickly, but rather as a docket management tool for your use as you prioritize your cases. Thank you,

**Christopher A. Santoro**
Assistant Chief Immigration Judge

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YOR | BER | QVB | | 278 | | 08/14/14 | 167 | 02/23/15 |
| YOR | BER | QVB | | 889 | | 08/14/14 | 167 | 02/23/15 |
| YOR | BER | QVB | | 154 | | 08/25/14 | 156 | 02/13/15 |
| YOR | BER | QVB | | 140 | | 08/25/14 | 156 | 02/13/15 |
| YOR | BER | QVB | | 123 | | 09/02/14 | 148 | 02/25/15 |
| YOR | BER | QVB | | 916 | | 09/02/14 | 148 | 02/25/15 |
| YOR | BER | RPO | | 521 | | 08/14/14 | 167 | 03/27/15 |
| YOR | BER | RPO | | 126 | | 08/14/14 | 167 | 03/13/15 |
| YOR | BER | RPO | | 312 | | 08/14/14 | 167 | 02/24/15 |
| YOR | BER | RPO | | 209 | | 08/14/14 | 167 | 02/24/15 |
| YOR | BER | RPO | | 396 | | 08/14/14 | 167 | 03/13/15 |
| YOR | BER | RPO | | 046 | | 08/14/14 | 167 | 03/27/15 |
| YOR | BER | RPO | | 714 | | 08/27/14 | 154 | 02/18/15 |
| YOR | BER | RPO | | 441 | | 08/27/14 | 154 | 02/18/15 |
| YOR | BER | RPO | | 379 | | 09/02/14 | 148 | 03/17/15 |
| YOR | BER | RPO | | 697 | | 09/02/14 | 148 | 03/17/15 |
| YOR | BER | RPO | | 527 | | 10/03/14 | 117 | 03/17/15 |
| YOR | BER | RPO | | 797 | | 10/14/14 | 106 | 02/05/15 |
| YOR | BER | RPO | | 587 | | 10/14/14 | 106 | 03/27/15 |
| YOR | BER | RPO | | 029 | | 10/14/14 | 106 | 03/27/15 |
| YOR | BER | RPO | | 617 | | 10/14/14 | 106 | 02/05/15 |
| YOR | BER | RPO | | 527 | | 10/29/14 | 91 | 03/04/15 |
| YOR | BER | RPO | | 528 | | 10/29/14 | 91 | 03/04/15 |
| YOR | BER | WAD | | 560 | | 08/27/14 | 154 | 02/17/15 |
| YOR | BER | WAD | | 054 | | 08/27/14 | 154 | 01/06/15 |
| YOR | BER | WAD | | 286 | | 08/27/14 | 154 | 01/06/15 |
| YOR | BER | WAD | | 287 | | 08/27/14 | 154 | 01/06/15 |
| YOR | BER | WAD | | 298 | | 08/27/14 | 154 | 02/17/15 |
| YOR | BER | WAD | | 365 | | 11/13/14 | 76 | 02/09/15 |
| YOR | PIK | QVB | | 563 | | 09/25/14 | 125 | 03/10/15 |
| YOR | PIK | QVB | | 333 | | 11/25/14 | 64 | 03/16/15 |
| YOR | PIK | RPO | | 933 | | 03/19/14 | 315 | 02/10/15 |
| YOR | PIK | RPO | | 122 | | 10/22/14 | 98 | 03/18/15 |
| YOR | PIK | RPO | | 603 | | 11/13/14 | 76 | 03/03/15 |
| YOR | PIK | RPO | | 831 | | 11/20/14 | 69 | 03/26/15 |
| YOR | PIK | WAD | | 678 | | 11/18/14 | 71 | 02/12/15 |
| YOR | PIK | WAD | | 002 | | 11/18/14 | 71 | 02/02/15 |
| YOR | PIK | WAD | | 827 | | 11/24/14 | 65 | 02/02/15 |
| YOR | YOR | ARA | | 802 | | 11/20/14 | 69 | 11/24/14 |
| YOR | YOR | DWC | | 181 | | 10/24/14 | 96 | 02/04/15 |
| YOR | YOR | QVB | | 037 | | 01/06/14 | 387 | 03/04/15 |
| YOR | YOR | QVB | | 936 | | 03/10/14 | 324 | 02/27/15 |

