UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE ATTORNEY GENERAL, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 21-01751 (RDM) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT AND REPLY TO PLAINTIFF'S OPPOSITION**

Defendants, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves: (1) for an 8-day extension of time, up to and including February 17, 2023, to reply to Plaintiff's Opposition to Defendants' Motion to Redact (ECF 65); and (2) an extension of time to respond to Plaintiff's Amended Complaint as outlined below and in the attached Proposed Order.[1]

Pursuant to Local Civil Rule 7(m), the parties conferred by email on February 2, 2023. Plaintiff opposes this request. As described in further detail below, good cause exists to grant Defendants' motion in full.

In support of this motion, Defendants state as follows:

1. Plaintiff filed an amended complaint on September 27, 2021 (ECF 16).

2. Defendants partially answered the amended complaint on October 12, 2021 (ECF 19) and that same day filed a motion to dismiss with respect to those allegations and claims that

---

[1] Plaintiff has represented that she intends amend her Complaint again. The motion to amend has not yet been filed.

were not answered. (ECF No. 20).

3. On December 23, 2022, this Court issued a Memorandum Opinion and Order granting in part and denying in part Defendants' motion to dismiss. (ECF No. 56).

4. On January 5, 2022, Defendants filed a consent motion to extend the deadline to respond to Plaintiff's Amended Complaint from January 6, 2023 to February 6, 2023. The Court granted that motion.

5. On approximately January 5, 2023, Plaintiff had represented that she intended to "file a motion to amend the complaint at least 14 days before the amended answer is due." ECF 58 at 1. On January 29, 2023, in her Motion for an Extension of Time and for a Protective Order, Plaintiff stated she planned to file her proposed amendment to her complaint "no later than February 3, 2023." ECF 63 at 2. In her opposition to Defendants' Motion to Redact, filed on January 31, 2023, Plaintiff stated she planned to file her proposed amended complaint "later this week." ECF 65 at 9.

6. Since Plaintiff plans to amend her Complaint, Defendants request an extension of time to file their response to the current operative Complaint (ECF 16). Defendant requests that the Court provide Defendants with 45 days from the date the Court decides Plaintiff's not-yet-filed motion to amend the Complaint. Within that period, Defendants will respond to whichever Complaint the Court determines is the operative Complaint.

7. The current operative Complaint (ECF 16) is 53 pages long. It will require time to formulate the agency's response to avoid possible waiver of defenses, and to assist the Court and the parties with the resolution of this matter. Allowing this extension will conserve the resources of the parties and the Court as Defendants will only need to file one response to the

Court-determined operative Complaint rather than a response now and a potential response at an unsettled date after Plaintiff's motion to amend is filed and decided.

8. On January 31, 2023, Plaintiff filed her Opposition to Defendants' Motion to Redact (ECF 65). Plaintiff filed her motion *ex parte*. Docket Note from ECF 65 ("Modified on 2/2/2023 to remove ex parte restriction per Plaintiff's request."). The Court removed the *ex parte* restriction on February 2, 2023. *Id*. Thus, Defendants were not served with the opposition until February 2, 2023. Pursuant to LCvR 7(d), Defendants' reply memorandum is due February 9, 2023.

9. Defendants request eight additional days, until February 17, 2023, to reply to Plaintiff's opposition. Plaintiff's opposition is difficult to parse, and it appears to include a request for sanctions that is irrelevant to Defendants' Motion to Redact. An extra week of time is reasonable for the undersigned counsel to review with agency counsel and reply in a manner that would aid the court in ruling on the Motion.

10. Undersigned counsel began as an Assistant United States Attorney in January of 2023 and needs the above-requested extensions to properly manage the forty (40) matters that were assigned to him and their concomitant deadlines. Furthermore, agency counsel, with whom the undersigned closely works, has pre-planned leave next week.

11. Undersigned counsel also requires the above-requested extensions to become more familiar with this matter and its long procedural history.

12. This motion is filed in good faith and not for the purpose of delay.

13. This is the second request for an extension of the response to the Amended Complaint, but is the first request made since the undersigned was transferred this matter.

3

14. This is the first request for an extension for Defendants to reply to Plaintiff's opposition to the Motion to Redact.

15. Granting these extensions of time will not affect any other deadlines, as no other deadlines are set.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this motion. A proposed Order consistent with this request is attached as follows.

Dated: February 3, 2023                    Respectfully submitted,

                                           MATTHEW M. GRAVES, D.C. Bar. #481052
                                           United States Attorney


                                           BRIAN P. HUDAK,
                                           Acting Chief, Civil Division

                                   By:        /s/ Joshua Ontell
                                           JOSHUA ONTELL-VA Bar # 92444
                                           Assistant United States Attorney
                                           601 D Street, NW
                                           Washington, DC   20530
                                           (202) 252-7706
                                           joshua.ontell@usdoj.gov

                                           *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>Defendants. | Civil Action No. 21-01751 (RDM) |

### [PROPOSED] ORDER

Upon consideration of Motion for Extension of Time and for the reasons contained therein and the entire record, it is hereby

**ORDERED** that for good cause shown, Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendants, to respond to Plaintiff's amended complaint (ECF 16) is extended.   Defendants will respond within 45 days from the date the Court decides Plaintiff's motion to amend the Complaint.   In that period, Defendants will respond to whichever Complaint the Court decides is the operative Complaint.

It is **FURTHER ORDERED** that Defendants' deadline to file a reply memorandum to Plaintiff's Opposition to Defendants' Motion to Redact (ECF 65) is extended to February 17, 2023.


Dated: _____                         _____
                                                RANDOLPH D. MOSS
                                                United States District Judge

5