IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, </br></br> Plaintiff, </br></br> v. </br></br> OFFICE OF THE ATTORNEY GENERAL </br> U.S. DEPARTMENT OF JUSTICE, ET AL. </br></br> Defendants. | No. 21-Civ-1751 (RDM) |

**RESPONSE TO DEFENDANTS' MOTION TO REDACT EXHIBITS 17, 26, AND 27**

On January 27, 2023, Defendants filed a Motion to Redact Exhibits 17, 26, and 27 that sought to redact the names of four individuals who filed complaints of judicial misconduct against Plaintiff in March 2017. *See* ECF No. 62. Defendants argued that redaction of the four individuals' names was necessary to protect them from the ridicule, harassment, embarrassment, and stigma that they surely would suffer if their names were not related from the three exhibits. *See id.* Plaintiff immediately opposed the motion to redact and countermanded with a motion for sanctions under Fed. R. Civ. P. 37. *See* ECF No. 65. Plaintiff opposed Defendants' mischaracterization of her conduct of the four court hearings described in the two Knight complaints as "misconduct," because OPR did not sustain the Knight complaint allegations after a two-year investigation, except the improper demeanor allegation. *See id.* Plaintiff also expressed concern that redacting the four individuals' names would complicate her efforts to prosecute this civil action and defend against future bar disciplinary proceedings.

On February 3, 2023, Defendants moved the Court for an extension of time in which to respond to Plaintiff's Opposition to their Motion to Redact Exhibits 17, 26, and 27 and her Motion for Rule 37 Sanctions. The Court has directed Plaintiff to file a response to Defendants' motion by February 8, 2023, and the Court has stayed the deadline for Defendants to file an Answer to the remaining portion of Plaintiff's (first amended) complaint. In light of the Court's Order, Plaintiff would like to maintain her Opposition to the Motion to Redact but withdraw her Motion for Sanctions under Rule 37. Accordingly, Plaintiff respectfully requests permission to withdraw the sanctions motion but urges the Court to deny Defendants' Motion to Redact.

Date: February 8, 2023                              Respectfully submitted,

_____
Quynh Vu Bain, Pro Se Plaintiff
213 3RD St. SE
Washington, DC  20003
quynhbain75@outlook.com
(202) 910-8553