IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUYNH VU BAIN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE ATTORNEY GENERAL <br> U.S. Department of Justice, et al. <br><br> Defendants. | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S NOTICE OF FILING OF PROPOSED SECOND
AMENDED COMPLAINT, MOTION TO AMEND AND
RECONSIDER, AND MOTION TO FILE OUT OF TIME**

By Order dated February 10, 2023, this Court granted Plaintiff's request to file a proposed second amended complaint without filing a formal Rule 15(a)(2) motion.  The Court directed that Plaintiff must file the proposed amended complaint by February 24, 2023.  Plaintiff is immensely grateful to the Court for giving her this opportunity.  Since receiving the Court's December 23, 2022 decision, Plaintiff has been working diligently to amend her complaint and file it by the established due date.  Due to two unexpected events, however, she was unable to file the proposed amendment until today, one day out of time.  Earlier this week, Plaintiff received an urgent plea for assistance in one of the *pro bono* cases that she has been working on in the past two months.  As the individual needing assistance is in imminent danger, she set aside her work on this matter to tend to the other matter.  In addition, Plaintiff also traveled out of town to attend a funeral service.  Accordingly, Plaintiff respectfully requests leave to file the proposed second amended complaint one day out of time.

In addition, Plaintiff respectfully submits a formal motion to amend the complaint under Rule 15(a)(2) that also requests reconsideration of the Court's December 23, 2022 decision to grant in part and deny in part Defendants' Partial Motion to Dismiss. *See* ECF No. 56. While Plaintiff agrees in principle with the Court's reasoning, she requests leave to replead a discrimination claim and one retaliation claim in Count II. The revived claims pertain to her September 2016 and August 2017 performance ratings. The revived retaliation claim pertains to Defendants' February 2020 proposal to terminate her employment one day after the EEOC dismissed her EEO complaint as a retaliatory action.

Apart from those changes, Plaintiff respectfully advises the Court that she is pursuing a new claim under the Privacy Act under the "adverse determination" provisions of 5 U.S.C. 552a(g)(1). This new claim asserts that Plaintiff suffered several adverse determinations within the two-year period before she filed suit, which resulted from Defendants' failure to maintain her personnel records in a manner that ensured fair determination.

In addition, Plaintiff also advises the Court that she is not pursuing a whistleblower retaliation cause of action in Count III or an age discrimination cause of action in Count II.

For the reasons stated in the accompanying memorandum, Plaintiff respectfully requests that the Court grant her leave to file the proposed second amended complaint one day out of time.

Dated: February 25, 2023

Respectfully submitted,

Quynh Vu Bain
Pro Se Plaintiff
213 3rd St. SE
Washington, DC  20003
(202) 910-8553
quynhbain75@outlook.com