# ATTACHMENT B

**To Second Amended Complaint Filed February 25, 2023**

**<u>Bain v. USDOJ</u>, No. 21-cv-1751 (RDM)**

September 23, 2022

Quynh Bain

Dear Quynh Bain,

The Personnel Security Division (PSD) has carefully reviewed your Tier 2 background investigation completed on September 2, 2022.  Based on your response, you have been approved in the position of Attorney Advisor                                in accordance with the provisions of
                                . However, your Misconduct or Negligence in Employment remains a concern.

On your Standard Form (SF) 85P certified on June 15, 2022, you reported that you were fired from the U.S. Department of Justice due to alleged misconduct in September 2020. You were accused of displaying improper demeanor and courtroom conduct during a court hearing in February 2017 and for not being candid with the investigator during the investigation of the incident. You denied the alleged misconduct and believe your discharge was wrongful and due to discrimination. You have since filed a civil action in the U.S. District Court for the District of Columbia, which is currently pending. You also reported that during her employment, you received a written reprimand in March 2015 for displaying intemperate behavior towards your former supervisor.

An employment inquiry completed by the Department of Justice on August 2, 2022 disclosed that you were fired due to lack of candor and conduct unbecoming of an immigration judge.

During the Triggered Enhanced Subject Interview (TESI) conducted on August 2, 2022, you confirmed your statement regarding the termination from the US Department of Justice and provided more details of what led to your complaint filed on June 22, 2021.

As part of this determination, you are required to initial this page below as well as sign and return the enclosed Receipt and Acknowledgment. Please complete all information, sign, date, and return the acknowledgment within seven calendar days from the date of this memorandum. Failure to do so may result in reconsideration of your suitability for employment at the

Sincerely,

*Enclosure(s):*
Receipt & Acknowledgment

Subject's Initials _____

**Receipt and Acknowledgment**

I, *(Print Full Name)* _____acknowledge I have received and read, in its entirety, the attached letter of warning.  I understand if I engage in any of the behavior(s) specified in this letter it may result in administrative and/or disciplinary action taken against me, up to and including termination of my employment.

Signed: _____          Dated: _____

Social Security Number: _____