## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **QUYNH VU BAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 21-Civ-1751 (RDM)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OFFICE OF THE ATTORNEY GENERAL,** | ) | |
| **U.S. Department of Justice, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE PROPOSED SECOND AMENDED COMPLAINT OUT OF TIME, AND MOTION TO AMEND AND RECONSIDER

Upon consideration of Plaintiff's Motion, it is hereby ordered that the motion be

GRANTED.


Date:   February __, 2023                          _____

                                                   Honorable Randolph D. Moss
                                                   United States District Judge