UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>      Plaintiff,<br><br>      v.<br><br>OFFICE OF THE ATTORNEY GENERAL, *et al.*,<br><br>      Defendants. | Civil Action No. 21-1751 (RDM) |

**RESPONSE TO PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On behalf of Defendants, the undersigned counsel does not take a position as to whether the Court should grant Plaintiff's untimely motion for leave to file a 55-page second amended complaint that repleads claims that overlap with the claims that this Court dismissed in its decision of December 23, 2022, Dkt. 56.

Dated:  March 10, 2023              Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar #481052
                                              United States Attorney

                                              BRIAN P. HUDAK
                                              Chief, Civil Division

                                  By:         /s/ *M. Jared Littman*
                                              M. JARED LITTMAN
                                              PA Bar # 91646
                                              Assistant United States Attorney
                                              601 D St., N.W.
                                              Washington, D.C. 20530
                                              Phone: (202) 252-2523
                                              Fax: (202) 252-2599
                                              Email: Matthew.Littman@usdoj.gov

                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify on March 10, 2023, I caused a true and correct copy of the above to be served on Plaintiff via ECF and email: quynhbain75@outlook.com

                                                  */s/ M. Jared Littman*
                                         M. JARED LITTMAN
                                         Assistant United States Attorney