**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **QUYNH VU BAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 21-Civ-1751 (RDM)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OFFICE OF THE ATTORNEY GENERAL,** | ) | |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO**
**FILE A CORRECTED VERSION OF THE PROPOSED SECOND AMENDED**
**COMPLAINT OUT OF TIME**

Upon consideration of Plaintiff's Motion, it is hereby ordered that the motion be

GRANTED.

Date:   April __, 2023                    _____

Honorable Randolph D. Moss
United States District Judge