UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUYNH VU BAIN, | **)** | |
| Plaintiff, | **)** | |
| v. | **)** | Civil Action No. 21-1751 (RDM) |
| OFFICE OF THE ATTORNEY GENERAL, *et al*., | **)** | |
| Defendants. | **)** | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S "MOTION FOR LEAVE TO FILE CORRECTED VERSION OF PROPOSED SECOND AMENDED COMPLAINT"**

On behalf of Defendants, the undersigned counsel opposes Plaintiff's "Motion for Leave to File Corrected Version of Proposed Second Amended Complaint," ECF #72, for the following reasons:

1.    On February 10, 2023, the Court ordered that if Plaintiff wanted to move for leave to file a second amended complaint, she must do so by February 24, 2023.  Minute Order, February 10, 2023.

2.    Plaintiff filed for leave to file her second amended complaint on February 26, 2023. ECF #69.  The motion for leave was untimely.

3.    Defendants did not take a position as to whether the Court should grant Plaintiff's February 26 motion, but noted both that the motion was untimely and that the second amended complaint repled claims that overlapped with claims that the Court had dismissed in its December 23, 2022 decision.  ECF #71.

4.    On April 18, 2023, Plaintiff filed a documented titled "Plaintiffs' Motion to File a Corrected Version of the Proposed Second Amended Complaint Out of Time."  ECF #72.

5. The complaint that Plaintiff seeks leave to file is not a "corrected version" of the second amended complaint, as she describes it. Rather, as she concedes in her motion, "In addition to making some stylistic and minor substantive changes, the corrected version of the proposed second amended complaint reasserts Plaintiff's whistleblower retaliation claim in Count III." ECF #72, at 2. She further states that she previously "made a deliberate decision to forego the whistleblower retaliation claim," but "upon further reflection," she now wants to reassert it. *Id.*

6. Seeking to add a claim to her proposed second amended complaint is not "correct[ing]" it. She is seeking to file what amounts to a third amended complaint, *i.e.*, a fourth complaint in this action, and she wants to do so 53 days after the Court's February 24, 2023 deadline. The Court should not permit such an amendment.

7. In sum, Plaintiff's motion for leave to file a second amended complaint on February 26, 2023, was untimely, and in any event has now been superseded by her motion for leave to file a "corrected version," *i.e.*, her third amended complaint, which motion and amendment is even more untimely.

8. Accordingly, Defendants respectfully request that the Court deny as moot Plaintiff's Motion for Leave to File Second Amended Complaint, ECF #69. *See Cheeks v. Fort Myer Constr. Corp.*, 216 F. Supp. 3d 146, 150, 152 (D.D.C. 2016) (denying as moot plaintiff's motion for leave to file a third amended complaint upon plaintiff's filing of a motion for leave to file a fourth amended complaint); *Mayer v. Dell*, Civ. A. No. 90-0472 (JHG), 1992 WL 78768, at *1 (D.D.C. Apr. 2, 1992) (holding that motion for leave to file second amended complaint "seeking, in effect, to substitute the second amended complaint for the first amended complaint" moots the first motion for leave).

9. Defendants further request that the Court deny as untimely Plaintiff's Motion for Leave to File Corrected Version of Proposed Second Amended Complaint, ECF #73.

10. Defendants further request that the Court designate Plaintiff's Amended Complaint, ECF #16, as the operative complaint in this case, and provide that Defendants within 60 days will answer the Amended Complaint, to the extent it survived the Court's December 23, 2022 decision. ECF #56.

Dated:  April 28, 2023                                      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_ *M. Jared Littman*_____
M. JARED LITTMAN
PA Bar # 91646
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: Jared.Littman@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civil Action No. 21-1751 (RDM) |
| **)** | |
| OFFICE OF THE ATTORNEY GENERAL, **)** | |
| *et al.*, **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

### [PROPOSED] ORDER

Upon consideration of Defendants' Opposition to Plaintiff's "Motion for Leave To File Corrected Version Of Proposed Second Amended Complaint," and the entire record herein, IT IS ORDERED that:

Plaintiff's Motion for Leave to File Second Amended Complaint, ECF #69, is DENIED as moot.

Plaintiff's Motion for Leave to File Corrected Version of Proposed Second Amended Complaint, ECF #72, is DENIED as untimely.

Defendants shall file an Answer to Plaintiff's Amended Complaint, ECF #16, within 60 days from the date of this Order.

SO ORDERED this _____ day of _____, 2023.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

4

5

## <u>CERTIFICATE OF SERVICE</u>

I certify on April 28, 2023, I caused a true and correct copy of the above to be served on

Plaintiff via ECF and email: quynhbain75@outlook.com

*/s/ M. Jared Littman*

M. JARED LITTMAN
Assistant United States Attorney