# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **QUYNH VU BAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **No. 21-Civ-1751 (RDM)** |
| v. | ) | |
| | ) | |
| **OFFICE OF THE ATTORNEY GENERAL** | ) | |
| U.S. Department of Justice, et. al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF FILING OF EXHIBIT 13 ON THE PUBLIC DOCKET

Notice is hereby given that Plaintiff is filing Exhibit 13 on the public docket, in partially redacted form, pursuant to the Court's July 5, 2023 Minute Order and its partial unsealing order of December 28, 2022.

Date: July 6, 2023

Respectfully submitted,

QUYNH VU BAIN
*Pro Se* Plaintiff
213 Third Street, SE
Washington, DC 20003
(202) 910-8553