IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **QUYNH VU BAIN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OFFICE OF THE ATTORNEY GENERAL** )<br>U.S. Department of Justice, et. al )<br>)<br>Defendants. )<br>) | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S MOTION TO WITHDRAW EXHIBIT 4 FROM THE COURT'S DOCKET, TO STAY THE DEADLINE FOR FILING HER SECOND AMENDED COMPLAINT, AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

On July 5, 2023, this Honorable Court directed Plaintiff to file previously sealed Exhibit 4 on the public docket by July 12, 2023. The Court also directed Plaintiff to file her proposed second amended complaint by August 2, 2023. For the reasons stated in the accompanying affidavit, Plaintiff respectfully requests leave to withdraw Exhibit 4 from the Court's docket. In addition, Plaintiff respectfully requests that the Court stay the filing deadline for her second amended complaint and award declaratory and injunctive relief.

Date: July 12, 2023                                   Respectfully submitted,

                                                                  QUYNH VU BAIN
                                                                  *Pro Se* Plaintiff
                                                                  213 Third Street, SE
                                                                  Washington, DC  20003
                                                                  (202) 910-8553