**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **QUYNH VU BAIN,** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) **No. 21-Civ-1751 (RDM)** |
| v. | ) |
|  | ) |
| **OFFICE OF THE ATTORNEY GENERAL** | ) |
| U.S. Department of Justice, et. al | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HER MOTION TO WITHDRAW
EXHIBIT 4, TO STAY THE FILING DEADLINE FOR HER SECOND AMENDED
COMPLAINT, AND FOR INJUNCTIVE RELIEF**

On July 5, 2023, this Honorable Court directed Plaintiff to file previously sealed Exhibit 4 on the public docket by July 12, 2023.  The Court also directed Plaintiff to file a proposed second amended complaint by August 2, 2023.  For the reasons stated in this affidavit, Plaintiff respectfully requests to withdraw Exhibit 4 from the non-public docket and to stay the filing deadline for her second amended complaint.  Plaintiff further requests that the Court grant declaratory relief and enjoin Defendants from continuing to withhold records that are responsive to her FOIA and Privacy Act requests.  Given the sensitivity of this topic, Plaintiff respectfully requests leave to file this affidavit on the public docket but with redactions.  An unredacted paper copy of the affidavit will be mailed to the Court.

In support of this motion, Plaintiff avers the following:

















Date:  July 12, 2023                    Respectfully submitted,

QUYNH VU BAIN
*Pro Se* Plaintiff
213 Third Street, SE
Washington, DC  20003
(202) 910-8553