IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **QUYNH VU BAIN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**OFFICE OF THE ATTORNEY GENERAL**<br>U.S. Department of Justice, et. al<br><br>    Defendants. | No. 21-Civ-1751 (RDM) |

**PLAINTIFF'S NOTICE OF FILING OF [PROPOSED] SECOND
AMENDED COMPLAINT AND MOTION FOR EXTENSION OF TIME**

Notice is hereby given that Plaintiff is filing a proposed second amended complaint in accordance with the Court's July 5, 2023 Minute Order.

In addition, Plaintiff respectfully requests leave of Court to file the proposed second amended complaint one day out of time. Despite her best efforts to file the documents by yesterday's due date, Plaintiff was unable to do so. At 8:15 a.m. this morning, Plaintiff contacted AUSA Jared Littman to ascertain his position regarding the extension request. As of the filing of this notice and motion at noon time, Plaintiff had not received a response from Mr. Littman. Accordingly, Plaintiff respectfully requests that the Court permit the late filing of the proposed second amended complaint and its attachments.

    Date:  August 3, 2023                    Respectfully submitted,

        QUYNH VU BAIN
        *Pro Se* Plaintiff
        213 Third Street, SE
        Washington, DC  20003
        (202) 910-8553

**Bain v. U.S. DOJ, No. 21-cv-1751 (RDM) (D.D.C.)**

**EXHIBIT 6**
**filed on the public docket July 6, 2023**