ATTACHMENT A

Bain v. USDOJ, No. 21-cv-1751 (RDM)

Filed on August 21, 2023

**From:** Quynh Vu quynhvu3@outlook.com
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Feb 10, 2023, 2:22 PM

Bain v. USDOJ-Plaintiff's Request for Rule 34 Inspection of OPR Records-served 02 10 2023.pdf 758 KB

Get Outlook for iOS

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
**Cc:** Quynh Bain quynhbain75@outlook.com
**Date:** Fri, Feb 10, 2023, 2:35 PM

Bain v. USDOJ-Plaintiff's Request for Rule 34 Inspection of OPR Records-served 02 10 2023.pdf 758 KB

Dear Mr. Ontell:

Due to recent difficulties with my accessing the OPR record of evidence and the very slow pace of record release, I am requesting an inspection of the same records under Rule 34.

Attached please find my Rule 34 request for an inspection. Please call me if you would like to discuss this request or if you have any questions.

Thank you.

Quynh Vu Bain
202-910-8553

---

**From:** Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Mon, Feb 13, 2023, 12:09 PM

Ms. Bain,

1/2

Thank you for reaching out. The records you are seeking to access are part of your FOIA claim and is not subject to discovery under Rule 34.

Please let me know if you have any questions or concerns. If you are still having trouble accessing records, please let me know.

All best,

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

---

3 Emails

From: Quynh Vu quynhvu3@outlook.com
To: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
Cc: Quynh Bain quynhbain75@outlook.com
Date: Mon, Feb 13, 2023, 12:59 PM

Bain v. USDOJ-Request for Inspection under Rule 34-for ODAG and OAG-served 02 13 2023.pdf 103 KB

Bain v. USDOJ-Request for Inspection under Rule 34-for EOIR-served 02 13 2023.pdf 103 KB

Dear Mr. Ontell:

Attached are two more requests for inspection of records under Rule 34. Would you please let me know whether you would honor these requests? If not, would you like to discuss them or the request for inspection of OPR records? If not, would you oppose a motion to compel under Rule 37? Please state the reasons for your opposition if you oppose.

Thank you.

Quynh Vu Bain
(202) 910-8553

Get Outlook for iOS

---

From: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
To: Quynh Vu quynhvu3@outlook.com
Cc: Quynh Bain quynhbain75@outlook.com
Date: Wed, Feb 15, 2023, 2:23 PM

Ms. Bain,

Discovery at this time is premature as there has been no scheduling conference setting a discovery timeline. I do not think a motion to compel is necessary as the case is simply not in the discovery stage. For that reason, a motion to compel is also premature. We reserve the right to make additional arguments should you wish to pursue a motion to compel. Also, we note that the parties must confer in good faith before an anticipated motion to compel is filed.

1 / 4

All best,

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

---

From: Quynh Bain quynhbain75@outlook.com
To: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
Cc: Quynh Bain quynhbain75@outlook.com
Date: Wed, Feb 15, 2023, 3:54 PM

Dear Mr. Ontell:

Thanks for getting back to me. If you'd like to discuss this tomorrow, I will be available from 10:00 am onward.

Thanks,

Quynh Vu Bain
202-910-8553

Get Outlook for iOS

---

From: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Feb 16, 2023, 9:35 AM

Ms. Bain,

I am happy to speak with you if you would like, though I am not sure what you would like to discuss. I am free until 3 today. Please call me at the # in my signature block if you would like to chat.

All best,

2 / 4

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

---

From: Quynh Bain quynhbain75@outlook.com
To: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
Cc: Quynh Bain quynhbain75@outlook.com
Date: Thu, Feb 16, 2023, 10:28 AM

Mr. Ontell:

Thank you for the discussion. I would appreciate your position statement regarding:

1. The need for a discovery schedule I lieu of a Rule 34 inspection request.

Best,

Quynh Vu Bain

Get Outlook for iOS

---

From: Ontell, Joshua (USADC) Joshua.Ontell@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Feb 16, 2023, 11:08 AM

Ms. Bain,

The Defendants' position is that the case has not yet entered the discovery phase. You have expressed your intent to amend your Complaint, and you have not yet done so. Additionally, Defendants have not yet had an opportunity to respond to the newest amended Complaint because it has not yet been filed. There is no scheduling order setting out a discovery schedule. The parties confer and a discovery schedule is set by the Court after issue has been joined. For this reason, your Rule 34 requests are premature.

