# ATTACHMENT B

## Bain v. USDOJ, No. 21-cv-1751 (RDM)

Filed on August 21, 2023

## RE: Record Inspection Agreement

**From:** Quynh Vu quynhvu3@outlook.com
**To:** Quynh Bain quynhbain75@outlook.com
**Date:** Sun, Aug 20, 2023, 7:29 PM

Bain v. USDOJ-Request for Inspection under Rule 34-filed 08 20 2023.docx 19 KB

Dear Mr. Littman:

Would you please let me know by mid-day whether you agree with the terms and conditions in the attached record inspection agreement? If you have revisions, please feel free to make them directly to the agreement and return it to me.

Thank you very much.

Quynh Vu Bain

Get Outlook for iOS

---

**From:** Quynh Bain quynhbain75@outlook.com
**To:** Littman, Jared (USADC) Jared.Littman@usdoj.gov
**Cc:** Quynh Bain quynhbain75@outlook.com
**Date:** Sun, Aug 20, 2023, 9:09 PM

Bain v. USDOJ-Request for Inspection under Rule 34-filed 08 20 2023.docx 18 KB

Dear Mr. Littman:

Would you please let me know by mid-day whether you agree with the terms and conditions in the attached record inspection agreement? Please feel free to revise as you see fit. Then, I would appreciate your signing the agreement and returning it to me.

Thank you very much.

Quynh Vu Bain

**2 / 2**

Get Outlook for iOS

---

From: Littman, Jared (USADC) Jared.Littman@usdoj.gov
To: Quynh Bain quynhbain75@outlook.com
Date: Mon, Aug 21, 2023, 3:16 PM

Hi Ms. Bain – I forwarded your email and proposed agreement to OPR.  As to the request under Rule 34, it is not appropriate at this time.


**M. Jared Littman** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 240.278.0950
Email: Jared.Littman@usdoj.gov

---

3 Emails

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE ATTORNEY GENERAL<br>U.S. Department of Justice, et. al<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 21-Civ-1751 (RDM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] AGREEMENT PROVIDING FOR INSPECTION OF RECORDS OF THE DOJ OFFICE OF PROFESSIONAL RESPONSIBILITY

Pursuant to Fed. R. Civ. P. Rule 34(a) and 5 U.S.C. § 552a(d)(1) & (g)(1)(B), Plaintiff requests access to all OPR records that were generated, compiled, and stored during the two-year investigation of Plaintiff, in their <u>unredacted</u> form, through an inspection and photocopying of such records at a mutually agreed upon location. As this request for record access and inspection is time-sensitive, Plaintiff requests that an inspection commence no later than September 5, 2023 and conclude by September 30, 2023. For purposes of the inspection, Defendants may assume that neither party will forego its right to assert applicable privileges or exemptions over the inspected records. Plaintiff further stipulates the following conditions:

(1) The period of time that the inspection covers is between March 1, 2017 and September 30, 2020.

(2) Defendants have identified a repository of approximately 14,500 pages of OPR records;

(3) Each page of each document or record that is photocopied or scanned during the inspection will be assigned a Bates-stamped number using the alpha code "BAIN OPR" followed by the assigned page number.

(4) Plaintiff shall provide Defendants with a Bates-stamped digital copy of any document or record that she photocopies or scans during the inspection;

(5) Plaintiff shall provide Defendants with a running log of all documents or records that she photocopies or scans during the inspection;

(6) Plaintiff shall notify Defendants of any proposed use of a photocopied or scanned document or record at least 7 days prior to its proposed use, to give Defendants adequate time to register an objection;

(7) In the event a dispute arises over the proposed use of a record, a privilege or exemption claimed for that record, or a proposed redaction of that record, Plaintiff shall submit the disputed record in its unredacted form to the Court for *in camera* inspection, along with a motion *in limine*. Each motion for *in camera* inspection and motion for *limine* shall be submitted to the Court no later than 30 days prior to the proposed use of the covered record.

Dated: August 20, 2023

_____
QUYNH VU BAIN
*Pro Se* Plaintiff


_____
JARED LITTMAN
Assistant United States Attorney
Counsel for Defendants