IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | )<br>)<br>) |
| Plaintiff, | )<br>) No. 21-Civ-1751 (RDM) |
| v. | )<br>)<br>) |
| **OFFICE OF THE ATTORNEY GENERAL**<br>U.S. Department of Justice, et. al | )<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S RENEWED MOTION TO WITHDRAW
## EXHIBIT 4 FROM THE COURT'S DOCKET

On July 5, 2023, this Honorable Court directed Plaintiff to file previously sealed Exhibit 4 on the public docket by July 12, 2023. On July 12, 2023, Plaintiff filed a motion to withdraw Exhibit 4 from the Court's docket. *See* ECF No. 84. On July 14, 2023, the Court denied that motion without prejudice to refiling it upon satisfaction of the meet-and-confer requirement with Counsel for Defendants. *See* LCvR 7(m). Having now satisfied that requirement, Plaintiff respectfully renews her motion to withdraw Exhibit 4 from the Court's docket. Counsel for Defendants, Assistant United States Jared Littman, indicated that Defendants take no position regarding the renewed motion to withdraw Exhibit 4.

Accordingly, and for the reasons stated in the accompanying Affidavit in Support of Plaintiff's Renewed Motion to Withdraw Exhibit 4, Plaintiff respectfully requests that the Court permit her to withdraw Exhibit 4 from the Court's docket. In addition, Plaintiff requests that the

Court direct Defendants to confer with Plaintiff regarding the use of any privacy protected information in Exhibit 4 in this litigation or for a non-litigation purpose.

    Date:  October 4, 2023            Respectfully submitted,

                                            QUYNH VU BAIN
                                            *Pro Se* Plaintiff
                                            213 Third Street, SE
                                            Washington, DC  20003
                                            (202) 910-8553