**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **QUYNH VU BAIN,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE ATTORNEY GENERAL**<br>U.S. Department of Justice, et. al<br><br>Defendants. | **No. 21-Civ-1751 (RDM)** |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HER RENEWED MOTION TO WITHDRAW EXHIBIT 4 FROM THE COURT DOCKET**

Plaintiff respectfully renews her request to withdraw Plaintiff's Exhibit 4 from the Court docket and, in support of this motion, avers the following.

1. Plaintiff's Exhibit 4 contains the record of evidence that an administrative judge of the Equal Employment Opportunity Commission (EEOC) considered in dismissing Plaintiff's formal EEO complaint which was filed with the EEOC on December 10, 2015.

2. Previously, Plaintiff filed Exhibit 4 as one of 30 sealed exhibits that were referenced in her first amended complaint, which was filed with this Court on September 22, 2021. *See* ECF No. 16. Plaintiff filed Exhibit 4 under seal because it contains privacy-protected information that pertains to Plaintiff as well as individuals who are not implicated in this civil action. *See* ECF 13. By Minute Order dated September 27, 2021, the Court permitted the filing of Exhibit 4 under seal. Thereafter, pursuant to the Court's August 5, 2022 Minute Order, Plaintiff refiled Exhibit 4 under seal, along with a motion to refile Exhibit 4 under seal. *See* ECF No. 53.

3. After the Court disposed of Defendants' partial Motion to Dismiss the first amended complaint on December 23, 2022, the Court entered an order on December 28, 2022, directing Plaintiff to file Exhibit 4 with any necessary redactions on the public docket by January 12, 2023. *See* ECF No. 57. That deadline was extended to January 27, 2023. *See* ECF No. 59.

4. Thereafter, in preparing to file Plaintiff's Exhibit 4 on the public docket, Plaintiff received records from Defendant Office of Professional Responsibility (OPR) between December 2022 and March 2023 that indicated some of the information contained in Exhibit 4 was inaccurate, incomplete, or false. The information related to a motion for summary judgment that Defendants filed in April 2019. In light of the newly discovered evidence, Plaintiff decided to move to withdraw Exhibit 4 from the Court's consideration. She did not want to propound evidence that she believed was inaccurate, incomplete, or false. In addition, none of the privacy-protected information in Exhibit 4 was necessary to the Court's December 23, 2022 disposition of Defendants' partial Motion to Dismiss. Thus, at this moment, the public release of privacy protected information in Exhibit 4 would be highly prejudicial to Plaintiff as well as to third parties who are not directly implicated in this civil action.

5. On July 12, 2023, Plaintiff moved to withdraw Exhibit 4 entirely from the Court's docket. *See* ECF No. 84. On July 14, 2023, the Court denied the motion to withdraw Exhibit 4 without prejudice to its renewal, once Plaintiff has consulted with Defendants' counsel, as required under Local Civil Rule 7(m). *See* Minute Order dated July 14, 2023.

6. Since that time, Plaintiff has consulted Defendants' counsel twice. Initially, Assistant United States Attorney Jared Littman stated that he does not oppose this renewed motion to withdraw Exhibit 4 from the Court's docket. However, on September 27, 2023, Mr. Littman indicated that Defendants do not wish to take a position regarding this renewed motion. Counsel

further advised that should the Court permit Plaintiff to withdraw Exhibit 4 from the Court's docket, Defendants "would not be precluded from introducing the materials later in the litigation." In response, Plaintiff invited Mr. Littman to review a redacted version of Exhibit 4, in case the Court directed Plaintiff to file a redacted copy on the public docket. In response, Mr. Littman indicated that "[he] will consider that request if and when it arises."

Accordingly, and for the above stated reasons, Plaintiff respectfully requests that the Court grant her renewed motion to withdraw Plaintiff's Exhibit 4. In addition, Plaintiff requests that the Court place Exhibit 4 under a protective order and direct the parties to meet and confer regarding the proposed use of any privacy protected information in Exhibit 4, at least 30 days in advance of such proposed use.

Date: October 5, 2023

Respectfully submitted,

QUYNH VU BAIN
*Pro Se* Plaintiff
213 Third Street, SE
Washington, DC 20003
(202) 910-8553