**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **QUYNH VU BAIN,**                                   ) | |
|                                                                          ) | |
| Plaintiff,                                                      ) | |
|                                                                          ) | **No. 21-Civ-1751 (RDM)** |
| v.                                                                  ) | |
|                                                                          ) | |
| **OFFICE OF THE ATTORNEY GENERAL**  ) | |
| U.S. Department of Justice, et. al                  ) | |
|                                                                          ) | |
| Defendants.                                                 ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Renewed Motion to Withdraw Exhibit 4, the Court grants the motion and issues a protective order directing the parties to meet and confer at least 30 days before any proposed use of privacy protected information in Exhibit 4.

Dated: October __, 2023                              _____

                                                                                             HON. RANDOLPH D. MOSS
                                                                                             United States District Judge