IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**QUYNH VU BAIN,**

    Plaintiff,

    v.

**OFFICE OF THE ATTORNEY GENERAL**
U.S. Department of Justice, et al.,

    Defendants.

No. 21-cv-1751 (RDM)

### MOTION FOR ADMISSION PRO HAC VICE OF COLLEEN E. RAMAGE

AND NOW, comes Thomas G. Connolly, Esquire, and files this Motion for *Pro Hac Vice* admission of Colleen E. Ramage, counsel from Pennsylvania in this matter, and avers as follows:

1. I, Thomas G. Connolly, am an attorney duly licensed to practice and regularly practices in the District of Columbia and the state and federal courts of the Commonwealth of Virginia and am in good standing in the Bars of the District of Columbia and the Commonwealth of Virginia.

2. Colleen E. Ramage is an attorney with the law firm of Ramage Lykos, LLC, 525 William Penn Place, 28th Floor, Pittsburgh, Pennsylvania 15219. (*See* Declaration of Colleen E. Ramage attached hereto and marked as Exhibit "1").

3. Ms. Ramage is a regularly practicing attorney licensed in the Commonwealth of Pennsylvania and is a member in good standing of the Bar of that state.

4. Further, Ms. Ramage has no disciplinary or grievance proceedings pending against her, is not under suspension nor has she been disbarred from any Bar.

5. Ms. Ramage is not regularly employed in the District of Columbia and is not regularly engaged in the practice of law in the District of Columbia. (*See,* Exhibit "1").

6. Ms. Ramage submits to and acknowledges that she is subject to disciplinary jurisdiction of the District of Columbia for any alleged misconduct in the course of representation in these proceedings. (*See,* Exhibit "1").

7. Ms. Ramage understands and acknowledges that she has read, knows and understands the Local Rules of Court for the District of Columbia, and is a registered user of the ECF in the United States District Court for the District of Columbia. (*See*, Exhibit "1").

WHEREFORE, Thomas G. Connolly, Esquire, respectfully requests that this Honorable Court enter an Order granting the *pro hac vice* admission of Colleen E. Ramage, Esquire, on behalf of Plaintiff, QUYNH VU BAIN.

Respectfully submitted,

BY:  /s/ Thomas G. Connolly
THOMAS G. CONNOLLY
Bar No. 420416
HWG LLP
1919 M. St. NW
8th Floor
Washington, DC 20036-3537
(202) 730-1339
tconnolly@hwglaw.com