# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | |
| Plaintiff, | No. 21-cv-1751 (RDM) |
| v. | |
| **OFFICE OF THE ATTORNEY GENERAL** U.S. Department of Justice, et al., | |
| Defendants. | |

## DECLARATION OF COLLEEN E. RAMAGE

1. I am an attorney with the law firm of Ramage Lykos, LLC, 525 William Penn Place, 28th Floor, Pittsburgh, Pennsylvania 15219. My Pennsylvania Bar I.D. No. is 64413.

2. I am currently a member in good standing in the bars of the following Courts: U.S. District Court for the Western District of Pennsylvania; U.S. District Court for the Middle District of Pennsylvania; United States Court of Appeals for the Third Circuit; United States Supreme Court and the Commonwealth of Pennsylvania.

3. I have no disciplinary or grievance proceedings pending against me and am not under suspension nor have I been disbarred from any Bar.

4. I submit to and hereby acknowledge that I am subject to the disciplinary jurisdiction of the Courts of the District of Columbia for any alleged misconduct in the representation in these proceedings.

5. I understand and acknowledge that I have read, know and understand the Local Rules of Court for the District of Columbia.

6. I am a registered user of the ECF in the United States District Court for the

District of Columbia.

I DO SOLEMNLY SWEAR OR AFFIRM THAT I WILL CONDUCT MYSELF AS AN ATTORNEY AND COUNSELOR OF THIS COURT, UPRIGHTLY AND ACCORDING TO LAW; AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES, SO HELP ME GOD.

FURTHER AFFIANT SAYETH NOT.

*Colleen E. Ramage*
Colleen E. Ramage
PA I.D. No. 64413

Ramage Lykos, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 325-7700
cramage@ramagelykos.law