UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 21-1751 (RDM) <br> ) |
| OFFICE OF THE ATTORNEY GENERAL, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendants in this matter, who is substituting as counsel of record for Assistant United States Attorney Jared Littman.

Dated: January 24, 2024

Respectfully Submitted,

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
601 D St. N.W.
Washington, D.C. 20001
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Counsel for United States of America*

**CERTIFICATE OF SERVICE**

      I certify that on January 24, 2024, I served the foregoing on Plaintiff by sending a copy via U.S. mail to the following:

Quynh Vu Bain
213 3rd St SE
Washington, DC 20003

                                            /s/ Joseph F. Carilli, Jr.
                                            JOSEPH F. CARILLI, JR.
                                            Assistant United States Attorney

                                            *Counsel for the United States of America*