**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**QUYNH VU BAIN,**

      Plaintiff,

            **No. 21-cv-1751 (RDM)**

      v.

**OFFICE OF THE ATTORNEY GENERAL**
U.S. Department of Justice, et al.,

      Defendants.

<u>**MOTION TO WITHDRAW
MOTION FOR ADMISSION PRO HAC VICE OF COLLEEN E. RAMAGE**</u>

AND NOW, comes Thomas G. Connolly, Esquire, and files this Motion to Withdraw Motion for *Pro Hac Vice* admission of Colleen E. Ramage, counsel from Pennsylvania in this matter, and in support thereof states the following:

1.      Ms. Ramage wishes to withdraw her appearance on behalf of Plaintiff, Quynh Vu Bain.

2.      Plaintiff Quynh Vu Bain is in agreement with this Motion to Withdraw and will not be prejudiced if this Honorable Court grants the within Motion.

WHEREFORE, Thomas G. Connolly, Esquire, respectfully requests that this Honorable Court enter an Order granting the Motion to Withdraw Motion for Admission *pro hac vice* admission of Colleen E. Ramage, Esquire, on behalf of Plaintiff, QUYNH VU BAIN.

Respectfully submitted,

BY:   /s/ Thomas G. Connolly
      THOMAS G. CONNOLLY
      Bar No. 420416
      HWG LLP
      1919 M. St. NW
      8th Floor
      Washington, DC 20036-3537
      (202) 730-1339
      tconnolly@hwglaw.com