UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUYNH VU BAIN, | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | Civil Action No. 21-1751 (RDM) |
| | **)** | |
| OFFICE OF THE ATTORNEY GENERAL, *et al*., | **)** | |
| | **)** | |
| Defendants. | **)** | |
| | **)** | |

**MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

By and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, Defendants respectfully move to extend the time to respond to Plaintiff's amended complaint in light of Plaintiff's motion for stay, ECF No. 98. Specifically, Defendants request that the Court extend the time to respond until 14 days after the stay ends, if the Court grants Plaintiff's motion, or until 14 days after the Court decides Plaintiff's motion for stay.

Pursuant to Local Civil Rule 7(n), on February 14, 2024, the undersigned counsel, via electronic mail, sought Plaintiff's position on the motion. Plaintiff stated, "I would agree to an indefinite stay of the deadline for filing your answer if you would agree to mediation before a magistrate judge or a neutral." A copy of the correspondence between the undersigned counsel and Plaintiff is attached hereto as Exhibit A.

The grounds for this motion are as follows. Plaintiff brings claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (Count I), Title VII of the Civil Rights Act of 1965, 42 U.S.C. § 2000e-16, as well as the Age Discrimination in Employment Act, 29 U.S.C. § 701 (Count II), and the Whistleblower Protection Act, 5 U.S.C. § 2302(b) (Count III). On February 5, 2024,

Plaintiff moved this Court to stay all case deadlines while the Office of Professional Responsibility continued to process Plaintiff's Freedom of Information Act Request.  Pl.'s Mot. to Stay at 1.  In addition, Plaintiff stated that Plaintiff would dismiss her amended complaint once "the Court is satisfied that the processing of OPR records was completed in a manner that adhered to statutory and due process standards." *Id*.  Accordingly, to conserve party and judicial resources, Defendants seek to extend their time to file the answer.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendants' third request for an extension of the deadline to answer the amended complaint and the fifth request for an extension in this action.  Allowing the government to conserve its resources until the Court resolves Plaintiff's request for a stay serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the deadline to respond to the amended complaint be extended.  A proposed order is enclosed herewith.

Dated: February 15, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Joseph F. Carilli, Jr.*
     JOSEPH F. CARILLI, JR.
     N.H. Bar No. 15311
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2525

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUYNH VU BAIN, | **)** |
|  | **)** |
| Plaintiff, | **)** |
|  | **)** |
| v. | **)** Civil Action No. 21-1751 (RDM) |
|  | **)** |
| OFFICE OF THE ATTORNEY GENERAL, *et al.*, | **)** |
|  | **)** |
| Defendants. | **)** |
|  | **)** |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of time to file an answer to Plaintiff's amended complaint, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall answer the amended complaint within 14 days after the stay ends, if the Court grants Plaintiff's motion to stay, ECF No. 98, or until 14 days after the Court decides Plaintiff's motion to stay.

SO ORDERED:

_____          _____
Date                                RANDOLPH D. MOSS
                                    United States District Judge