Exhibit A

| From: | Carilli, Joseph (USADC) |
|---|---|
| To: | Quynh Bain |
| Subject: | RE: Bain v. Office of Att"y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff"s Position) |
| Date: | Thursday, February 15, 2024 7:55:29 AM |

Ms. Bain,

Good morning.

The government will note your response to the request for a position as Plaintiff stated, "I would agree to an indefinite stay of the deadline for filing your answer if you would agree to mediation before a magistrate judge or a neutral."

Please have a nice remainder of your Thursday.

Regards,
Joseph Carilli

Joseph F. Carilli, Jr.
Assistant United States Attorney
(202) 252-2525 | joseph.carilli@usdoj.gov

**From:** Quynh Bain <quynhbain75@outlook.com>
**Sent:** Thursday, February 15, 2024 7:46 AM
**To:** Carilli, Joseph (USADC) <JCarilli@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Good morning, Mr. Carilli:

I would agree to an indefinite stay of the deadline for filing your answer if you would agree to mediation before a magistrate judge or a neutral.

Thank you.
Quynh

Get Outlook for iOS

**From:** Carilli, Joseph (USADC) <Joseph.Carilli@usdoj.gov>
**Sent:** Thursday, February 15, 2024 7:26:07 AM
**To:** Quynh Bain <quynhbain75@outlook.com>
**Subject:** RE: Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Ms. Bain,

Thank you for the below.  I will discuss with the agencies.

Can you please provide your position on the government's motion for extension?

Regards,
Joseph Carilli

Joseph F. Carilli, Jr.

Assistant United States Attorney
(202) 252-2525 | joseph.carilli@usdoj.gov

**From:** Quynh Bain <quynhbain75@outlook.com>
**Sent:** Thursday, February 15, 2024 7:23 AM
**To:** Carilli, Joseph (USADC) <JCarilli@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Mr. Carilli:

The stay motion for processing OPR records is not indefinite.  The stay for mediation is.

Thank you.

Quynh

Get Outlook for iOS

**From:** Carilli, Joseph (USADC) <Joseph.Carilli@usdoj.gov>
**Sent:** Thursday, February 15, 2024 6:54 AM
**To:** Quynh Bain <quynhbain75@outlook.com>
**Subject:** RE: Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Ms. Bain,

Good morning.

Can you please clarify if there any other differences between the below offer and the relief sought in your pending motion to stay?  If so, can you please describe the differences?  Once you provide the aforementioned, I will discuss with the agencies.

Regardless, can you please provide your position on the government's motion for extension?  Pursuant to the Court's standing order, the government needs to file the motion by today in the event you oppose.

Thank you.

Regards,
Joseph Carilli

Joseph F. Carilli, Jr.
Assistant United States Attorney
(202) 252-2525 | joseph.carilli@usdoj.gov

**From:** Quynh Bain <quynhbain75@outlook.com>
**Sent:** Thursday, February 15, 2024 6:05 AM
**To:** Carilli, Joseph (USADC) <JCarilli@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Good morning, Mr. Carilli:

I would agree to an indefinite stay if you would agree to mediation before a magistrate judge or a neutral.

Thank you.
Quynh

Get Outlook for iOS

**From:** Carilli, Joseph (USADC) <Joseph.Carilli@usdoj.gov>
**Sent:** Tuesday, February 13, 2024 6:00:45 PM
**To:** Quynh Bain <quynhbain75@outlook.com>
**Subject:** Bain v. Office of Att'y Gen., No. 21-01751 (RDM) (D.D.C.) -- Motion for Extension of Time (Plaintiff's Position)

Ms. Bain,

Good evening.

In light of your motion to stay, the government intends to seek an extension to time to file its answer to the first amended complaint until 14 days after the stay ends, if it is granted, or until 14 days after the court decides the motion to stay.

Can you please let me know your position by 12:00 p.m., Thursday, February 14, 2024?

Thank you.

Regards,
Joseph Carilli

Joseph F. Carilli, Jr.
Assistant United States Attorney
(202) 252-2525 | joseph.carilli@usdoj.gov