UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH BAIN,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICE OF THE ATTORNEY GENERAL, et al.,<br><br>        Defendants. | Civil Action No. 21-1751 (RDM) |

## NOTICE

Defendants Office of the Attorney General, Office of the Deputy Attorney General, Office of Professional Responsibility, Executive Office for Immigration Review ("EOIR"), and Office of Information Policy, by and through undersigned counsel, respectfully file this notice, informing the Court of the government's intention to lodge the removal file with the Merit Systems Protection Board ("MSPB"). The undersigned counsel, via electronic mail, informed Plaintiff of this notice prior to filing.

On December 28, 2022, the Court granted, in part, and denied, in part, Plaintiff's motion to refile the first 30 Plaintiff's exhibits under seal, ECF No. 53. ECF No. 57, Order. Among the exhibits that the Court ordered to be filed under seal were Exhibit 1, which included (1) the notice of proposed removal; (2) response to notice of proposed removal with exhibits; (3) supplemental response to the notice of proposed removal; and (4) final removal decision; and Exhibit 30, the EOIR's records of removal (1,105 pages of various unlabeled documents).[1] *Id*. at 3, 12.

---

[1] Exhibit 30 is a portion of the attachments to the notice of proposed removal. The attachments total 1,801 pages.

On August 9, 2024, Plaintiff and counsel for EOIR appeared for a status conference before the MSPB. At the status conference, the administrative judge, among other things, identified a date for EOIR's submission of the record, which is currently September 3, 2024. As such, EOIR intends to lodge the removal file, which consists of (1) the notice of proposed removal with attachments; (2) the response to notice of proposed removal with exhibits; (3) the supplemental response to the notice of proposed removal; and (4) the final removal decision. In addition, the administrative judge directed the parties to initiate discovery by September 23, 2024.

The government's position is that the Court's order, sealing certain exhibits, does not restrict EOIR's ability to defend itself before the MSPB. To the extent that the Court disagrees, Defendants respectfully request that the Court modify its order, making explicit that EOIR may lodge the removal file with the MSPB and may produce any documents covered by the Court's order requested in discovery.

Dated: August 26, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Joseph F. Carilli, Jr._____
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for the United States of America*