UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICE OF THE<br>ATTORNEY GENERAL, et al.,<br><br>      Defendants. | Civil Action No. 21-1751 (RDM) |

## JOINT MOTION TO LIFT STAY

Plaintiff Quynh Vu Bain and Defendants Office of the Attorney General, Office of the Deputy Attorney General, Office of Professional Responsibility, Executive Office for Immigration Review, and Office of Information Policy, respectfully move the Court to lift the stay.

On February 15, 2024, the Court entered a stay, staying "all deadlines in this case, except for those stemming from the Court's July 25, 2022 Minute Order, requiring OPR to process records at a rate of 500 pages per month that are responsive to Plaintiff's FOIA request, and the Plaintiff's motion to withdraw Exhibit 4." Min. Order (Feb. 15, 2024). The Court further ordered "Plaintiff to file a redacted version of Exhibit 4 on or before April 15, 2024." *Id*.

On April 29, 2024, Plaintiff filed a redacted Exhibit 4. Notice (ECF No. 108).

On August 14, 2024, the Office of Professional Responsibility completed its final interim release in response to Plaintiff's FOIA request.

On March 20, 2025, in Plaintiff's Merit Systems Protection Board case, the administrative judge dismissed with prejudice Plaintiff's appeal of her removal decision.

Accordingly, the parties request that the Court lift the stay and schedule a status conference to discuss further proceedings to resolve Plaintiff's amended complaint, ECF No. 16.[1] Plaintiff respectfully asks that the Court set the status conference no later than April 15, 2025, to resolve an unsettled jurisdictional issue.

Dated:  March 28, 2025                                         Respectfully submitted,

*/s/ Quynh Vu Bain*                                                  EDWARD R. MARTIN, JR., D.C. Bar #481866
QUYNH VU BAIN                                                United States Attorney
213 Third Street, SE
Washington, DC 20003                                        */s/ Joseph F. Carilli, Jr.*
                                                                              JOSEPH F. CARILLI, JR.
*Plaintiff, pro se*                                                     Assistant United States Attorney
                                                                              601 D Street, NW
                                                                              Washington, DC 20530
                                                                              (202) 252-2525

                                                                              *Attorneys for the United States of America*

---

[1]  To the extent that the Court sets a status conference, Defendants respectfully request that the Court not schedule the conference on April 1, 3, 4, 7, 9, 10, and 17, 2025 due to counsel's unavailability.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE<br>ATTORNEY GENERAL, et al.,<br><br>　　　　Defendants. | Civil Action No. 21-1751 (RDM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' motion to lift stay and the entire record herein, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that the stay is lifted, and the parties will appear at a status conference to discuss further proceedings in this case on _____ at _____.

SO ORDERED:


_____                    _____
Date                                                          RANDOLPH D. MOSS
                                                                   United States District Judge