**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **QUYNH VU BAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. 21-Civ-1751 (RDM)** |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO MAY 8, 2025 COURT ORDER**
**AND REQUEST FOR RULE 16 STATUS CONFERENCE**

By Minute Order dated May 8, 2025, this Court directed that "if Plaintiff seeks leave to add new claims to her complaint, she shall file a motion to amend the complaint on or before May 23, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(2)." Order dated May 8, 2025.

Through this response, Plaintiff respectfully notifies the Court and counsel for Defendants that she is not seeking leave to add new claims to her complaint. Instead, Plaintiff respectfully requests to proceed with the First Amended Complaint which is the operative complaint (ECF No. 16), on all causes of actions and claims that have not been dismissed through the Court's December 23, 2022 decision and order (ECF No. 56).

In addition, Plaintiff respectfully requests that the Court schedule a Rule 16 status conference for the purpose of expediting disposition of this action. In that conference, Plaintiff intends to request that the Court determine the appropriateness and timing of summary adjudication under Rule 56.

Dated:  May 23, 2025                      Respectfully submitted,

Quynh Vu Bain,
*Pro Se* Plaintiff


# CERTIFICATE OF SERVICE

I certify that, on May 8, 2025, I served an electronic copy of Plaintiff's Response to

Court Order and Motion for Rule 16 Conference on counsel for Defendants by electronic mail

addressed to:

Joseph F. Carilli, Jr.
Assistant United States Attorney
Counsel for Defendants
Office of the United States Attorney
  for the District of Columbia
joseph.carilli@usdoj.gov


Dated: May 8, 2025

QUYNH VU BAIN
Pro Se Plaintiff
213 3rd St. SE
Washington, DC  20003-1904
quynhbain75@outlook.com
(202) 910-8553

2