UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | |
| Plaintiff, | Case No. 21-cv-1751 (RDM) |
| v. | |
| **U.S. DEPARTMENT OF JUSTICE, et al.** | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO NOTICE OF ERROR IN COURT FILING**

Pursuant to LCivR. 5.1(g), 77. 1, and 79.2, Plaintiff respectfully notifies the Clerk of Court that she filed the document currently assigned docket entry ECF No. 127 in error. Accordingly, Plaintiff respectfully requests that the Court permit her to withdraw that document from the public docket and to substitute it with the pleading currently assigned docket entry ECF No. 128. That pleading is Plaintiff's Memorandum in Opposition to Defendants' Motion for Protective Order and to Extend Their Discovery Deadline, and her Counter-Motion for Sanctions. Plaintiff further requests that the pleading assigned docket entry ECF No. 128 be renumbered as docket entry ECF No. 127. Plaintiff further requests that the document assigned docket entry ECF No. 127-1 be retained on the public docket as an exhibit in support of her Opposition Memorandum and her Counter-Motion.

Plaintiff sincerely regrets the inconvenience that the filing error has caused and appreciates the Court's indulgence.

Date:   March 5, 2026

Respectfully submitted,

*signature*

Quynh Vu Bain
*Pro Se* Plaintiff
Quynhbain75@outlook.com
202-910-8553

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUYNH VU BAIN,** | |
| **Plaintiff,** | Case No. 21-cv-1751 (RDM) |
| v. | |
| **U.S. DEPARTMENT OF JUSTICE, et al.** | |
| **Defendants.** | |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Response to the Notice of Filing Error and the requests she makes therein, the Court hereby orders that Plaintiff's request to withdraw the document assigned docket entry ECF No. 127 be GRANTED.

It is further ordered that the pleading assigned docket entry ECF No. 128, which is Plaintiff's Memorandum in Opposition to Defendants' Motion for Protective Order and To Extend Their Discovery Deadline and her Counter-Motion for Sanctions, be renumbered as docket entry ECF No. 127.

It is further ordered that the document linked to docket entry ECF No. 127-1 will remain on the public docket as filed.

Date:   March ___, 2026            _____
                                    Honorable Randolph Moss
                                    United States District Judge