UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUYNH VU BAIN,

     *Plaintiff,*

  v.

OFFICE OF THE ATTORNEY GENERAL,
U.S. DEPARTMENT OF JUSTICE, *et al.,*

     *Defendants.*

Civil Action No. 21-1751 (RDM)

## **NOTICE OF DEPOSITION**

Please take notice that, pursuant to Federal Rule of Civil Procedure ("Rule") 30(b), Defendants, through counsel, will take the oral deposition of Plaintiff Quyn Vu Bain beginning on May 7, 2026 at 10 a.m. Eastern Standard Time, and continuing from day to day until complete. The deposition will take place remotely, by videoconference, and may be recorded by stenographic and/or videographic means before an officer authorized or designated in a manner consistent with the Rules. Pursuant to the Rules, this deposition may be used at trial, evidentiary hearings, and all other proceedings in this case, and all parties to this matter may examine the witness during this deposition.

1

April 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/  *Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April 2026, I caused a copy of the foregoing Notice to be served upon Plaintiff via electronic mail:

Quynhbain75@outlook.Com

/s/ Saifuddin K. Kalolwala
Assistant United States Attorney

3