UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUYNH VU BAIN,

Plaintiff,

v.

OFFICE OF THE ATTORNEY GENERAL,
U.S. DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 21-1751 (RDM)

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's Minute Order dated July 29, 2026, directing Defendants to file a status report updating the Court and Plaintiff on the status of Defendant Office of Professional Responsibility's ("OPR") secondary review, Defendants respectfully submit the following report.[1]

OPR's review was narrowly tailored to re-examine records and information previously withheld in full or in part under Exemption 5 of FOIA to assess whether the withholding meets the foreseeable harm standard. OPR has completed its secondary review of the records. On July 30, 2026, OPR made a supplemental production to Plaintiff of the records processed as a result of that review. Following resolution of the jurisdictional issues related to Plaintiff's termination-related claims, Defendants will be prepared to proceed to briefing.

[1] Defendants acknowledge that the Court's Minute Order directed that this status report be filed on or before August 14, 2026. Defendants did not meet that deadline, and this filing is submitted after the date ordered by the Court. The delay was not intentional and did not reflect any disregard for the Court's deadlines; rather, it resulted from an inadvertent calendaring error. Undersigned counsel apologizes to the Court for any inconvenience cause by the late filing.

* * *

Dated: August 20, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Saifuddin K. Kalolwala</u>*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252.2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*