**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **QUYNH VU BAIN,** | |
| **Plaintiff** | **Case No. 21-cv-1751 (RDM)** |
| **v.** | |
| **U.S. DEPARTMENT OF JUSTICE, et al.** | |
| **Defendants** | |

**PLAINTIFF'S CONSENT MOTION TO FILE HER RESPONSE TO THE COURT'S JUNE 29, 2026 ORDER TO SHOW CAUSE ONE DAY OUT OF TIME**

Pursuant to LCvR 7(m), Plaintiff respectfully requests that the Court permit her to file the accompanying memorandum entitled "Plaintiff's Response To The Court's June 29, 2026 Order to Show Cause" one day out of time. Plaintiff's response was due yesterday, September 28, 2026.

Late last week, Plaintiff made an unplanned trip to Pennsylvania to help care for her ailing mother. She worked on the response while away but was unable to complete it until last evening. When she attempted to electronically file the response last evening, she was not able to do so due to wireless connectivity issues. This morning, Plaintiff contacted counsel for Defendants by email and inquired whether counsel opposes this motion. AUSA Dimitar Georgiev-Remmel responded that he does not oppose.

Accordingly, Plaintiff respectfully requests that the Court grant her motion.

Dated: September 29, 2026

Respectfully submitted,

Quynh Vu Bain
*Pro Se* Plaintiff

Washington, DC 20003
Quynhbain75@outlook.com
(202) 910-8553