**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **QUYNH VU BAIN,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**U.S. DEPARTMENT OF JUSTICE, et al.**<br><br>**Defendants** | **Case No. 21-cv-1751 (RDM)** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's consent motion for leave to file her Response to the Court's June 29, 2026 Order to Show Cause one day out of time, it is hereby ordered that the motion be granted.

So ordered.

Date: ________________________ By: ____________________________

Hon. Randall D. Moss
United States District Judge