HEUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUYNH VU BAIN,

Plaintiff,

v.

OFFICE OF THE ATTORNEY GENERAL,
U.S. DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 21-1751 (RDM)

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully move for a short extension of time, to October 5, 2026, to respond to the Court's June 29, 2026, Minute Order. The current deadline is November 2, 2026. Min. Order (Aug. 24, 2026). Plaintiff indicates she consents to the requested relief and requests that her deadline also be extended to November 19, 2026. *See* LCvR 7(m).

Good cause exists to grant this request. Due to matters and deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with the agency and formulate an appropriate filing for the court's consideration.

Dated: October 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUYNH VU BAIN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 21-1751 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion to extend and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file their response on or before November 5, 2026, and Plaintiff shall file her reply on or before November 16, 2026.

SO ORDERED:

__________________________
Dated

__________________________________
RANDOLPH D. MOSS
United States District Judge