PLAINTIFF'S EXHIBIT 13     0029

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YOR | YOR | QVB | -06: | | 04/02/14 | 301 | 03/20/15 |
| YOR | YOR | QVB | -783 | | 04/30/14 | 273 | 01/23/15 |
| YOR | YOR | QVB | -00: | | 07/22/14 | 190 | 02/23/15 |
| YOR | YOR | QVB | -511 | | 07/25/14 | 187 | 02/25/15 |
| YOR | YOR | QVB | 067 | | 08/13/14 | 168 | 03/12/15 |
| YOR | YOR | QVB | 287 | | 09/10/14 | 140 | 02/12/15 |
| YOR | YOR | QVB | 052 | | 09/15/14 | 135 | 12/18/14 |
| YOR | YOR | QVB | 136 | | 09/17/14 | 133 | 01/21/15 |
| YOR | YOR | QVB | 781 | | 09/19/14 | 131 | 03/04/15 |
| YOR | YOR | QVB | 996 | | 09/23/14 | 127 | 02/13/15 |
| YOR | YOR | QVB | 765 | | 09/24/14 | 126 | 03/11/15 |
| YOR | YOR | QVB | 349 | | 09/29/14 | 121 | 03/13/15 |
| YOR | YOR | QVB | 594 | | 10/01/14 | 119 | 03/31/15 |
| YOR | YOR | QVB | 957 | | 10/15/14 | 105 | 02/27/15 |
| YOR | YOR | QVB | 116 | | 10/21/14 | 99 | 01/29/15 |
| YOR | YOR | QVB | 281 | | 10/21/14 | 99 | 03/18/15 |
| YOR | YOR | QVB | 012 | | 10/22/14 | 98 | 01/05/15 |
| YOR | YOR | QVB | 375 | | 10/28/14 | 92 | 02/24/15 |
| YOR | YOR | QVB | 127 | | 10/29/14 | 91 | 01/07/15 |
| YOR | YOR | QVB | 256 | | 11/03/14 | 86 | 03/02/15 |
| YOR | YOR | QVB | 147 | | 11/03/14 | 86 | 03/09/15 |
| YOR | YOR | QVB | 703 | | 11/05/14 | 84 | 02/11/15 |
| YOR | YOR | QVB | 705 | | 11/10/14 | 79 | 02/24/15 |
| YOR | YOR | QVB | 644 | | 11/14/14 | 75 | 03/11/15 |
| YOR | YOR | QVB | 755 | | 11/24/14 | 65 | 01/26/15 |
| YOR | YOR | QVB | 761 | | 11/24/14 | 65 | 01/28/15 |
| YOR | YOR | RPO | 330 | | 03/24/14 | 310 | 02/19/15 |
| YOR | YOR | RPO | 419 | | 05/21/14 | 252 | 02/03/15 |
| YOR | YOR | RPO | 156 | | 07/02/14 | 210 | 01/29/15 |
| YOR | YOR | RPO | 999 | | 07/08/14 | 204 | 02/04/15 |
| YOR | YOR | RPO | 473 | | 07/10/14 | 202 | 03/25/15 |
| YOR | YOR | RPO | 986 | | 07/23/14 | 189 | 02/11/15 |
| YOR | YOR | RPO | 462 | | 08/05/14 | 176 | 01/21/15 |
| YOR | YOR | RPO | 061 | | 08/05/14 | 176 | 04/30/15 |
| YOR | YOR | RPO | 843 | | 08/11/14 | 170 | 03/25/15 |
| YOR | YOR | RPO | 289 | | 08/11/14 | 170 | 03/03/15 |
| YOR | YOR | RPO | 730 | | 08/12/14 | 169 | 02/05/15 |
| YOR | YOR | RPO | 256 | | 08/19/14 | 162 | 03/05/15 |
| YOR | YOR | RPO | 665 | | 08/20/14 | 161 | 04/02/15 |
| YOR | YOR | RPO | 488 | | 08/20/14 | 161 | 03/04/15 |