The Defendants reserve their rights to make additional arguments should you bring this matter before the Court. Furthermore, the above does not address the deficiencies in your Rule 34 requests. Defendants reserve the right to address those deficiencies at a later date.

All best,

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

---

6 Emails

**RE: [EXTERNAL]**

From: Quynh Bain quynhbain75@outlook.com
To: Littman, Jared (USADC) Jared.Littman@usdoj.gov
Cc: Quynh Bain quynhbain75@outlook.com
Date: Thu, Jul 6, 2023, 3:31 PM

Good afternoon, Mr. Littman:

Previously, I requested from your predecessor, AUSA Josh Ontell, access to and inspection of the records that are responsive to my FOIA requests made of DOJ for the time period January 2015 to September 2020. The reason I requested the inspection was to enable me to prepare and file a second amended complaint with the district court. The inspection would be subject to an agreement not to forego or waive any privilege or exemption that either party may claim with respect to those documents. The request was made pursuant to Rule 34 of the Federal Rules of Civil Procedure. Mr. Ontell did not agree to a Rule 34 inspection. Mr. Ontell also did not agree to submit the same records for in camera inspection by a magistrate judge or the district judge. In light of Judge Moss's order of today, which gives me until August 3, 2023, to file a second amended complaint, will you agree to (1) allow for inspection of the documents before I file the second amended complaint, and (2) an extension of time to file the second amended complaint? I would ask for 30 days from the time the Rule 34 inspection is completed to file a second amended complaint.

Will you please let me know your position by close of business tomorrow? If you'd like to discuss this matter, I may be reached at 202-910-8553.

Thank you very much for your attention and response.

Sincerely,

Quynh Vu Bain

Get Outlook for iOS

From: Littman, Jared (USADC) Jared.Littman@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Jul 6, 2023, 6:51 PM

Hi Ms. Bain – This is not an appropriate Rule 34 request, and, no, we do not consent to an extension in light of Judge Moss's order of 7/5/23.

**M. Jared Littman** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 240.278.0950
Email: Jared.Littman@usdoj.gov

---

2 Emails

Case 1:21-cv-01751-RDM   Document 89-1   Filed 08/21/23   Page 10 of 11

From: Littman, Jared (USADC) Jared.Littman@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Jul 13, 2023, 6:47 AM

Hi Ms. Bain – I am very concerned about a statement that you made in this filing. It is misleading and accuses the government of not complying with a court order (pp. 3-4). That is simply untrue. The court's 7/25/22 order directs OPR to process 500 pages of records per month. My understanding is OPR has fully complied. It is misleading to say that OPR has not "fully complied" just because you have not received the full set of documents to date. You are receiving them at the rate the court ordered.

Please submit a corrected amended filing or I will be forced to respond/move to strike to correct the record. I would expect the court to be extremely displeased if you do not self-correct your misleading statement.

-Jared

**M. Jared Littman** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 240.278.0950
Email: Jared.Littman@usdoj.gov

---

From: Quynh Bain quynhbain75@outlook.com
To: Littman, Jared (USADC) Jared.Littman@usdoj.gov
Date: Thu, Jul 13, 2023, 7:35 AM

Mr. Littman:

I stand by my statement. I would be pleased to discuss my statement with you and explain why I believe OPR has not fully complied. If you need to move to strike after that, you are, of course, entitled to do so.

Quynh Vu Bain

Get Outlook for iOS

From: Littman, Jared (USADC) Jared.Littman@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Thu, Jul 13, 2023, 7:44 AM

Please explain.

**M. Jared Littman** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 240.278.0950
Email: Jared.Littman@usdoj.gov

---

From: Quynh Bain quynhbain75@outlook.com
To: Littman, Jared (USADC) Jared.Littman@usdoj.gov
Date: Thu, Jul 13, 2023, 12:08 PM

Mr. Littman:

I am unavailable until later this afternoon after 4:00 pm. If you'd like to discuss this matter by telephone, I would be happy to oblige. Writing an email would take much more time and effort than talking on the phone. I have all if the produced/released documents and would be happy to explain why the productions are deficient and untimely. Please let me know when you are available this afternoon or tomorrow morning.

Thank you.

Quynh Bain

Get Outlook for iOS