PLAINTIFF'S EXHIBIT 13    0030

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YOR | YOR | RPO | 395 | | 08/20/14 | 161 | 02/24/15 |
| YOR | YOR | RPO | 901 | | 08/20/14 | 161 | 02/10/15 |
| YOR | YOR | RPO | 299 | | 08/20/14 | 161 | 02/03/15 |
| YOR | YOR | RPO | 916 | | 08/22/14 | 159 | 04/28/15 |
| YOR | YOR | RPO | 764 | | 09/04/14 | 146 | 03/24/15 |
| YOR | YOR | RPO | 679 | | 09/08/14 | 142 | 01/30/15 |
| YOR | YOR | RPO | 455 | | 09/09/14 | 141 | 01/15/15 |
| YOR | YOR | RPO | 225 | | 09/10/14 | 140 | 02/27/15 |
| YOR | YOR | RPO | 621 | | 09/17/14 | 133 | 02/26/15 |
| YOR | YOR | RPO | 958 | | 09/19/14 | 131 | 02/12/15 |
| YOR | YOR | RPO | 367 | | 09/24/14 | 126 | 02/13/15 |
| YOR | YOR | RPO | 172 | | 09/29/14 | 121 | 02/12/15 |
| YOR | YOR | RPO | 135 | | 09/29/14 | 121 | 03/12/15 |
| YOR | YOR | RPO | 251 | | 09/30/14 | 120 | 04/23/15 |
| YOR | YOR | RPO | 447 | | 09/30/14 | 120 | 04/21/15 |
| YOR | YOR | RPO | 563 | | 09/30/14 | 120 | 04/15/15 |
| YOR | YOR | RPO | 143 | | 09/30/14 | 120 | 03/31/15 |
| YOR | YOR | RPO | 358 | | 10/01/14 | 119 | 03/10/15 |
| YOR | YOR | RPO | 658 | | 10/03/14 | 117 | 04/08/15 |
| YOR | YOR | RPO | 045 | | 10/03/14 | 117 | 04/08/15 |
| YOR | YOR | RPO | 389 | | 10/03/14 | 117 | 12/11/14 |
| YOR | YOR | RPO | 461 | | 10/03/14 | 117 | 02/13/15 |
| YOR | YOR | RPO | 859 | | 10/06/14 | 114 | 04/02/15 |
| YOR | YOR | RPO | 332 | | 10/10/14 | 110 | 02/04/15 |
| YOR | YOR | RPO | 278 | | 10/15/14 | 105 | 03/13/15 |
| YOR | YOR | RPO | 302 | | 10/16/14 | 104 | 02/25/15 |
| YOR | YOR | RPO | 222 | | 10/21/14 | 99 | 03/05/15 |
| YOR | YOR | RPO | 146 | | 10/21/14 | 99 | 03/31/15 |
| YOR | YOR | RPO | 652 | | 10/22/14 | 98 | 02/11/15 |
| YOR | YOR | RPO | 640 | | 10/24/14 | 96 | 03/12/15 |
| YOR | YOR | RPO | 607 | | 10/28/14 | 92 | 03/19/15 |
| YOR | YOR | RPO | 262 | | 11/03/14 | 86 | 03/24/15 |
| YOR | YOR | RPO | 673 | | 11/03/14 | 86 | 04/14/15 |
| YOR | YOR | RPO | 151 | | 11/05/14 | 84 | 04/09/15 |
| YOR | YOR | RPO | 431 | | 11/07/14 | 82 | 03/10/15 |
| YOR | YOR | RPO | 999 | | 11/10/14 | 79 | 04/22/15 |
| YOR | YOR | RPO | 188 | | 11/10/14 | 79 | 03/11/15 |
| YOR | YOR | RPO | 445 | | 11/10/14 | 79 | 03/26/15 |
| YOR | YOR | RPO | 196 | | 11/13/14 | 76 | 03/18/15 |
| YOR | YOR | RPO | 979 | | 11/19/14 | 70 | 04/28/15 |
| YOR | YOR | WAD | 603 | | 09/06/13 | 509 | 02/02/15 |
| YOR | YOR | WAD | 231 | | 02/25/14 | 337 | 02/12/15 |
| YOR | YOR | WAD | 973 | | 03/10/14 | 324 | 02/03/15 |
| YOR | YOR | WAD | 318 | | 04/21/14 | 282 | 02/18/15 |
| YOR | YOR | WAD | 340 | | 05/23/14 | 250 | 01/29/15 |
| YOR | YOR | WAD | | | 06/03/14 | 239 | 01/29/15 |

PLAINTIFF'S EXHIBIT 13   0031

| YOR | YOR | WAD | 093 | | 07/10/14 | 202 | 02/10/15 |
|-----|-----|-----|-----|-----|----------|-----|----------|
| YOR | YOR | WAD | 517 | | 07/22/14 | 190 | 02/04/15 |
| YOR | YOR | WAD | 083 | | 07/29/14 | 183 | 02/09/15 |
| YOR | YOR | WAD | 980 | | 08/11/14 | 170 | 12/04/14 |
| YOR | YOR | WAD | 151 | | 08/18/14 | 163 | 02/05/15 |
| YOR | YOR | WAD | 041 | | 08/18/14 | 163 | 01/29/15 |
| YOR | YOR | WAD | 013 | | 08/22/14 | 159 | 02/05/15 |
| YOR | YOR | WAD | 967 | | 09/04/14 | 146 | 02/26/15 |
| YOR | YOR | WAD | 625 | | 09/04/14 | 146 | 02/12/15 |
| YOR | YOR | WAD | 713 | | 09/08/14 | 142 | 02/03/15 |
| YOR | YOR | WAD | 795 | | 09/08/14 | 142 | 03/02/15 |
| YOR | YOR | WAD | 503 | | 09/08/14 | 142 | 01/28/15 |
| YOR | YOR | WAD | 272 | | 09/15/14 | 135 | 02/11/15 |
| YOR | YOR | WAD | 919 | | 09/26/14 | 124 | 02/11/15 |
| YOR | YOR | WAD | 289 | | 09/30/14 | 120 | 02/26/15 |
| YOR | YOR | WAD | 482 | | 09/30/14 | 120 | 02/05/15 |
| YOR | YOR | WAD | 834 | | 10/02/14 | 118 | 02/04/15 |
| YOR | YOR | WAD | 360 | | 10/20/14 | 100 | 02/12/15 |
| YOR | YOR | WAD | 246 | | 10/21/14 | 99 | 02/02/15 |
| YOR | YOR | WAD | 271 | | 10/28/14 | 92 | 01/30/15 |
| YOR | YOR | WAD | 103 | | 10/29/14 | 91 | 03/13/15 |
| YOR | YOR | WAD | 78 | | 11/05/14 | 84 | 02/12/15 |
| YOR | YOR | WAD | 49 | | 11/05/14 | 84 | 02/26/15 |
| YOR | YOR | WAD | 491 | | 11/05/14 | 84 | 01/30/15 |
| YOR | YOR | WAD | 234 | | 11/05/14 | 84 | 02/12/15 |
| YOR | YOR | WAD | 098 | | 11/19/14 | 70 | 02/19/15 |
| YOR | YOR | WAD | 433 | | 11/19/14 | 70 | 02/10/15 |
| YOR | YOR | WAD | 076 | | 11/19/14 | 70 | 02/10/15 |
| YOR | YOR | WAD | 841 | | 11/19/14 | 70 | 01/29/15 |
| YOR | YOR | WAD | 044 | | 11/19/14 | 70 | 01/29/15 |
| YOR | YOR | WAD | 711 | | 11/24/14 | 65 | 03/11/15 |
| YOR | YOR | WAD | 547 | | 11/24/14 | 65 | 03/17/15 |

5

PLAINTIFF'S EXHIBIT 13     0032

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Bain, Quynh (EOIR) |
| **Sent:** | Tuesday, February 03, 2015 11:00 AM |
| **To:** | Barrow, Tina (EOIR); Shupe, Bonita (EOIR); Johnson, Ashley (EOIR) |
| **Cc:** | Shupe, Bonita (EOIR); Bain, Quynh (EOIR) |
| **Subject:** | RE: Question |
| **Attachments:** | YOR detained pending more than 60 days |

Ms. Barrow: Thank you very much for your kind words. It's been a pleasure to work with you, Bonnie, and the York court. Things run very well up there!

I have not been told that I will be a full-time detail judge to York, so this came as a surprise.

Attached is an email from Judge Santoro from last Thursday, listing the cases that were assigned to Judge Owens, Judge Durling, and me, in which the 60-day case completion deadline has passed. As of last week, a number of those cases were transferred to me from Judge Owens' docket. Should I assume that, as of this week, all of Judge Owens' cases are now reassigned to me? If so, would you please send me a new list of York cases that are assigned to me? I'll take a look at how long they have been pending and will figure out a way to expedite them if I can.

Thank you very much.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Barrow, Tina (EOIR)
**Sent:** Tuesday, February 03, 2015 10:47 AM
**To:** Bain, Quynh (EOIR); Shupe, Bonita (EOIR); Johnson, Ashley (EOIR)
**Cc:** Shupe, Bonita (EOIR); Barrow, Tina (EOIR)
**Subject:** RE: Question

Hi Judge Bain, I am not sure if you have been told, but we are getting you as a full time detail until further notice. Judge Owens will not be our full time Judge as of March. Therefore, I was going to transfer April cases from his York Docket and transfer the cases to your York docket. However, I wanted to make sure that you didn't have anything scheduled so that we didn't end up with you being double booked. I am very excited about picking you up as our full time detail Judge. It is always a pleasure working with you and Ashley.

Tina

**From:** Bain, Quynh (EOIR)
**Sent:** Tuesday, February 03, 2015 10:37 AM
**To:** Shupe, Bonita (EOIR); Johnson, Ashley (EOIR)
**Cc:** Barrow, Tina (EOIR); Bain, Quynh (EOIR)
**Subject:** RE: Question

Hi Bonnie:

1

PLAINTIFF'S EXHIBIT 13    0033

I think I can answer the question for you. Right now, I have about 6 non-detained cases in other cities that need to be rescheduled for completion, but I am not sure if I am supposed to schedule them for hearings because of the push back to November 29, 2019. For now, those 6 cases have no hearing dates. If I need to reschedule them for hearings, I will squeeze them into noon time slots or CWS days, so they don't interfere with your scheduling of York hearings.

Please let me know if you need more information. Thank you for the inquiry.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Shupe, Bonita (EOIR)
**Sent:** Tuesday, February 03, 2015 9:39 AM
**To:** Johnson, Ashley (EOIR)
**Cc:** Bain, Quynh (EOIR); Barrow, Tina (EOIR)
**Subject:** Question

Hi Ashley,

Wondering if you could possibly let me know what cases/dates Judge Bain has scheduled in the months of April, May, June, and July for any and all courts. We don't want to double book.

Thanks,

Bonnie

Bonita Shupe
Legal Assistant
York Immigration Court
Direct #

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Bain, Quynh (EOIR) |
| **Sent:** | Tuesday, February 03, 2015 4:22 PM |
| **To:** | Santoro, Christopher A (EOIR) |
| **Cc:** | ▇▇▇▇▇▇▇; Bain, Quynh (EOIR) |
| **Subject:** | RE: YOR detained pending more than 60 days |
| **Attachments:** | RE: Dockets in 2015 |

| **Tracking:** | **Recipient** | **Recall** |
|---|---|---|
| | Santoro, Christopher A (EOIR) | Failed: 2/9/2015 8:07 AM |
| | ▇▇▇▇▇▇▇▇▇▇ | |
| | Bain, Quynh (EOIR) | Failed: 2/3/2015 4:34 PM |

Judge Santoro:

As you know, from October 2014 to January 2015, I heard a combination of York detained cases, Baltimore juvenile cases, and Arlington juvenile cases. By the end of January 2015, I had completed all the hearings to which I was assigned hear, except 5 York cases.

Today, I learned from the York Court Administrator that I have been assigned to hear York cases full-time, and that I will no longer be hearing Arlington or Baltimore juvenile cases. This came as a total surprise, for two reasons.

First, you did not tell me about this significant change in my work responsibilities. I was scheduled to hear Arlington juvenile cases this week, but it was not until today that I learned that I would no longer be hearing Arlington cases. I still am unclear as to the reason: Was it something that I had done or not done? The Arlington court administrator (Joe Egozcue) never mentioned any concern to me, and I am wondering why he will not schedule any more Arlington cases for me and instead is sending them to Judge Owens. This is contrary to your email of December 18, 2014, which states that I will be handling York cases for 50 to 75% of the hearing time, and Arlington and Baltimore cases for the remaining 25% of the time. (Please see attached).

Second, when you sent the email below last Thursday, I got the impression that Judge Owens will hear the 75 detained York cases that, according to the list, are assigned to him. But today, I was told that beginning next week and continuing for several months, I will be inheriting most (if not all) of his 75 cases because he will be taking over the Arlington juvenile cases. I am unclear as to how this change came about, because    once again -- it is contrary to your December 18, 2014 email. Moreover, while I do not mind handling York detained cases, I am concerned that I will be "stuck" with another judge's "bad" statistics. As of last Wednesday, I had only five York detained cases that need to be completed within 60 days, and up until that point I had completed about 80 York detained cases in a single sitting. By Thursday, however, you had assigned me an additional 31 cases that were already past the 60-day case completion deadline. And today, I found out that you will be assigning me Judge Owens' York cases, which could bring the total of cases that are past the 60-day case completion deadline to over 100 cases.

I realize that you are away on military leave this week, but I would really like to discuss this matter with you. Although you may have finalized the plan, I think it is unfair that I was not consulted

1

PLAINTIFF'S EXHIBIT 13   0035

beforehand about a significant change in my work assignments, and this is something that has the potential to affect my performance evaluation.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Santoro, Christopher A (EOIR)
**Sent:** Thursday, January 29, 2015 4:27 PM
**To:** Bain, Quynh (EOIR)
**Subject:** RE: YOR detained pending more than 60 days

Thanks for reviewing. All of the cases on the list have already missed the case completion goal date, but each still costs the government money for detention and the respondents in lost liberty, so even though they're all "misses," the more of these we can conclude, the better.

**Christopher A. Santoro**
Assistant Chief Immigration Judge

**From:** Bain, Quynh (EOIR)
**Sent:** Thursday, January 29, 2015 4:25 PM
**To:** Santoro, Christopher A (EOIR)
**Cc:** Bain, Quynh (EOIR)
**Subject:** RE: YOR detained pending more than 60 days

I have not begun to hear most of these cases on the list, so it's doubtful we will attain the 85% cc goal for this batch.

The good news is that all of the cases I heard this week were commenced in October or November 2014, so we are catching up.

Quynh Bain
Immigration Judge
Arlington, Virginia

**From:** Santoro, Christopher A (EOIR)
**Sent:** Thursday, January 29, 2015 2:53 PM
**To:** Durling, Walter (EOIR); Bain, Quynh (EOIR); Owens, Robert (EOIR); Barrow, Tina (EOIR)
**Subject:** YOR detained pending more than 60 days

Judge Durling, York detail judges, and Tina,

I have begun receiving a new monthly report that lists detained cases pending more than 60 days (the case completion goal). I have attached the York list to the end of this e-mail. I am sending you this not as a push that you complete cases unreasonably quickly, but rather as a docket management tool for your use as you prioritize your cases. Thank you,

**Christopher A. Santoro**
Assistant Chief Immigration Judge

2

PLAINTIFF'S EXHIBIT 13    0036

## Bain, Quynh (EOIR)

| | |
|---|---|
| **From:** | Santoro, Christopher A (EOIR) |
| **Sent:** | Monday, March 16, 2015 1:14 PM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | Reprimand |
| **Attachments:** | Letter of Reprimand - QVB - 20150316.pdf |

**Importance:**        High

Judge Bain,

Please see attached. This document will be placed in your Official Personnel Folder for a period not to exceed three years.

**Christopher A. Santoro**
Assistant Chief Immigration Judge

PLAINTIFF'S EXHIBIT 13    0037

Case 1:21-cv-01751-RDM    Document 53-14 *SEALED*    Filed 08/19/22    Page 40 of 89

PLAINTIFF'S EXHIBIT 13    0038

PLAINTIFF'S EXHIBIT 13    0039

PLAINTIFF'S EXHIBIT 13    0040

PLAINTIFF'S EXHIBIT 13   0041

PLAINTIFF'S EXHIBIT 13   0042

PLAINTIFF'S EXHIBIT 13    0044

PLAINTIFF'S EXHIBIT 13   0045

PLAINTIFF'S EXHIBIT 13   0046

6

PLAINTIFF'S EXHIBIT 13    0047

PLAINTIFF'S EXHIBIT 13    0048

PLAINTIFF'S EXHIBIT 13   0049

PLAINTIFF'S EXHIBIT 13    0051

4

PLAINTIFF'S EXHIBIT 13     0052

PLAINTIFF'S EXHIBIT 13    0053

PLAINTIFF'S EXHIBIT 13   0054

PLAINTIFF'S EXHIBIT 13   0055

PLAINTIFF'S EXHIBIT 13   0056

PLAINTIFF'S EXHIBIT 13   0057

PLAINTIFF'S EXHIBIT 13     0059

PLAINTIFF'S EXHIBIT 13    0060

PLAINTIFF'S EXHIBIT 13    0061

PLAINTIFF'S EXHIBIT 13    0062

PLAINTIFF'S EXHIBIT 13     0064

PLAINTIFF'S EXHIBIT 13    0065

PLAINTIFF'S EXHIBIT 13     0066

PLAINTIFF'S EXHIBIT 13   0067

PLAINTIFF'S EXHIBIT 13     0068

PLAINTIFF'S EXHIBIT 13   0069

PLAINTIFF'S EXHIBIT 13    0070

PLAINTIFF'S EXHIBIT 13   0071

PLAINTIFF'S EXHIBIT 13    0072

PLAINTIFF'S EXHIBIT 13    0073

PLAINTIFF'S EXHIBIT 13   0074

PLAINTIFF'S EXHIBIT 13     0075

PLAINTIFF'S EXHIBIT 13   0076

PLAINTIFF'S EXHIBIT 13   0077

12

PLAINTIFF'S EXHIBIT 13    0078

| | HQ Use Only: |
|---|---|
| | complaint #: |
| | source: first / subsequent |

## Immigration Judge Complaint Intake Form

> **Date Received at OCIJ: 3/26/15**

| complaint source information | | | | | | | |
|---|---|---|---|---|---|---|---|
| **complaint source type** | | | | | | | |
| ☐ anonymous | ☐ BIA | ☐ ___ Circuit | ► EOIR | ☐ DHS | ☐ Main Justice | | |
| ☐ respondent's attorney | ☐ respondent | ☐ OIL | ☐ OPR | ☐ OIG | ☐ media | | |
| ☐ third party (e.g., relative, uninterested attorney, courtroom observer, etc.) | | | | | | | |
| ☐ other: _____ | | | | | | | |

| complaint receipt method | | | | | |
|---|---|---|---|---|---|
| ☐ letter | ☐ IJC memo (BIA) | ► email | ☐ phone (incl. voicemail) | ☐ in-person | |
| ☐ fax | ☐ unknown | ☐ other: _____ | | | |

| date of complaint source | complaint source contact information |
|---|---|
| (i.e., date on letter, date of appellate body's decision)<br><br>3/16/15 | name:  ACIJ Christopher A. Santoro<br><br>address: |
| **additional complaint source details** | |
| (i.e., DHS component, media outlet, third party details, A-number) | email:<br><br>phone: _____<br><br>fax: _____ |

| complaint details | | |
|---|---|---|
| **IJ name** | **base city** | **ACIJ** |
| Bain | HQIC | Santoro |
| **relevant A-number(s)** | **date of incident** | |
| | 3/4/15-3/16/15 | |
| **allegations** | | |
| IJ engaged in intemperate conduct in e-mail transmissions and demands; IJ failed to follow instructions | | |

| nature of complaint | | | | | |
|---|---|---|---|---|---|
| ☐ in-court conduct | ► out-of-court conduct | ☐ due process | ☐ bias | ☐ legal | ☐ criminal |
| ☐ incapacity | ☐ other: _____ | | | | |

Rev. May 2010

| actions taken | | |
|---|---|---|
| date | action | initials |
| 3/26/15 | ACIJ issued IJ a letter of reprimand for intemperate communications and disobeying orders, after previous informal and formal warnings.<br><br>**RESOLUTION:**<br><br>Intemperate conduct: Sustained<br>Failure to follow instructions: Sustained<br><br>Letter of reprimand issued. | cas |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PLAINTIFF'S EXHIBIT 13    0081

PLAINTIFF'S EXHIBIT 13    0082
7/16/2015

PLAINTIFF'S EXHIBIT 13    0083

7/16/2015

PLAINTIFF'S EXHIBIT 13

**Bain, Quynh (EOIR)**

| | |
|---|---|
| **From:** | Durling, Walter A. (EOIR) |
| **Sent:** | Friday, August 26, 2016 9:39 AM |
| **To:** | Bain, Quynh (EOIR) |
| **Subject:** | BNP Members |

Hi Quynh:  I hope this finds you well.

I seem to recall reading one of your asylum decisions awhile back  where you made specific findings that [proposed redaction is requested through Plaintiff's January 28, 2023 motion to file under seal in Bain v. USDOJ, 21-cv-1751 (RDM) (D.D.C.)].

I have some cases coming up shortly where that will be an issue.  If you can find it I'd appreciate you providing it to me.  walt

PLAINTIFF'S EXHIBIT 13    0085



**Portfolio Media. Inc.** | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# 3rd Circ. Says 3-Year Detention Violated Immigrant's Rights

By **Vin Gurrieri**

Law360, New York (April 10, 2015, 1:57 PM ET) -- The Third Circuit on Thursday ruled that a Mexican national was wrongly denied a bond hearing after being detained for nearly three years while his removal proceeding and subsequent appeals played out, a violation of his due process rights.

In a precedential ruling, the three-judge panel reversed a January 2014 decision by U.S. District Judge John E. Jones III to deny a request for a writ of habeas corpus by Jose Juan Chavez-Alvarez, who contended that the government trampled his due process rights by detaining him during removal proceedings without bond since June 2012.

In its ruling, the panel said due process requires that — at a certain point which may differ case by case — the burden to an alien's liberty outweighs a presumption by the government that the alien will flee or is dangerous to the community.

"At this tipping point, the government can no longer defend the detention against claims that it is arbitrary or capricious by presuming flight and dangerousness," the panel said. "Certainly by the time Chavez-Alvarez had been detained for one year, the burdens to [his] liberties outweighed any justification for using presumptions to detain him without bond."

Chavez-Alvarez, a citizen of Mexico, entered the U.S. as a child without inspection and later adjusted to lawful permanent resident status. He later married, and since divorced, a U.S. citizen and has two sons who both also maintain U.S. citizenship.

In 2000, while serving in the U.S. Army in South Korea, a General Court-Martial convicted him of giving false official statements and sodomy, among other violations. Chavez-Alvarez ultimately served 13 months in prison.

In June 2012, he was arrested by U.S. Immigration Customs and Enforcement agents, who sought to remove Chavez-Alvarez for his conviction on an aggravated felony. He was ordered detained without bond and sent to York County Prison, which is located in Pennsylvania about 30 miles outside Harrisburg.

Shortly after his arrest, Chavez-Alvarez obtained counsel and challenged the government's case for removal — leading the government to add a charge that Chavez-Alvarez was removable on the ground of being convicted for two or more crimes involving moral turpitude.

The matter came before an immigration judge, who nixed his request for a bail hearing after finding he was subject to mandatory detention.

PLAINTIFF'S EXHIBIT 13    0086

Over the course of numerous hearings, the immigration judge ruled that Chavez-Alvarez was removable because sodomy by force is a crime of violence and qualifies as an aggravated felony, and denied his bid for a waiver.

Chavez-Alvarez took his case, 10 months after he was arrested, to the Board of Immigration Appeals, which issued a precedential opinion in March 2014 affirming the immigration judge's ruling.

In its Thursday ruling, the panel pointed out that the law pertaining to the issue is well established as it was long ago decided that the government has authority to detain any alien during removal proceedings, and that Congress in 1996 passed 8 U.S.C. Section 1226(c) to expand the range of serious crimes for which the government was required to detain convicted aliens.

However, the panel said there are also limits to that power. In this case, the Third Circuit concluded that by the time the immigration judge issued his final order, the length of Chavez-Alvarez's detention was "straining any common-sense definition of a limited or brief civil detention."

"Having held Chavez-Alvarez for this amount of time, the government had, by then, enough exposure to [him], and sufficient time to examine information about him to assess whether he truly posed a flight risk or presented any danger to the community," the panel said. "Therefore, reviewing Chavez-Alvarez's detention would not have put the government in a disadvantaged position to make its case."

The panel also noted that the length of time the removal proceedings took was due to a good faith challenge by Chavez-Alvarez that raised pertinent legal issues that took time to hash out — a fact that does not undermine his ability to claim that his detention is unreasonable.

Despite its ruling, the panel rejected a suggestion proposed by both Chavez-Alvarez and the American Civil Liberties Union, which filed an amicus brief in the case, to adopt a standard that all pre-removal detentions exceeding six months must be justified by the government at a bond hearing.

"While we appreciate the merits of the presumption urged by Chavez-Alvarez and the ACLU, the highly fact-specific nature of our balancing framework does not comport with a bright-line rule," the panel said in a footnote.

The panel remanded the case with instruction to enter an order granting the writ of habeas corpus and ensure that Chavez-Alvarez is given a bond hearing within 10 days to determine whether, based on the particular evidence in his case, it is necessary to continue to detain him.

Michael Tan, an attorney for the ACLU, told Law360 Friday that even though the Third Circuit felt bound by prior precedent in deciding not to institute the proposed six-month rule, it still "rejected the government's practice of prolonged detainment."

"We're really happy with the result and that Mr. Chavez will finally get a hearing," Tan said.

Attorneys for Chavez-Alvarez declined comment Friday.

Circuit Judges Marjorie O. Rendell, Kent A. Jordan and Richard L. Nygaard sat on the panel for the Third Circuit.